PO A. Castillo - Defense - Cross

1    and at some point while you were there, you were there when the

2    Special Victims Squad detective arrived as well, do you recall

3    that?

4        A    Yes.

5        Q    You testified on your direct examination about some of

6    the details that were provided to you by the complaining

7    witness in this case.

8            Did you memorialize them or write them down on any

9    document to help you remember what this witness said to you?

10       A    No, I did not write anything down from what the

11   witness told me.

12       Q    And how is it that you remember it today over a year

13   after the event?

14       A    Just the simple fact of her demeanor, the way she was

15   acting.  It's something that you couldn't easily forget.

16       Q    Did you review any other officers' paperwork to

17   refresh your recollection in preparation for trial or do you

18   have an independent memory --

19       A    Independent.

20       Q    -- of her exact words?

21       A    Her exact words, her -- not her exact words but the

22   way she was acting.

23               MR. HERLICH:  Thank you.

24               THE COURT:  Anything else?

25               MS. PARK:  No questions.

Joanne Fleming

PO A. Castillo - Defense - Cross

1          THE COURT:  Thank you, officer.  You can step

2     down.

3          Your next witness.

4          (Whereupon, the witness exited the courtroom.)

5          MS. PARK:  The People call Officer Millicent

6     Semper-Martinez.

7          A COURT OFFICER:  Witness entering.

8          (Whereupon, the witness entered the courtroom.)

9          A COURT OFFICER:  Remain standing, raise your

10     right hand and face the clerk.

11  M I L L I C E N T    S E M P E R - M A R T I N E Z, called as a

12     witness, by and on behalf of the People at the Trial,

13     having been duly sworn or affirmed, testified as follows:

14          THE CLERK:  Thank you.

15          A COURT OFFICER:  Please be seated.

16          In a loud, clear voice, please state your name,

17     spelling your last name.

18          THE WITNESS:  Officer Semper-Martinez.

19          A COURT OFFICER:  Spell it out.

20          THE WITNESS:  Semper, S-E-M-P-E-R, Martinez,

21     M-A-R-T-I-N-E-Z.

22          A COURT OFFICER:  Shield number and present

23     command.

24          THE WITNESS:  Shield number 26196 and present

25     command is Latent Print Unit.

Joanne Fleming

A483

```
 1                    THE COURT:  Good afternoon, officer.

 2                    THE WITNESS:  Officer.

 3                    THE COURT:  You may inquire.

 4   DIRECT EXAMINATION

 5   BY MS. PARK:

 6        Q    Officer, how long have you been with the New York City

 7   Police Department?

 8        A    A little bit over seven and a half years.

 9        Q    And how long have you been with your current command?

10             I believe you said you were with the Latent Print

11   Unit?

12        A    Yes.

13        Q    How long have you been there?

14        A    Since May of this year.

15        Q    And what is a latent print unit?

16        A    It's pretty much the -- they examine prints after

17   crimes have been committed.

18        Q    Like fingerprints?

19        A    Yeah.

20        Q    What other commands have you been in?

21        A    The Thirty-Second Precinct.

22        Q    Tell us about --

23        A    The Thirty-Second Precinct, the Twenty-Eighth Precinct

24   and the Bronx D.A. Squad.

25        Q    And how long --
```

Joanne Fleming

1           From when to when were you with the Twenty-Eighth
2   Precinct?
3       A   From 2010 till early this year.
4       Q   May 2015?
5       A   May of 2015.
6       Q   I'm going to direct your attention to July 16th of
7   2014.  Were you working that day?
8       A   Yes.
9       Q   What was your shift that day?
10      A   Seven o'clock to 3:30 p.m.
11      Q   Seven a.m.?
12      A   Seven a.m. to three-thirty, yeah.
13      Q   And back then in July of 2014, what command were you
14  assigned?
15      A   Twenty-Eighth Precinct.
16      Q   What was your assignment that day?
17      A   Can I check my memo book?
18      Q   Would looking at your memo book refresh your
19  recollection?
20      A   Yes.
21      Q   Okay.  After you look at it, just put it down.
22      A   Okay.
23          Sector Charlie David.
24      Q   So when you say "Sector Charlie David," what does that
25  mean?

Joanne Fleming

A485

1    A    Radio patrol.  I was assigned to sectors which is

2  Sector Charlie David for that day.

3    Q    Is that a particular area of the Twenty-Eighth

4  Precinct?

5    A    Yes.

6    Q    So you were on regular radio patrol?

7    A    Yes.

8    Q    Did you have a uniform or were you in plain clothes?

9    A    Uniform.

10    Q    Did you have a partner with you?

11    A    Yes.

12    Q    Who was that?

13    A    Officer Mateo.

14    Q    Were you in a car or were you on foot?

15    A    In a car.

16    Q    Was it a marked police car?

17    A    Yes.

18    Q    Or an unmarked car?

19    A    Marked.

20    Q    And directing your attention to approximately 2:27

21  p.m., did you hear a radio transmission?

22    A    Yes.

23    Q    And after hearing that transmission, what, if

24  anything, did you do?

25    A    We pretty much went to the scene to back up the main

Joanne Fleming

1  sector that was directed there.  And after we got there, we

2  were informed that somebody was sexually assaulted, and my

3  sergeant told us to speak to her because she was probably going

4  to feel better with a female and she basically told us

5  everything that happened.

6      Q    Okay.

7           Now, you mentioned you were backing up a sector.

8      A    Yes.

9      Q    When you say "a sector," what does that mean in

10 layman's terms?

11     A    Another two officers that were assigned to the job

12 mainly and we went to back up in case they needed help.

13     Q    Where did you go?

14     A    Ninety-Two St. Nicholas.

15     Q    And about how much time passed from when you heard the

16 radio transmission to when you got to Ninety-Two St. Nicholas

17 Avenue?

18     A    No more than five minutes.

19     Q    And when you mentioned that they requested female

20 officers --

21     A    Yes.

22     Q    -- is Officer Mateo also a woman?

23     A    Yes.

24     Q    So when you --

25          Upon hearing that, what, if anything, did you do?

Joanne Fleming

1   A   We spoke to the victim.

2   Q   Did you go up to the apartment?

3   A   Yes.

4   Q   Do you remember the apartment that you went to?

5   A   No.

6   Q   Do you know what floor it was on?

7   A   No.

8   Q   Can you tell us what happened when you got to the

9   apartment?

10  A   We saw the victim.  She was very shocked.  She was

11  crying.  She was in the kitchen.  And then we went to the

12  living room and she started telling us what happened.

13  Q   What did she look like?

14  A   She was a fifteen-year old, short, young lady, dark

15  skin, glasses.

16  Q   I'm going to show you People's 12 that's already in

17  evidence.  If you can look at the screen that's next to you,

18  T.V. screen.

19  A   (Witness complies.)

20  Q   Do you recognize People's 12?

21  A   Yes.

22  Q   And what do you recognize it to be?

23  A   The victim.

24  Q   And is this the victim that you spoke to on July 16th?

25  A   Yes.

Joanne Fleming

A488

1    Q    Can you describe her demeanor when you were speaking

2  with her?

3    A    She was shaken up.  She was crying.  Her voice was

4  very low.  Basically she was shaking.

5    Q    When you say "she was shaking," do you mean

6  physically?

7    A    Yes.

8    Q    And what did she tell you?

9    A    She said that the defendant knocked on the door.

10    Q    Did she say the word "defendant?"

11    A    No.

12    Q    What did she say?

13    A    She said Lonnie.

14         And then she said he knocked on the door looking for

15  her brother to go bike riding and she told him he wasn't there.

16  He pretty much let himself in the apartment and asked her if he

17  could have some of the Smoothie she was making.  And she was

18  making the Smoothie.

19         I don't know how soon after that, she said he grabbed

20  her.  Like, he started hugging her and she said let me go.  He

21  said no.  He pulled down her underwear and started touching

22  her.  She also mentioned he licked her private part and then

23  made her put her mouth on his private parts.

24    Q    Did she say anything about pictures?

25    A    She said that at the end he took a picture of her

Joanne Fleming

A489

PO Semper-Martinez - Defense - Cross                    138

1   without her panties and said if she ever said anything, he

2   would show that picture.

3       Q    And can you describe her demeanor during the whole

4   time she was talking to you?

5       A    She was crying.  She was talking very low.  She was

6   shaking.

7       Q    What happened after you and officer --

8            Well, what, if anything, did you do after you spoke

9   with the girl that's in the photograph, People's Exhibit 12?

10      A    I remember her -- her mom arrived from work.  She

11  pretty much got herself together.  And we escorted her down to

12  the ambulance.  They got into the ambulance and then the other

13  officers just took over.

14           MS. PARK:  I have no further questions.

15           THE COURT:  Mr. Herlich.

16  CROSS-EXAMINATION

17  BY MR. HERLICH:

18      Q    Officer Semper-Martinez, you indicated what the

19  complaining witness told you when you went into the apartment

20  and spoke with her, correct?

21      A    Yes.

22      Q    And did you memorialize in writing --

23           Did you write down any notes at the time that this

24  conversation took place to help you remember the substance of

25  the conversation?

PO Semper-Martinez - People - Redirect                    139

1       A    I don't remember writing anything.

2       Q    So your memory --

3            Your testimony today is based on your independent

4    memory of that conversation, not on any notes or any notes

5    taken by any other police officer?

6       A    Yes.

7            MR. HERLICH:  Thank you.

8            THE COURT:  Anything else?

9    REDIRECT EXAMINATION

10   BY MS. PARK:

11      Q    Officer Semper-Martinez, does this incident stand out

12   in your mind?

13      A    It does.

14      Q    Why?

15      A    Because she's the younger victim I ever had.  I never

16   dealt with victims that young in this kind of case.

17           MS. PARK:  I have nothing further.

18           THE COURT:  Thank you.  You may step down.

19           (Whereupon, the witness exited the courtroom.)

20           THE COURT:  Next witness, People.

21           MS. PARK:  Judge, can we approach?

22           THE COURT:  Sure.

23           (Whereupon, the following proceedings took place

24       on the record and outside the presence of the jury:)

25           MS. PARK:  Judge, I don't have any more witnesses.

Joanne Fleming

A491

```
 1              THE COURT:  Okay.
 2              MS. PARK:  I didn't anticipate the victim would be
 3      so short on cross.
 4              THE COURT:  Who do you have for tomorrow?
 5              MS. PARK:  I have the T-Mobile representative.
 6              THE COURT:  I'm sorry?
 7              MS. PARK:  T-Mobile representative, the cell site
 8      person, two witnesses for the cell site.  And then I have
 9      another police officer and doctor who examined her at the
10      hospital.  I will try to see if I can get more police
11      officers.
12              THE COURT:  See if you can.
13              MS. PARK:  Yes.  I might need you to sign a
14      so-ordered subpoena.
15              THE COURT:  What about the detective?
16              MS. PARK:  Detective Barbato is for Thursday.
17              THE COURT:  Just give them to me and I will sign
18      them.
19              Okay.
20              (Whereupon, Senior Court Reporter Amalia Hudson
21      took over the proceedings.)
22
23
24
25
```

Joanne Fleming

1          THE COURT:  Jurors, we moved along rather quickly

2     today, so there are no more witnesses to call at this time.

3     Tomorrow we are going to get started at the 10:00 in the

4     morning instead of 9:30.

5          Before I excuse you, I ask you to bear with me as I read

6     to you the required admonitions.

7          I ask you please do not talk either among yourselves or

8     with anyone else about anything related to the case.  Please

9     continue to keep an open mind.  Do not form or express an

10    opinion about the defendant's guilt or innocence until all

11    the  evidence is in, I have given you my final instructions

12    on the law and I have directed you to begin your

13    deliberations.

14         Do not request, accept, agree to accept or discuss with

15    any person the receipt or acceptance of any payment or

16    benefit in return for supplying any information concerning

17    the trial.  Report directly to me any incident within your

18    knowledge involving an attempt by any person improperly to

19    influence you or any member of the jury.

20         Do not visit or view the location where this incident

21    allegedly took place.  Do not read, view, or listen to any

22    accounts or discussions of the case.  Do not attempt to

23    research any facts, issues or law related to the case.  Do

24    not communicate with anyone about the case by any means

25    including by telephone, text messages, e-mail, or the

**Amalia Hudson, SCR**

1    internet, and do not google or otherwise search for any

2    information about the case, or the law which applies to the

3    case, or the people involved in the case.  I will see you

4    tomorrow at 10.  Thank you.

5                    (Jury exits)

6              THE COURT:  People, would you say that we're on

7    schedule?

8              MS. PARK:  Yes. I plan on resting on Thursday.

9              THE COURT:  And at this time you do you expect your

10   client will testify?

11             MR. HERLICH:  Yes, Your Honor.

12             THE COURT:  Anybody else?

13             MR. HERLICH:  No.

14             THE COURT:  Okay.  See you tomorrow at 10.

15        (Proceedings adjourned to 9-30-15)

16

17

18

19

20

21

22

23

24

25

143

2

1   SUPREME COURT OF THE CITY OF NEW YORK

2   COUNTY OF NEW YORK              PART 59
    ----------------------------------------

3
    THE PEOPLE OF THE CITY OF NEW YORK        Indict. No.
4                                             4258/2014

5                  -VS-

6

7   LONNIE HARRELL, DEFENDANT                 TRIAL CONT'D

8   ----------------------------------------

9                          September 30, 2015
10                         100 Centre St
                           New York County

11

12  B E F O R E:

13                     HONORABLE JUAN MERCHAN
                       JUSTICE OF THE SUPREME COURT
14

15  A P P E A R A N C E S:

16

17                  (Same as previously noted)

18

19

20  ************************************************************

21            THE CLERK:  Continued case on trial, People v.

22       Lonnie Harrell.

23            COURT OFFICER:  Panel entering.

24            THE CLERK:  Case on trial, People v. Lonnie

25       Harrell.  All parties are present.  All jurors are present.

Amalia Hudson, SCR

A495

PARK - DIRECT - JEAN

1          THE COURT:  Welcome back, jurors.

2       People call your next witness.

3          MS. PARK:  The People call Alynka Jean.

4          COURT OFFICER:  Witness entering.

5       Remand standing face the clerk raise your right hand.

6          THE CLERK:  Do you solemnly swear or affirm the

7    evidence you shall give to the Court shall be the truth, the

8    whole truth and nothing but the truth?

9          THE WITNESS:  Yes.

10         THE CLERK:  Have a seat.

11         COURT OFFICER:  State your full name spelling last

12   name.

13         THE WITNESS:  Last name, Jean, J-E-A-N.  First name

14   Alynka.

15         COURT OFFICER:  County of residence?

16         THE WITNESS:  Kings.

17         COURT OFFICER:  Thank you.

18         THE COURT:  Good morning.

19       You may inquire.

20   DIRECT EXAMINATION

21   BY MS. PARK:

22   Q    Ms. Jean, by whom are you employed?

23   A    The New York City Police Department.

24   Q    What part of the Police Department are you employed?

25   A    I work in the police laboratory.

PARK - DIRECT - JEAN

1    Q    What is your position there?

2    A    I'm a Criminalist in the Latent Print Development Unit.

3    Q    When you say you're a criminalist, are there different

4    levels of criminalist?

5    A    Yes, there is levels one to four.

6    Q    What level are you?

7    A    Three.

8    Q    Go through with us the different levels?

9    A    A Level One Criminalist is an entry level position where

10   the criminalist comes in, they get training, and then they are

11   allowed to perform scientific analysis on evidentiary material

12   but under the supervision of a Senior Analysis, and Criminalist

13   Level Two is a Criminalist who can collect and perform scientific

14   analysis on evidentiary material without the supervision of a

15   senior analyst, and the Criminalist Level Three is a Criminalist

16   who can collect and perform evidentiary material -- I mean

17   analysis on evidentiary material.  I'm sorry.  They can collect

18   and perform scientific analysis on evidentiary material without

19   the supervisor of a Senior Analysis.  They can perform training

20   on the Criminalist One and the Criminalist Twos, and they also

21   perform the duty a supervisor in the supervisor's absence.  A

22   criminalist Level four is a supervisory position.

23   Q    What kind of testing is done at the N.Y.P.D. lab?

24   A    There are multiple scientific analysis such as control

25   substance analysis, trace evidence examination such as paint

Amalia Hudson, SCR

A497

PARK - DIRECT - JEAN

1   analysis, tape comparison.  There is question documents there is

2   latent print develop of firearm analysis.

3        Q    Sorry.  What was last one?

4        A    Firearm analysis.

5        Q    What do you mean by question documents?

6        A    It's a document examination and handwriting examination.

7        Q    Can you tell us some of your duties and responsibilities

8   as a Criminalist Level Three?

9        A    As a Criminalist Level Three working in the Latent Print

10  Development Unit, my duties are to perform latent print analysis

11  and also to collect any trace evidence which can be collection of

12  any possible hairs, any possible glass chips, paint.  Also any

13  possible -- to collect any possible DNA.

14       Q    You mentioned Latent Print Unit.  Can you just briefly

15  tell us what is latent print?

16       A    What is a latent print?

17       Q    Yes.

18       A    A latent print is a fingerprint which is not visible to

19  the naked eye and requires chemical or physical means of

20  development in order for it to be visible.

21       Q    Can you tell us just briefly your education and your

22  professional training or experience that lead to your present

23  position?

24       A    I have a Bachelor's degree in forensic science from John

25  Jay College of Criminal Justice.  I performed an internship with

PARK - DIRECT - JEAN

1   the New York City Police Department Crime Scene Unit where part

2   of my duties were aiding detectives in dusting and lifting prints

3   and also collecting any trace evidence.

4          I received one year in-house training by New York City

5   Police Department in latent print development.  I was trained by

6   the office of the Chief Medical Examiner in DNA collection.  I

7   was trained by the New York City Police department in trace

8   evidence collect, and I have taken a number of training classes.

9   Many hosted by various places in the identification of

10  fingerprints, and as far as photography goes, I was trained by

11  the New York City Police Department in photography and also by

12  the Federal Bureau of Investigations.

13      Q    And what is the relevance of photography training?

14      A    If we see a -- if we develop a latent print we not lift

15  anything off the surface we take a photograph of it we -- we

16  photograph the laten print and that photograph is forwarded to

17  the Latent Print Section of the Department.

18      Q    You mentioned as part of your duties you collect trace

19  evidence which may also be include DNA?

20      A    Correct.

21      Q    How do you do that?

22      A    We take a sterile cotton swab similar to a Q-tip.  We

23  take sterile water, and we place a couple of drops on the tip of

24  the cotton swab.  We then take that swab, we brush it against the

25  surface in the desired area, and then we allow that swab to dry

Amalia Hudson, SCR

### PARK - DIRECT - JEAN

1    and then it's packaged and sent off to the Office of the Chief

2    Medical Examiner.

3        Q    When you do that, do you take precautions to not have

4    any contamination?

5        A    Yes.

6        Q    Can you explain that?

7        A    For all of our work tools and for all of our equipment

8    and our lab bench we have to clean everything with 10 percent

9    bleach followed by 70 percent ethanol, and we wear sterile

10   gloves, sterile disposable gloves, disposal lab coat, a hairnet a

11   face mask.

12       Q    And after each items of evidence have been analyzed or

13   swabbed, do you always have to clean your area before another --

14   before you start on a different case?

15       A    Before and after, yes.

16       Q    I am going to direct your attention to July 19, 2014,

17   were you work on that day?

18       A    Yes.

19       Q    Did you examine evidence in connection with a voucher

20   number 1000524781.

21           THE WITNESS:  Judge, made, I look at my notes?

22           THE COURT:  Sure.

23           (Witness reviewing paperwork)

24       A    Can you repeat that?

25       Q    1000524781.

PARK - DIRECT - JEAN

1    A    Yes.

2    Q    And is that voucher number a unique number?

3    A    Yes.

4    Q    What evidence was contained in that voucher number?

5    A    If was a straw, a broken drinking glass, and a cup like

6    a coffee cup.

7    Q    How were the items packaged?

8    A    The straw and the coffee cup, coffee-like cup was

9    packaged in a biological evidence bag.  Looks like a brown paper

10   bag, and the broken class was packaged in a biological evidence

11   bag but with the -- within a cardboard box.

12   Q    Were they in a sealed condition?

13   A    Yes.

14   Q    And were they packaged separately?

15   A    Yes.

16   Q    And what is the significance of having them packaged in

17   as you said a biological paper bag or biological box.

18   A    The evidence -- I'm not sure exactly what your question

19   means, but the evidence has to breath, so we can't put it in

20   plastic to prevent any contamination and also to prevent

21   destruction of any possible DNA.

22   Q    So those packaging may preserve the evidence?

23   A    Correct.

24   Q    I am going to show you People's Exhibit 15, 16, and 17.

25   They have been premarked for identification.

150

PARK - DIRECT - JEAN

1      Do you recognize those three exhibits?

2      A    Yes.

3      Q    And that is -- let's take them one at time.  What do you

4   recognize People's 15 to be, and if you need to cut it open, you

5   can do that.

6           Don't take it out of the bag.  I just want you to look

7   inside?

8      A    The cup the coffee-like cup.

9      Q    That is People's 15.

10     A    Yes.

11     Q    What about People's 16?

12     A    It is the purple straw.

13     Q    And People's 17.

14     A    Do you want me to open the glass.  I mean the bag that

15  is in there?

16     Q    No.  I just want to know can you identify that it is?

17     A    It's the broken pieces of glass.

18     Q    How do you know that those are the items that is in

19  those bags?

20     A    My initials are on each seal with the lab number.

21     Q    And after you examined those items, did you seal them?

22     A    Yes.

23     Q    Did you -- do you know your seal with your initial?

24     A    Yes.

25     Q    And is that -- are those three exhibits are those in the

PARK - DIRECT - JEAN

1  same condition today as it was from when you sealed them?

2  A    Yes.

3         MS. PARK:  Your Honor, I going to offer them

4  subject to connection?

5         THE COURT:  Any objection?

6         MR. HERLICH:  Subject to multiple connection,

7  Judge.

8         THE COURT:  People's 15, 16 and 17 are accepted in

9  evidenced subject to connection.

10  Q    Did you swab each of those items?

11  A    Yes.

12  Q    And I know you talked about it briefly but taking them

13  one at a time, let's start with People's 13 (SIC) a coffee cup.

14  Can you tell us how you swabbed that -- People's 15 and what

15  area?

16  A    Of the cup?

17  Q    Of the cup, Yes.  People's 15?

18  A    I took one swab from the mouth area but the rim portion

19  of the mouth area of the cup.  When I say mouth area, there is a

20  lid on the cup, and there is a tab that is pulled back, so the

21  exposed area where someone's mouth would go to drink, and I also

22  took a swab from the tab that is pulled back, the edges of the

23  tab.

24  Q    How many swabs did you use?

25  A    Two.

PARK - DIRECT - JEAN

1    Q    So one for the tab and one or the rim?

2    A    For the mouth area.

3    Q    And what about People's 16?

4    A    People's 16 is that the straw.

5    Q    You can look at it?

6    A    The top area of the straw where a person's mouth would

7    go to drink.

8    Q    And People's 17, you mentioned that it was broken

9    glasses.  Can you tell us the condition it was in when you opened

10   the box?

11   A    It was in multiple pieces.  I think 80.  Approximately

12   80 piece were examined for latent prints.  So there were broken

13   in many pieces.  There's a portion of it that was the shards of

14   glass were too small for examination?

15   Q    I am going to show you People's 17A marked for

16   identification.  Do you recognize it?

17         THE COURT:  What number is it again?

18         COURT OFFICER:  17A.

19   Q    Do recognize People's 17A?

20   A    Yes.

21   Q    What do you recognize it to be?

22   A    The shards of glass I examined.

23   Q    And is that the shards of glass that you examined from

24   the Exhibit, People's 17?

25   A    Yes.

PARK – DIRECT – JEAN

1    Q    And are those -- is that a photograph?

2    A    Yes.

3    Q    Did you take them?

4    A    Yes.

5    Q    Did they fairly and accurately show you when you took

6    the shards of glass out the box the way it appeared?

7    A    Yes, minus the ones that I could not examine.

8         MS. PARK:  Your Honor, I offer People's 17A in

9    evidence.

10        THE COURT:  Any objection?

11        MR. HERLICH:  Subject to connection.

12        THE COURT:  Very well.  17A is in evidence subject

13   to connection.

14   Q    What part -- did you swab that glass?

15   A    Yes.

16   Q    What part of the glass did you swab?

17   A    The top rim portion.

18   Q    And how did you determine that if the glass was broken?

19   A    I looked at each piece of glass and the parts that had

20   the round, the edges I determine to be the rim of the glass.

21   Q    I'm -- what did you do with the swabs?

22   A    I packaged each one separately they are then voucher on

23   to a supplemental invoice, and then they are transferred to the

24   evidence control section of the laboratory.

25   Q    When you say vouchered them, what does that mean?

PARK - DIRECT - JEAN

1       A    This means placing them on a unique invoice invoicing

2    the item of evidence.

3       Q    I am going to show you what has been previously marked

4    for identification as People's 18.

5                           (Handing)

6       Q    Do you recognize People's 18?

7       A    Yes.

8       Q    What do you recognize them to be?

9       A    The four swabs that I took in connection with this

10   voucher.

11      Q    How do you know that those swabs are the ones that you

12   took?

13      A    The label that I placed on them has a lab number and

14   then the description of the swabs that I previously state that I

15   took and also my initials on each of the seals.

16      Q    How many envelopes are there for the swabs?

17      A    Four.

18      Q    So each swab gets it's own envelope?

19      A    Yes.

20      Q    And is that -- are they in the same condition today as

21   it was when you stealed them?

22      A    With the exception of three of them having an additional

23   seal, yes.

24      Q    So which are you referring to the yellow tape?

25      A    Yes.

PARK - DIRECT - JEAN

1   Q    Other than the yellow tape, is it in the same condition?

2   A    Yes.

3        MS. PARK:  Judge, I am going to offer them subject

4   to connection.

5        THE COURT:  You talking about 18?

6        MS. PARK:  Eighteen, yes.

7        THE COURT:  Any objection?

8        MR. HERLICH:  Subject to connection.

9        THE COURT:  It's in evidence subject to connection.

10  Q    Can you tell us how you designated the swabs?

11  A    Based on the lab number that the evidence is given when

12  the voucher is placed into our laboratory information management

13  system, it's given an item number.  The swabs are given a subject

14  number from the item number, so if I have Item One the swab is

15  going to be Item 1.1.  So the swabs in this case is swabs number

16  2.1, 3.1, 4.1, and 4.2.

17  Q    Let's start with Item No. 2.1, what is that referring to

18  what swab is that?

19  A    The swab from the top of the straw.

20  Q    What about item 3.1?

21       THE COURT:  That is from the rim of the broken

22  glass.

23  Q    And 4.1?

24  A    That is from the mouth area of the cup.

25  Q    And 4.2?

HERLICH - CROSS - JEAN

1     A     From the stab on the lid of the conduct.

2     Q     So why does item No. 4 get 4.1 and  4.2?

3     A     Because there are two separate swabs.  So it's still

4   from the same item but you get .1 and .2 because there are two

5   separate swabs.

6     Q     So if there was a third swab from that same item, it

7   would 4.3 for example?

8     A     Correct.

9     Q     And what happened to those envelopes after you seal

10   them?

11     A     They were forwarded to the evidence control section the

12   laboratory.

13     Q     Does your lab test it for DNA?

14     A     No.

15     Q     And where does it go from the evidence control?

16     A     It gets triaged by the Office of Chief Medical Examiner

17   Liaison Unit, and they make a determination if it goes to the

18   Office of the Chief Medical examiner or the Property Clerk.

19             MS. PARK:  I have no further questions.

20             THE COURT:  Your witness.

21   CROSS EXAMINATION

22   BY MR. HERLICH:

23     Q     With regard to the swabs that you used, Ms. Jean, are

24   they treated with any chemicals, or is it just cotton by itself

25   that is used to pick up any possible biological material on the

HERLICH - CROSS - JEAN

1   specimen that you're examining?

2      A     It's just the sterile cotton swab.  No chemicals.

3      Q     So the supplemental invoice that you're referring to in

4   your direct testimony, that pertains to the swabs that you

5   utilized in trying to gather evidence and that you put into four

6   separate envelopes, is that fair to say?

7      A     Correct.

8      Q     And where is your laboratory located?

9      A     In Jamaica Queens.

10     Q     And do you recall the date on which you received these

11  material for your examination?

12           THE WITNESS:  Judge, made I look at my notes?

13           THE COURT:  Sure.

14     A     The date that I received it?

15     Q     Yes?

16     A     The date I personally received it?

17     Q     Or your laboratory received it.

18     A     I don't have the date that laboratory received it, but

19  the date that I did was July 19, 2014.

20     Q     And the date that you performed the swabbing what was

21  that date?

22     A     July 19, 2014.

23     Q     Whatever paperwork you prepared was what prepared on

24  July 25 1:00 2014 regarding the fact that you did this work?

25     A     No.  It's dated July 19, 2014.

HERLICH - CROSS - JEAN

1          Are you look at the report?

2               MS. PARK:  Your Honor, I would like to show the

3     witness just two documents, Defendant's Exhibit C for the

4     purpose of identification.

5               THE COURT:  Okay.

6          What are they?

7               MR. HERLICH:  Laboratory reports I believe that

8     were prepared by the witness.

9               THE COURT:  Okay.

10                    (Handing)

11    A     Okay.

12    Q     Does that refresh your recollection as to when you

13    prepared your report regarding the taking of the swabs?

14    A     The taking of the swabs report goes on a supplemental

15    invoice which is dated 7/19/14.

16    Q     So did you prepare any reports subsequently?

17    A     Yes.

18    Q     And the report that you prepared on July 25th did that

19    just memorialize the work you did with regard to the material you

20    received in this case pertaining to the property voucher that

21    were submitted to you?

22    A     Yes.

23               MR. HERLICH:  Nothing further, Your Honor.

24               THE COURT:  Anything else from the People?

25    REDIRECT EXAMINATION

                    Amalia Hudson, SCR

                         A510

HERLICH - CROSS - JEAN

1   BY MS. PARK:

2       Q    Ms. Jean, when you are working on a case, are you

3   required to make any notes like handwritten notes as you go along

4   in your testing process?

5       A    Yes.

6       Q    And at the end when you complete your testing, do you

7   then prepare a formal type written report?

8       A    Yes.

9       Q    And do you do that based on -- do you also -- do you

10  review your notes as well as your independent recollection when

11  you prepare that report?

12      A    Yes.

13              MS. PARK:  I have knowing further.

14              THE COURT:  Anything else?

15              MR. HERLICH:  No.

16              THE COURT:  Thank you.  You may step down.

17              MS. PARK:  Yes, Judge.

18              THE COURT:  Jurors, The People and defense counsel

19          have entered into a stipulation.  A stipulation is an

20          agreement that both parties enter into and negates the need

21          to call a witness to testify to whatever it is that has been

22          stipulated to.  At this time I ask the prosecutor to please

23          read the stipulation into the record.

24              During your deliberation a stipulation is treated

25          exactly like any other evidence.  You can request to see it.

PARK - DIRECT - SIERRA

1    You can hold it.  You can look at it.  You can read it.

2              MS. PARK:  "The parties stipulate that the cellular

3    telephone number (646)593-3203 belonged to Lonnie Harell, or

4    Harrell from July 15, 2014 through July 16, 2014."

5              THE COURT:  We'll marked that was a Court Exhibit

6    what?  One.  That will be Court Exhibit 1.

7         Call your next witness, please.

8              MS. PARK:  The People call Joseph Sierra.

9                   (Witness enters)

10             COURT OFFICER:  This way, please.  Watch your step

11   going up.  Please remain standing in front of the chair.

12   Raise your right hand.

13             THE CLERK:  Do you solemnly swear or affirm the

14   evidence you shall give to the Court shall be the truth, the

15   whole truth, and nothing, but the truth?

16             THE WITNESS:  I do.

17             THE CLERK:  Have a seat.

18             COURT OFFICER:  Please state your full name,

19   spelling your last name.

20             THE WITNESS:  Joseph, J-O-S-E-P-H, Sierra,

21   S-I-E-R-R-A.

22             COURT OFFICER:  County of residence.

23             THE WITNESS:  Lehigh County, PA.

24             THE COURT:  Good morning.

25        You may inquire.

Amalia Hudson, SCR

A512

PARK - DIRECT - SIERRA

1   DIRECT EXAMINATION

2   BY MS. PARK:

3       Q    Mr. Sierra, by whom are you employed?

4       A    T-Mobile US.

5       Q    What T-Mobile US.

6       A    It's a telecommunications company.

7       Q    What is your position there?

8       A    I'm a Compliance Officer as well as a custodian of

9   records.

10      Q    About how long you have been in that position?

11      A    Five and a half years.

12      Q    How long have you been working for T-Mobile?

13      A    Five and a half years.

14      Q    Can you describe your current duties and

15  responsibilities?

16      A    As a compliance office, I respond to subpoenas, search

17  warrants, and court orders served upon T-Mobile.  Due to my

18  clearance I also handle national security letters as well as

19  other classified information.  As a custodian of records, I

20  handle testifying across the nation in trials entering in our

21  records as evidence.

22      Q    Our records meaning what?

23      A    T-Mobile telecommunication records or Metro PCS

24  telecommunication records.

25      Q    Can you just briefly tell us your education and your

PARK - DIRECT - SIERRA

1  professional experience that is relevant to your current

2  position?

3      A    Criminal justice Bachelor's from Rutger's University

4  with computer science minor.  For my Master's I have a computer

5  science and forensics from St. Joseph's University in PA.

6      Q    PA meaning the state?

7      A    PA the state.

8          The T-Mobile side basically training upon being hired

9  it's six months worth of training to understand the record

10 systems as well as how the network interacts with the cell phone

11 and the towers.

12         In addition to that every time that technology is

13 institutionalized within T-Mobile, I have to get recertified.  So

14 within every year, I have a recertification on the information,

15 and whenever new technology is instituted, I also have to do it

16 again to learn that new information and how it interacts with the

17 tower.

18         So for example in 2013, we came out with HSPA Plus and

19 LTE, so I had to get certified three times that year.

20     Q    I don't think we know what that means.

21     A    HSPA Plus is a lower version of LTE.  LTE is F

22 Generation Technology.  Essentially it's just how fast and in

23 what way your cell phone uses a radio frequency wave to

24 connection to that tower.

25     Q    Prior to coming to court today did you have an

Amalia Hudson, SCR

A514

PARK - DIRECT - SIERRA

1   opportunity to review phone records for the two following

2   numbers?

3       A    Yes.

4       Q    (646)593-3203.  Did you revies those records?

5       A    Yes.

6       Q    Did you also review (646)206-2485?

7       A    Yes.

8       Q    Were they landline or cell phones?

9       A    Both cell phones.

10      Q    I am going to show you what has been previously marked

11  for identification as People's 10A, B, C and People's 23. Do you

12  recognize them?

13      A    Yes.  10A, B and C are subscriber records, call detail

14  records, and a CD, and 23 are a CD.

15      Q    So for People's -- let's take them one at a time 10A.

16  What is 10A?

17      A    10A is call detail records for number (646) 202 --

18  excuse me.  206-2485.

19      Q    What about 10B?

20      A    This is subscriber information for that same target

21  number.

22      Q    10C?

23      A    A CD containing the call detail records cell site and

24  subscriber information for previously stated number.

25      Q    What about People's 23?

Amalia Hudson, SCR

A515

PARK - DIRECT - SIERRA

1    A    This is subscriber -- excuse this is cell site

2    information for (646)593-3203.

3    Q    And does T-Mobile make and keep records of phone calls

4    cell site records and subscriber information in the regular

5    course of it's business?

6    A    Yes.

7    Q    Is it the regular course of T-Mobile's business to

8    maintain those records?

9    A    Yes.

10   Q    Are the entries made on those records made at the time

11   that recorded transaction takes place or within a reasonable time

12   thereafter?

13   A    Yes.

14   Q    Is the person who makes the entry, reports the

15   information under a business duty to do so accurately?

16   A    The information is recorded electronically, so yes.

17        MS. PARK:  Judge, I offer People 10A, B, C and

18   People's 23 in evidence.

19        MR. HERLICH:  No objection.

20        THE COURT:  People's 10A, B, C and 23 are accepted

21   into evidence.

22   Q    I want to start with People's 23, and you said that that

23   is a CD, correct?

24   A    Correct.

25   Q    Before -- prior to coming to court today, did you review

Amalia Hudson, SCR

PARK - DIRECT - SIERRA

1   what is contained in the CD?

2      A    Yes, I did.

3      Q    Do you see your initial on that CD?

4      A    Yes, I do.

5      Q    So I'm, showing you People's 23 and just for

6   clarification this has to do with the number -- phone number

7   ending in 3203, correct?

8      A    That's correct.

9      Q    And this contains what information?

10     A    This has the call detail records which is the file

11  labeled 3203.  The cell site information which is the third file

12  labeled 018 -- Excuse me -- 016378 Cell CDR, and the subscriber

13  information which is the 2014 file.

14     Q    I am going to click on the call detail records.  What

15  are call detail records?

16     A    These are transaction logs of the communication that

17  were made from that cell phone to another party.

18     Q    And you mentioned cell site records.  What is cell site

19  records?

20     A    Cell site records are an advanced form of call detail

21  records.  They are essentially the same transaction log except

22  that it also includes the cell tower that was utilized at the

23  time of that transaction both at the beginning of the call and at

24  the end of the call.

25          MS. PARK:  Just give my one second?

166

PARK - DIRECT - SIERRA

1            (Pause in proceedings)

2      Q    So I am going to scroll down to July 16, 2014 at

3  2:23:30 p.m.  Do you see that Mr. Sierra?

4      A    Yes, I do.

5      Q    If you need to get closer with the Court's permission?

6            THE COURT:  Of course.

7      Q    So I would like to focus your attention to line 544

8  where it says 7/16/14 at 2:23:30 p.m.  Can you just go across and

9  explain what each of the columns mean?

10     A    Yes.  Row A is going to the MSISDN.  This is the

11 technical term for the phone number, and Column A it's always

12 going to be the target number for the records that we pulled

13 information on, and this is for 3203 as you can see also from the

14 file number.

15           Row -- excuse me.  Column B is going to be the IMSI.

16 This is the international mobile subscriber identifier number.

17 This number is kind of like your Social Security number on the

18 T-Mobile network.  This is the number that never changes

19 throughout your time with T-Mobile because of the fact that

20 because we are a GSM company which means we utilize a SIM card.

21           You can change your SIM card.  You can change your

22 phone.  You can change your phone number.  You can change you

23 account, but one thing that's constant is the number which is the

24 MZ that always make sure we bill the right number.  So this is

25 the number that is utilized when it communicates with the cell

PARK - DIRECT - SIERRA

1  phone tower.

2        Column C is going to be the IMEI, the international

3  mobile equipment identifier.  This is the serial number on the

4  back of your phone under the battery.  This is the number that is

5  there.

6        The Column D is going to be the event time.  This is

7  going to let us know whether it was a voice, an SMS, which is a

8  text message, the technical term for text message, standard

9  messaging, an MMS which is the multimedia service; that's a

10 picture, or video messages or data which can be pretty much

11 everything from sending an e-mail, downloading an app, watching

12 Netflix, facebook etc.

13    Q    Before you move on, what is voice?

14    A    Voice is a regular phone call.

15        Column E is going to be the date and time of the

16 transaction.  Column F is going to the direction.  This let's us

17 know whether this was an incoming or outgoing transaction.

18        Column G is going to be the number that was

19 communicating with this target.  So Column G will always be the

20 other party included in the transaction.  Column H is the TAC.

21 This is the Type Allocation Code.  This just let's me know what

22 type of phone it is.  This is the serial number in Column C, but

23 Column H let's me know that it's an iPhone 5 in this specific

24 example.

25        Following is switch informing.  The switch is what

Amalia Hudson, SCR

PARK - DIRECT - SIERRA

1  routes the phone to the correct party.  So in this specific
2  situation, the switch utilized was a New York switch which I can
3  see by the first three letters NYM, which is New York Metro, and
4  it was switch 306.  At the end, Column K, is the duration
5  measured in seconds.

6      Q    So when you see the New York does this mean this is in
7  New York time?

8      A    Yes.  Most of T-Mobile's records are -- time zone is
9  deciphered by the switch or the tower that it utilizes.  In this
10 situation it is New York, so it's going to be eastern time.

11     Q    You can have a seat, Mr. Sierra.

12          And here, the last records here shows a phone call at
13 7/16/14 at 2:42:42 p.m. outgoing call, the last line.  Do you see
14 that?

15     A    Yes, I do.

16     Q    Can you tell us what is that means?

17     A    Essentially that's last entry of the records so
18 depending on the date range let's us know if 2:42 was the last
19 phone call for that day, or if it was last phone calling for a
20 period of time.

21     Q    And what was the end date -- what was the range of
22 records that was requested for this particular phone number, the
23 end date?

24     A    I believe the end date was September 10, 2014.  So that
25 means that for this record, there were no phone calls after 7/16

PARK - DIRECT - SIERRA

1    up until 9/10/14.

2        Q    If that number an ending in 2458, the record that is in

3    front of you, is being used, for example, someone is on that

4    phone -- I'm sorry.  Let me withdraw that question?

5        A    I apologize.  Do you mean 2303.

6        Q    Yes.  Let me ask that after I go through the other

7    records.

8            I am going to turn your attention to People's 10A, B,

9    and C.  I'm now going to ask you to turn your attention to

10   People's 10A, and what is People's 10A again?

11       A    This is essentially the same call detail record except

12   for the number ending in 2485?

13       Q    If you could look at the call detail records for number

14   ending in 2485, and I am going to focus your attention to

15   July 16, 2014 between 11:42:48 a.m. and 2:37:13 p.m.  Do you see

16   that?

17       A    Yes, I do.

18       Q    The other records, the earlier records we saw, now

19   referring to People's 23, between 2:23:30 p.m. and 2:28:35 p.m.

20   there were 10 outgoing calls from the number ending in 3203 to

21   2485.  Why is that -- why are those calls not reflected in the

22   call detail records for number ending 2485?

23       A    Most likely because they went to voice mail.  So one

24   record obviously would show the record because calls were being

25   made, but the record of the receiving party wouldn't show those

PARK - DIRECT - SIERRA

1  calls being received on their record because of the fact that it

2  didn't technically go to their handset.  It went to voice mail.

3      Q    Can you explain call to 911.  Are they reflected in call

4  detail records or cell site records?

5      A    They can be.

6      Q    What do you mean?

7      A    Well, the main issue with 911 is that there are

8  different towers.  Every phone company -- Well, let me phrase

9  that.  Most phone companies like Verizon Sprint, AT&T have their

10  own cell phone towers that they utilize for their network.

11  Roaming occurs when you utilize another network work different

12  from your own.

13          Now, 911 is a little bit different.  Due to FCC

14  regulations -- which is the Federal Communication Commission, I

15  believe, right?  Yeah -- the FCC requires that any handsets

16  whether it has service or not has to be able to deal 911.  So you

17  could technically not belong to any network but still have a cell

18  phone that is not being used dial 911, and be connected which is

19  one of the main reasons why there are 911 only towers to fill in

20  gaps where certain towers do not exist.  So ever phone can dial

21  911.

22          So when you make a phone call.  Your phone will connect

23  to, for example, if you have T-Mobile, the nearest T-Mobile

24  tower.

25          When you dial 911, it will connect to the nearest tower

Amalia Hudson, SCR

A522

171

PARK - DIRECT - SIERRA

1  in general because again you have to be able to dial 911

2  regardless of network, phone, etc.  So.  If you call 911 and you

3  connect to a T-Mobile tower that is enabled with 911, it will

4  show on your record.  If you call 911 and it goes to a 911 only

5  tower or a SPRINT, Verizon, AT&T 911 tower, it's not going to

6  show on the record.

7      Q     You only maintain records if it hits T-Mobile's tower,

8  right?

9      A     Yes.  Cell site information only pulls information from

10 T-Mobile towers or the T-Mobile network.

11     Q     Now, I want to review People's 10C and tell us again 10C

12 what does that contain?

13     A     This contains cell site information for the number

14 ending in -- I just have to see the file.  I forget the number.

15     (Witness reviewing exhibit displayed in court)4

16           Cell site informing for (646)206-2485.

17     Q     Now, I want to focus you attention to Line No. 27.  I

18 will bring that up.  Do you see what I'm referring to, Line No.

19 27?

20     A     Yes.

21     Q     Using that line number, can you just go across the board

22 and explain what we are looking at?

23     A     Actually if you don't mind going all the way to the top,

24 I need the column to identify the correct information.

25     Q     Sure.

PARK - DIRECT - SIERRA

1    A    So these records are an expanded form of cell site

2    information.  There are known as mediation records.  This is a

3    new tool both T-Mobile and Metro PCS has utilized within the last

4    three months.  It allows us to do a deeper search for a longer

5    period of time in our network.  Previously, we were only able to

6    retain six months of sell cite information.  With this new tool,

7    we can go as far back as October of 2013.

8         So with this information it allows us to provide cell

9    site informing for a longer period of time essentially, and it

10   allows us to obtain both connected information and non-connected

11   information within the record.

12   Q    Can you explain what you mean by that?

13   A    Yes.  So there is two types of connections, network

14   connection and device connection.  Network connection is when

15   your cell phone connects to the network to the tower and goes

16   to -- well I will have to explain.

17        With your cell phone it connects wireless from your cell

18   phone to the cell phone tower.  Then from the antenna of the

19   cell phone tower it will go down to the base of that cell phone

20   tower to a routing antenna which will send through fiber optics

21   to a switch.

22        The switch is the routing system that tells us where the

23   phone call needs to go.  So depending on the area code and the

24   phone number, it allow us to know which pathway it should travel.

25        Once it goes from the switch, it will go through the

Amalia Hudson, SCR

A524

PARK - DIRECT - SIERRA

1   public telephone system.  If it's a landline, it will continue on
2   the public telephone system to that landline.  If it's a cell
3   phone, it will go a switch of that other parties company and from
4   there switch to cell phone tower to cell phone tower to the
5   recipient.  Now, that is network connection.

6           Device connection is when the device actually receives
7   the information.  So when you send a text message, in fact, you
8   it delivery it to that other party.  That's device connection.
9   Network connection is just the actual travel through the network.

10          Now, the mediation records you have Column A, which is
11  the calling MDN.  This is the number that placed the phone call.
12  Column B is the called MDN.  This is the number that received the
13  phone call.  The billing MDN in this situation will always show
14  the target number.  It's very much like the MSISDN column in the
15  previous record.  It just allows us to know which record were
16  pulled and for whom.

17          The destination number and dial number go hand in hand.
18  The destination number is the translated number.  This is the
19  number that the network recognizes and will ultimately send the
20  information to.  The dialed number is the number that was entered
21  into the handset.

22          So, for example, if you utilize speed dial on your cell
23  phone, in the dial number, say your home is entry No. 2.  In the
24  dialed number, it will be just the 2, but in the destination
25  number it would be the full phone number for your home.

PARK - DIRECT - SIERRA

1       The date, self explanatory.  The time, in military time,

2   self explanatory.  The time zone let's us know obviously whether

3   it's eastern time, Pacific time, etc. and it will adjust based on

4   the middle number so EST, Standard 5.  EDT would essentially be

5   6.  Time zone is going to let us know whether it is based off the

6   tower or the switch.  So the reason we have this Column is

7   because your tower is obviously always going to local of where

8   you are.  Because within the T-Mobile Metro PCS, we always try

9   to connect you with the nearest tower which is within a two mile

10  range because that the maximum range for a tower?

11      If it were to have an S, it would be the switch.  Now,

12  the switch you can utilize any switch across the nation.  So if

13  this had an S and it said in this Column IA, I would know that it

14  utilized a switch in Los Angeles, and that specific transaction

15  would be Pacific time and not eastern time.

16      Next column is duration.  This is minutes and seconds.

17  Column K is going to be again a further explanation of the

18  direction of the call.  One being incoming.  Zero being outgoing.

19      The MSC is just letting me again know more information

20  about the switch.  This is a 646 number.  So I know it utilized a

21  New York switch.  The IAC.  Both CI and DC, this is engineering

22  information.  This is just details about the cell phone tower,

23  and again going down this is going to be a lot more information

24  about the cell phone tower.  Basically longitude and latitude of

25  where it's located, the address and specific details about the

PARK - DIRECT - SIERRA

1    tower, and it goes on.  This is just engineering reports.

2       Q    You can have a seat.

3            Now, I would like to focus your attention to that call

4    at 4:20:50 hours on July 16, 2014, and that would be Line 27, and

5    you said that was in military time so 4:20:50?

6       A    2:20 p.m.

7       Q    So can you explain that line to us, Line 27?

8       A    Yes.

9       Q    About what call?

10      A    Essentially we have 3203 calling 2485 on 7/16 at 14:20,

11   2:20 p.m. utilizing a tower for a duration of zero seconds and

12   zero minutes.

13           Essentially this shows as I was talk about previously, a

14   network only connection.  It didn't connect to the device.  So it

15   would travel through the network but essentially never connected

16   to the device.

17      Q    And what does had means?

18      A    It means that the cell phone of 3203 called 2485, it

19   went through the network, but it never went to the device.  So

20   essentially they made a phone call and probably on the first ring

21   hung up, and that is why there was no connection.

22      Q    Now according to these -- you can have a seat, Mr.

23   Sierra.

24           According to these records People's 10C, the -- one

25   second.  I'm sorry.

Amalia Hudson, SCR

A527

PARK - DIRECT - SIERRA

1          (Pause in the proceedings)

2     Q     Now according to the record in People 10C, it shows a

3    call on July 16, 2014 at 14:20:50 hours, which would be 2:20:50

4    p.m. from 3203 to phone number 2458, right?

5     A     Correct.

6     Q     Now according to the records People's Exhibit 23, and I

7    show them to you side by side -- Judge, may I have a minute?

8          THE COURT:   Yes.

9      (Ms. Park conferring with defense counsel)

10    Q     I am going to show you People's 23A --

11          MS. PARK:   And Judge, I don't believe Mr. Herlich

12    will have an objection to this, but 23A is just a printout

13    from People's 23 which is already in evidence?

14          THE COURT:   Is that correct?

15          MR. HERLICH:   That's correct, Your Honor.

16    Q     So I'm just going to put it up on the Elmo.

17          So just going back to People's 23, the call at 4:20:50

18    hours, I would like you to note that, and I will move to the

19    phone records for phone number ending 3203.  Do you see the

20    highlighted area?

21    A     Yes, I do.

22    Q     Now, according to those records.  That call at

23    2:20:50 p.m. is not reflected do you see that?

24    A     Yes.

25    Q     Can you explain that?

Amalia Hudson, SCR

A528

PARK - DIRECT - SIERRA

1    A    Yes.  These record are call detail records the records

2    that we looked at on Excel are actually mediation cell site

3    records, so it's going to be more expanded in terms of the

4    information that was shown.  So as stated previously this is

5    going to show device connection only while the other records show

6    both network connection and device connection.

7    Q    Now, So I just want you to remember the 2:20:50 phone

8    call, and I going to put the cell site records from People's 23.

9         Now, I'm going to ask you to focus your attention again

10   to July 16, 2014 to lines between 70 and 71.  That 2:20 p.m. call

11   is not reflected on these cell site records?

12   A    That's correct.

13   Q    This would be cell site records ending in 3203.  So we

14   understand the call detail records, but why is it not reflected

15   in the cell site records?

16   A    So essentially we are looking at the three different

17   types of records.  We are looking at CDRs, call detail records,

18   which are just the transaction time.  This is going to be cell

19   site information.  This is going to include attempted and

20   connected transactions based on the cell tower that have a

21   duration.  Mediation records, the cell site records we saw

22   essentially looking the same but a little bit different format.

23   That is going to be pretty much everything we have.  So it's just

24   essentiality the same record pulling different types of

25   information, the mediation record is a more complete record.  So

PARK - DIRECT - SIERRA

1   it's going to include both again network connected and device

2   connected records.  In this situation this is not going show

3   anything with a 0.00 duration because it was not a device

4   connected transaction.

5          Now the mediation records again show everything, so it

6   will include even 0.00 duration records.

7      Q    Now, I want to ask you about if the phone number ending

8   in 2485 was being used meaning someone was on the phone and

9   someone else was calling that number, would it go to voice mail,

10  or how does that work.  Do you understand the question?

11     A    Well, voice mail is initialized in three ways.  One, the

12  handset is turned off.  If your phone is turned off and someone

13  calls, you, it's going automatically to voice mail.  The other

14  two ways is your device is powered on, but you either let the

15  phone ring until it's initiated and it kicks to voice mail, or

16  you actively ignore that call and hit decline in terms of

17  acceptance of the call.

18         So those three ways are the ways that a cell phone will

19  be connected to voice mail through a device.

20     Q    I am going to ask you one last question about Exhibit

21  10C, and these are records ending in 2485, and I want you to

22  focus your attention to Lines 28 through 37.  They would be calls

23  on July 16, 2014 from military time 14:23:30 to 14:28:35.  Do you

24  see those?

25     A    Yes.

Amalia Hudson, SCR

179

PARK - DIRECT - SIERRA

1    Q    And can you tell by looking at these records whether

2    it's going to voice mail?

3    A    Yes.

4    Q    How?

5    A    If you see these block of calls, you will notice

6    obviously these are all in the calling column is 3203.  In the

7    call column actually.  Yes, in the call column you see

8    (805)637-7249.  This number is T-Mobile voice mail.  So this

9    means they were connected to the voice mail system, but within

10   the billed MDN we see 2485.  So essentially that means 3203

11   called 3485, but there were routed to voice mail, and we can see

12   that again here in the dialed and destination column.  They

13   didn't actively dial that number, but what we do see here is that

14   it was connected to voice mail at all of these times, and we can

15   also tell by the duration you are only looking at few seconds per

16   one.

17   Q    Just to clarify, you're saying that 3203 is dialing

18   number ending in 2485, is that right?

19   A    Yes.

20   Q    But it's going to voice mail, and you can tell by

21   looking at Column B the number that starts with 1805?

22   A    Yes.  Column B, D and E.

23   Q    So you are not actually dialing that number 1805, is

24   that right?

25   A    Correct.  It's just the system routing to the voice

Amalia Hudson, SCR

A531

PARK - DIRECT - SIERRA

1  mail.  As we can we again A and C tell us what numbers are

2  communicating with each other, but because 2485 for whatever

3  reason of the three reasons I provided previously, connecting to

4  voice mail, it connected to voice mail.

5      Q    And finally I am going to show you People's 10B and if

6  you can just explain to us what 10B in?

7      A    Yes.  This is subscriber information for (646)206-2458.

8      Q    Can you just go down and explain what they are?

9      A    Yes.

10      First row we have the building account number.  This is

11  the overarching account number so if you have multiple numbers on

12  the same account, this is the number we would look it up to see

13  every number that you had on your account.

14      The building account status is opened.  That means that

15  the account at the time of this report was still active.  Now

16  bill accounting status can be open, suspended or canceled which

17  is going to be little bit different than MSISDN status, which I

18  get to in a second.  MSISDN, M-S-I-S-D-N.

19      The billing account name is the owner of the account.

20  In this specific situation we have a Laketa, L-A-K-E-T-A Smith.

21  Next would be the date of birth.  Next row Social Security

22  number.  Next row is a company name if it was a business account.

23  We would provide the company name, but since it's a personal

24  device, it just utilizes the last name of the person.  Next is

25  the address.  You want me to read the address?

PARK - DIRECT - SIERRA

1    Q    No.  That's okay?

2    A    Telephone one and two are alternate contacts provided by

3 the user.  It doesn't necessarily mean that it's a home phone or

4 in any way connected to the user.  Minus, it's a way they get to

5 Laketa Smith.  The MZ I explained previously.  The mobile number

6 is the specific number that we search in this situation which is

7 2485.  The mobile number name, this basically shows that Laketa

8 Smith is the owner of the account, and that this specific number

9 is registered to Laketa Smith.

10    Basically we include both because of the fact that say,

11 for example, your parent owns the account, if you want to assign

12 a name to the account for yourself, your parent can input that

13 information there.  So that the account is going do Laketa Smith

14 and the mobile number name is designated to X, Y, Z Smith.

15    The date account established is the date that the number

16 was first utilized, 5/23/11.  The MSISDN status is again can be

17 active, suspended, canceled, but it can differ from the billing

18 account because again the billing account is the overarching

19 account.  While that can be opened this specific number, 2458

20 could be suspend or canceled.  So it let's me know that status at

21 the time or of the report 2458 was in, which it was an active.

22 So it was an active account.

23    Disconnect time and date, not applicable because it is

24 active.  So don't need that.  Brand, TMUS let's us know it's

25 T-Mobile brand.  Last refill date, unnecessary because it's a

Amalia Hudson, SCR

A533

HERLICH - CROSS - SIERRA

1  post paid account, which means that they paid monthly at the end

2  of the billing cycle as opposed to prepaid where they need to

3  refill on a monthly basis in order to be able to use the phone.

4  So since this is post paid, there is no need for a refill.

5          Reported indicater.  That let's me know if this came

6  from another company.  It's regular, so that means that this

7  number is native to T-Mobile, and it hasn't been ported out to

8  another company.

9    Q    One last question.  Are text messages maintained or

10  reflected in cell site records at T-Mobile?

11   A    We do not keep text messages content, but it will show

12  in the record, and it will be identified as an SMS for a regular

13  text messages and MMS for a picture or video.

14   Q    Are they picked up by cell towers?

15   A    Yes.

16          MS. PARK:  I have no further questions.

17          THE COURT:  Any cross?

18          MR. HERLICH:  Yes.

19  CROSS EXAMINATION

20  BY MR. HERLICH:

21   Q    Just so I have it straight, the call detail records will

22  not show calls that aren't successful in contacting a party that

23  was called, the phone that was called.  Is that correct?

24   A    Success is again in two different ways.  Success in

25  traveling through the network is one, and success in terms of a

Amalia Hudson, SCR

A534

HERLICH - CROSS - SIERRA

1   person actually picking up the device or responded is another.

2   So call detail records if the -- let's see the easiest way to

3   explain it.

4          Call detail records will show attempted calls from the

5   target to another recipient, and incoming calls only if it's

6   another person trying to contact the target.

7   Q    Let me get to the point which is I believe the records

8   that you've had an opportunity to review that are generated by

9   your company, when it came to the phone number ending 2485, the

10  records did indicate a call from, I believe it was 2:20 p.m. and

11  50 seconds on July 16, 2014, correct?

12  A    Yes.  That's going to be the cell site records.  Not the

13  CDR.

14  Q    Okay.

15         Now, there is no record in evidence with regard to the

16  cell phone ending in 3203 indicating that at 2:20:50 seconds on

17  July 16, 2014 that phone number called 3203, correct?

18  A    Correct.

19  Q    Can you account for that?

20  A    Yes.  Essentially again it's going to be based on the

21  type of records that were pulled.  So in this situation we have

22  three different kinds of records that were pulled.  You have

23  mediation cell site records, which is the full complete report,

24  which is network connection and device connection.

25  Q    Let me interrupt if I may.  Why weren't those records

HERLICH - CROSS - SIERRA

1  pulled for the number ending in 3203?

2      A    Because at the time of the request that tool was not

3  made available.  So the record were pulled in January 2015 for

4  3203.  The records for 2485 were pulled about three, four weeks

5  ago.

6      Q    So are you saying the technology didn't exist at the

7  time the records for 3203 were pulled?

8      A    That is correct.

9      Q    And since this new technology has come into being, there

10  was not a subsequent request for the complete records regarding

11  3203?

12      A    That is correct?

13              MR. HERLICH:  Nothing further.

14              MS. PARK:  No. questions.

15              THE COURT:  Thank you, sir.  You can step down.

16              THE WITNESS:  Thank you.

17                  (Witness exits)

18              THE COURT:  Okay, Jurors we are going to take our

19      morning recess.  We'll break for about 10 or 15 minutes.

20      Please remember all of the instructions I have given you.

21      Thank you.  You can step out.

22                  (Jury exits)

23              THE COURT:  Let's take a few minutes.

24                  (Break in proceedings)

25                  (Proceedings continued next page)

**Amalia Hudson, SCR**

A536

```
 1              THE CLERK:  Case on trial, People versus Lonnie
 2    Harrell.
 3              MS. PARK:  Judge, I just have a situation that I
 4    need to bring up to the Court's attention.
 5              THE COURT:  Okay.
 6              MS. PARK:  I have the doctor and another police
 7    officer lined up for this afternoon.  So the doctor was
 8    going to take a significant portion of this afternoon, but
 9    she just texted me and said that she has a stomach virus and
10    it would be very difficult for her to come to court today
11    and wanted to know if she can come tomorrow.  I originally
12    planned to rest yesterday -- tomorrow morning.  I can still
13    rest my case tomorrow afternoon and I'm just wondering if --
14              THE COURT:  So who else would you have today,
15    then?
16              MS. PARK:  I have two more witnesses this morning.
17              THE COURT:  And one this afternoon?
18              MS. PARK:  And one who was supposed to be here at
19    three.  I'm trying to see if he can come here at
20    two-fifteen.  But he's -- his testimony is really going to
21    be about five minutes.  He's someone who took the rape kit
22    from the hospital to another officer who vouchered it.
23    That's it.
24              I mean -- and I spoke to -- she got off work at
25    three o'clock last night and she seemed to be okay and now
```

Joanne Fleming

A537

```
 1        --

 2              THE COURT:  Alright, well, if she can't be here,

 3     she can't be here.  I'm just wondering if I -- if we should

 4     just wrap it up this morning.

 5              Can you have this other witness come back

 6     tomorrow?  I don't want the jury to have to come back in the

 7     afternoon.

 8              MS. PARK:  Yes, I understand.  I will have him

 9     here tomorrow.

10              THE COURT:  Okay.

11              MS. PARK:  I apologize, Judge.

12              THE COURT:  It's okay, it happens.

13              You expect we will be done with these two other

14     witnesses this morning?

15              MS. PARK:  Yes.

16              THE COURT:  And you won't have a problem getting

17     the second witness?

18              MS. PARK:  The officer?

19              THE COURT:  Yes.

20              MS. PARK:  I mean, I will get him.

21              THE COURT:  Okay.

22              A COURT OFFICER:  One in.

23              (Whereupon, the defendant entered the courtroom.)

24              THE COURT:  I will tell the jurors what the

25     scheduling is now so they can plan accordingly.
```

Joanne Fleming

Proceedings

1         MS. PARK:  Thank you.

2         THE COURT:  Tomorrow I should tell them to come

3    back what time, nine-thirty?

4         MS. PARK:  Any time, Judge.

5         THE COURT:  Okay, I will tell them nine-thirty.

6         A COURT OFFICER:  Panel entering.

7         (Whereupon, the jury entered the courtroom.)

8         THE CLERK:  Continuing case on trial, People

9    versus Lonnie Harrell.

10        All parties and all jurors are present.

11        THE COURT:  Okay, jurors, before we continue with

12   the next witness, I just want to talk to you about some

13   scheduling.  I think I have good news and good news.

14        The good news is, due to witness scheduling

15   problems, there will be no proceedings this afternoon.  So,

16   we're going to go as far as we need to go this morning,

17   which I think will be around one o'clock, and then we will

18   call it a day.

19        The good news, I'm assured that we're actually

20   ahead of schedule despite not working this afternoon and

21   starting later this morning.  And we're ahead of schedule.

22   You don't need to concern yourselves that we're going to go

23   beyond the estimated time frame, okay?

24        People, next witness.

25        MS. PARK:  The People call Tanya Devulpillieres.

Joanne Fleming

```
 1                    A COURT OFFICER:  Witness entering.

 2                    (Whereupon, the witness entered the courtroom.)

 3                    A COURT OFFICER:  Remain standing, raise your

 4          right hand and face the clerk.

 5  T A N Y A    D E V U L P I L L I E R E S, called as a witness,

 6          by and on behalf of the People at the Trial, having been

 7          duly sworn or affirmed, testified as follows:

 8                    THE CLERK:  Thank you.

 9                    A COURT OFFICER:  Please be seated.

10                    In a loud, clear voice, please state your name,

11          spelling your last name.

12                    THE WITNESS:  Tanya Devulpillieres,

13          D-E-V-U-L-P-I-L-L-I-E-R-E-S.

14                    A COURT OFFICER:  County of residence?

15                    THE WITNESS:  Kings County.

16                    A COURT OFFICER:  Thank you.

17                    THE COURT:  Okay, good afternoon.

18                    You may inquire.

19  DIRECT EXAMINATION

20  BY MS. PARK:

21      Q    Ms. Devulpillieres, by whom are you employed?

22      A    By the New York County District Attorney's Office.

23      Q    What is your position there?

24      A    I am a senior cell site analyst.

25      Q    What department of the District Attorney's Office do
```

T. Devulpillieres - People - Direct

1   you work for?

2       A    I work in the High Technology Analysis Unit.

3       Q    And can you tell us some of the things that happens at

4   the High Technology Analysis Unit?

5       A    Yes.  Generally we handle electronic devices.  So

6   there is a group that works with computer forensics, there is a

7   group that works with phone records and my group works with

8   cell phone records.

9       Q    How long have you held your current position?

10      A    Since February 2009.

11      Q    Can you tell us, just briefly, your educational

12  background, any relevant experience that led to your current

13  position?

14      A    I graduated from the University of Illinois in

15  Champaign, Illinois, and then I spent four years working as an

16  analyst in the Organized Crime Anti-terrorism Unit at the U.S.

17  Attorney's Office where I worked phone records, cell phone

18  records and mostly wiretaps, which sort of led me to my current

19  position which is working specifically with cell phone

20  recording and looking up cell phone records.

21      Q    Can you tell us about any training that you may have?

22      A    Yes.  I have received about sixty-two hours of

23  training in the mapping software that I use through the

24  manufacturer of that software, which is ESRI, Environmental

25  Systems Research Institute, and I've received training in the

Joanne Fleming

A541