# United States District Court
# For the Southern District

---

LONNIE HARRELL,

*Petitioner,*

*-against-*

MARK MILLER, Superintendent of Green
Haven Correctional Facility,

*Respondent.*

---

## PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF HABEAS PETITION
## APPENDIX OF EXHIBITS
## VOLUME IV of IV

---

Robert S. Dean
Center for Appellate Litigation
120 Wall Street, 28th Floor
New York, NY 10005
*Counsel for Petitioner*

Matthew Bova
*Of Counsel*
212-577-2523, ext. 543
mbova@cfal.org

---

## APPENDIX OF EXHIBITS

## TABLE OF CONTENTS

### VOLUME I

**EXHIBIT A** - New York County Supreme Court Decision & Order Denying Petitioner's Motion to Vacate the Judgment (January 29, 2021)

**EXHIBIT B** - Appendix Filed By Petitioner in Support of Motion to Vacate (A1-A294)

### VOLUME II

**EXHIBIT B (CONTINUED) -** Appendix Filed By Petitioner in Support of Motion to Vacate (A295-A666)

### VOLUME III

**EXHIBIT B (CONTINUED) -** Appendix Filed By Petitioner in Support of Motion to Vacate (A667-A968)

### VOLUME IV

**EXHIBIT B (CONTINUED) -** Appendix Filed By Petitioner in Support of Motion to Vacate (A969-A1074)

**EXHIBIT C** - Petitioner's Appellate Division Brief and Reply Brief

**EXHIBIT D** -Application for Leave to Appeal to the Court of Appeals

**EXHIBIT E** - Supplemental Letter Filed in Further Support of Application for Leave to Appeal to the Court of Appeals

**EXHIBIT F** - Petitioner's Motion to Vacate the Judgment (Filed June 25, 2020)

**Exhibit G** - State's Opposition to Motion to Vacate

**EXHIBIT H** - Petitioner's Reply in Further Support of Motion to Vacate

**EXHIBIT I** - Notice of Motion for a Certificate Granting Leave to Appeal

**EXHIBIT J** - Certificate Denying Leave to Appeal (August 5, 2021)

# EXHIBIT B (continued)

# Appendix Filed By Petitioner in Support of Motion to Vacate

| Time | Employee | Summary |
|---|---|---|
| | | **Neurological**<br>AVPU: Alert |
| | | **Injury -**<br>Location Modifier:  Injury:   Injury Modifier: |
| | | **Injury - Neck**<br>Location Modifier: Right Injury: Pain Injury Modifier:  Comments: redness |
| | | **ABC**<br>Airway:  Patent<br>Breathing: Normal Quality: Unlabored **Lung Sounds: Left:** Clear **Lung Sounds: Right:** Clear<br> Skin Condition: Normal<br> Skin Edema: None  Skin Cap Refill: < 2 Seconds |
| | | **Head to Toe**<br>Head and Neck:<br>   Left Eye: Reactive<br>   Right Eye: Reactive |
| | | **Head to Toe**<br>Abdomen and Pelvis<br>   LUQ Abdomen: Normal<br>   RUQ Abdomen: Normal<br>   LLQ Abdomen: Normal<br>   RLQ Abdomen: Normal |
| 14:42 | | **Vitals**<br>Glasgow Coma Score: E (4) + V (5) + M (6) = 15 |
| 14:46 | Danens, Tina | **Treatment: Pulse Oximetry**<br>Attempts: N/A Success: Yes<br>Level: BLS |
| 14:47 | Danens, Tina | **Vitals**<br>BP: 110/ 60<br>Pulse: 78<br>Resp: 17<br>SPO2: 99<br>Pain: 3 |
| 14:52 | | **Vitals**<br>Glasgow Coma Score: E (4) + V (5) + M (6) = 15 |
| 14:58 | Danens, Tina | **Vitals**<br>BP: 112/ 60<br>Pulse: 77<br>Resp: 17<br>SPO2: 99<br>Pain: 3 |



SMITH, CYPRESS
ED1544348
MRN 200004657493
SER# 000489774703  E
DOB 04/21/1999    15
VST DATE 07/16/2014

**Supply**

**Qty  Supply**

**Narrative History Text:**
UNIT 10C2 DISPATCHED TO A REPORTED RAPE - RAPE - RAPE.ADOLESCENT FEMALE FD SITTING W/ PD AT HOME UPON ARRIVAL

15 Y/O FEMALE, A&OX3 POS ABC NEG SOB.
R APE BY A ADULT MALE KNOWN TO HER FROM THE BUILDING SHE LIVES IN.
PT STATES SHE WAS FORCED BY A MALE TO PERFORM ORAL SEX ON HIM.
AND FORCEABLE PERFORM ED ORAL ON THE VICTIM.
PT STATE THE PT PULLED HER PANTS DOWN AND PLACED HER ON A STOOL.
PERFORMED ORAL SEX ON THE VICTIM. FORCED HER TO HE R KNEES AND INSTRUCTED THE VICTIM TO PERFORM ORAL SEX ON HIM.
PT STATES THINKS THE MALE EJACULATED IN HER IN HER MOUTH BUT SHE IS NOT SURE.
PT IS C/O  PAIN TO THE RT SIDE OF THE NECK. POS REDNESS TO THE RT SIDE OF THE NECK.
DENIES LOC, DENIES NECK AND BACK PAIN, DENIES CHEST PAIN.

NEG ABD PAIN X4 QU ADS NT/ND, POS PMS X4 EXT.
28TH PCT
PT TXPD TO HOSP 20 WOI.

**Unable to Sign:**
Unable to Sign Reason: Minor - Patient under age of 18
Authorized Representative: Patient's legal guardian
Authorized Representative Signature: Yes
Secondary Documentation:
Secondary Documentation Signature: No
Comment:

Auth Signature: No    Privacy Sig: No    Unable to Sign: Yes    Refused to Sign: No

**Signature Image(s):**

Authorization Signature

Privacy Notice Signature

Receiving RN / MD Signature - kila rn - 07/16/2014 15:45



Technician Signature - Danens, Tina - 07/16/2014 14:34

Authorized Representative Signature - mother - 07/16/2014 15:41



Recommended Service Level:

Agency Definable Field 1: N/A    Agency Definable Field 2: N/A

General Comments: N/A



SMITH, CYPRESS
ED1544348
MR# 200004657493
SER# 000489774703    F
DOB 04/21/1999    15
VST DATE 07/16/2014

**Mount Sinai St. Luke's**
1111 Amsterdam Avenue
New York, NY 10025

St. Luke's
Hospital

A Member of the
Mount Sinai Health System

**Emergency Department**
212-523-3335

Name: **Smith, Cypress**
Phone: (917)975-7475
Unit: 04 Peds

Address: 92 ST NICHOLAS AVENUE 2G,
NEW YORK, NY 10026

DOB: 04/21/1999
Sex: Female
Age: 15

MR #: 200004657493
Chart #: ED1544348
ACT #: 000489774703

---

Complaint: Sa
Arrival Date/Time: **15:40 07/16/2014**
Arrived by: Ambulance - Other
Mobility:
Accompanied By:
Last Date Seen: 07/27/2012 10:07
Emergency Resident Physician: BUTTAR, SIMRAN - Emergency Medicine

Triage Acuity: **Level II - Emergent**
Primary Insurance: CRIME VICTIMS BOARD - SA
Secondary/Tertiary Insurance: /
Referring Phys/Facility: Unassigned
PMP: * YOUR PRIVATE PHYSICIAN/CLINIC
Emergency Attending Physician: SINGH, ANJALI

---

Complaint Code:
Treatments PTA:
Travel History:
**Hand hygiene: No. Mask applied: No.**
Language: *NONE NEEDED
Barriers to Education: none

Triage Nurse: KILA, RN, DORMAYME
Primary Nurse: HUNT, RN, LISA

---

Past Medical Hx: None
Tetanus Hx:
Social Hx:
Weights:

LMP Date:

---

Presenting Medications

| Medication | Dosage | Freq | Medication | Dosage | Freq |
|------------|--------|------|------------|--------|------|
| None | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Allergy

| Allergy | Allergic Reaction |
|---------|-------------------|
| NKDA | |
| | |
| | |
| | |
| | |

---

Vital Signs

| Inits | Time | Temp | Blood Pressure | Pulse | Resp |
|-------|------|------|----------------|-------|------|
| DK | 15:42 | 98.2 | 114/65 „ | 98 | 20 |
| LP | 21:28 | | 104/60 Automatic,Sitting,Left Arm | 66 | 18 |
| JS | 00:20 | | 105/61 „ | 66 | 15 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Pain

| Time | Scale |
|------|-------|
| 15:42 | 6/10 |
| 21:28 | 1/10 |
| 00:20 | 0/10 |

Pulse Ox.

| Time | % | Concentration | Peak Flow |
|------|---|---------------|-----------|
| 15:42 | 100 | | |
| 21:28 | 100 | | |
| 00:20 | 98 | | |

Glasgow Coma

| Time | Score |
|------|-------|
| | |

---

**Disposition Information**
Primary Diagnosis: Sexual abuse, adult (995.83)
Disposition: **Disch - Home**
Discharge Time: 00:20 07/17/2014
RN Report Called By:
RN Report Given To:
MD Report Called By:
MD Report Given To:
Follow-up Care: CRIMES VICTIMS TREATMENT CENTER (SL)
Appt Date/Time:
Disability Statement:
Prescriptions: Isentress 400 mg Tab  , Truvada 200 mg-300 mg Tab
Discharge Instructions:

Secondary Diagnosis:
Discharge Acuity: **Level II - Emergent**
Admit To Team:
Admit To Floor/Room: /
Service/Private:
Admit To Physician:
Admit - Resident:
Admit - Intern:
Family Notification:
Admit Special Needs:
Admit Service:

---

A971

| **Mount Sinai St. Luke's** | | |
|---|---|---|
| 1111 Amsterdam Avenue New York, NY 10025 | St. Luke's Hospital  A Member of the Mount Sinai Health System | |

**Emergency Department**
212-523-3335

Name: Smith, Cypress
Phone: (917)975-7475
Unit: 04 Peds

MR #: 200004657493
Chart #: ED1544348
ACT #: 000489774703

Address: 92 ST NICHOLAS AVENUE 2G, NEW YORK, NY 10026

DOB: 04/21/1999
Sex: Female
Age: 15

---

**Initial Triage Info**

15:41 07/16/2014 - Nursing Facility Info - DORMAYME KILA, RN
 Nursing Facility Patient: No
 Referral Documents: No
15:41 07/16/2014 - Initial Triage Info - DORMAYME KILA, RN
 Initial Triage Acuity: Level II - Emergent
 Suspected Bacterial Infection: No
 Altered Mental Status: No
 Immunocompromised status: No
 Rigors: No
 Mode of Arrival: Ambulance - Other
 Trauma called? No
 Recently tried to hurt self: No
 Think about not wanting to live: No
 Language Verification: None Needed
 Would you like an HIV test?: No
 Hand hygiene: No
 Mask applied: No
 Door Time - Date: 07/16/2014
 Door Time - Time: 15:40
15:41 07/16/2014 - Triage Complaint and Note - DORMAYME KILA, RN
 Chief Complaint: Sa
 Note: pt. told ems/nypd that man from her building sexually assaulted pt.

**PMH/Current Meds/Allergies**

15:40 07/16/2014 - Past Medical History - EmSTAT System entry
 Medical history: None
 Surgical history: None
 Barriers to Education: none
 Foreign Travel History: No recent foreign travel
 Historian: EMS, Patient
15:40 07/16/2014 - Allergy Information - EmSTAT System entry
 Allergy: NKDA
15:41 07/16/2014 - Past Medical History - DORMAYME KILA, RN
 Medical history: None
 Surgical history: None
 Barriers to Education: none
 Foreign Travel History: No recent foreign travel
 Pull forward verification status: Verified
 Historian: EMS, Patient
15:41 07/16/2014 - Allergy Information - DORMAYME KILA, RN
 Allergy: NKDA
15:41 07/16/2014 - Home Medications - DORMAYME KILA, RN
 Pull-Forward Verification: Verified
17:39 07/16/2014 - Allergy Information - SIMRAN BUTTAR, MD
 Allergy: NKDA
17:39 07/16/2014 - Past Medical History - SIMRAN BUTTAR, MD
 Medical history: None
 Surgical history: None
 Barriers to Education: none
 Foreign Travel History: No recent foreign travel
 Pull forward verification status: Verified
 Historian: EMS, Patient
17:39 07/16/2014 - Home Medications - SIMRAN BUTTAR, MD
 Pull-Forward Verification: Verified
22:46 07/16/2014 - Home Medications - ANJALI SINGH, MD
 Med: None
 Disposition: Continue
00:00 07/17/2014 - Home Medications - ANJALI SINGH, MD
 Med: None
 Disposition: Continue
 PCP Contacted: Yes

**Medication Summary**

Patient name, medication and allergy verification required at time of order.
Patient name, medication, allergy and DOB verification required before administration.

20:37 07/16/2014 - Tenofovir (Viread) 300mg -po - ANJALI SINGH, MD -- WAS CANCELLED on 07/16/2014 at 21:27 by JESSICA ST. FELIX, RN
20:38 07/16/2014 - - see order sht/special instructns (Meds ONLY) -po
 Note: emcitritabine 200 mg - ANJALI SINGH, MD
 Medication Administered - 22:01 07/16/2014 by PHYLLIS HODGE, RN
 Medication: - see order sht/special instructns (Meds ONLY) -po

Response to Medication - 22:03 07/16/2014 by PHYLLIS HODGE, RN
 Medication: - see order sht/special instructns (Meds ONLY)
 Pain Scale: 0/10 - none
 Note: prophylaxic dose

20:39 07/16/2014 - - see order sht/special instructns (Meds ONLY)
 Note: Raltegravir 400 mg - ANJALI SINGH, MD
 Medication Administered - 22:02 07/16/2014 by PHYLLIS HODGE, RN
 Medication: - see order sht/special instructns (Meds ONLY)
Response to Medication - 22:03 07/16/2014 by PHYLLIS HODGE, RN
 Medication: - see order sht/special instructns (Meds ONLY)
 Pain Scale: 0/10 - none
 Note: prophylaxic dose

20:40 07/16/2014 - cefTRIAXone (Rocephin) 250mg IM - ANJALI SINGH, MD
 Medication Administered - 21:09 07/16/2014 by PHYLLIS HODGE, RN
 Medication: cefTRIAXone (Rocephin) 250mg IM
Response to Medication - 22:04 07/16/2014 by PHYLLIS HODGE, RN
 Medication: cefTRIAXone (Rocephin)
 Response to treatment: Abx: first dose
 Pain Scale: 0/10 - none
 Note: prophylaxic dose

20:40 07/16/2014 - Plan B One Step 1caps - ANJALI SINGH, MD
 Medication Administered - 22:02 07/16/2014 by PHYLLIS HODGE, RN
 Medication: Plan B One Step 1caps
Response to Medication - 22:03 07/16/2014 by PHYLLIS HODGE, RN
 Medication: Plan B One Step
 Pain Scale: 0/10 - none
 Note: prophylaxic dose

20:41 07/16/2014 - Azithromycin (Zithromax) 1grams -po - ANJALI SINGH, MD
 Medication Administered - 22:02 07/16/2014 by PHYLLIS HODGE, RN
 Medication: Azithromycin (Zithromax) 1grams -po
Response to Medication - 22:03 07/16/2014 by PHYLLIS HODGE, RN
 Medication: Azithromycin (Zithromax)
 Pain Scale: 0/10 - none
 Note: prophylaxic dose

20:43 07/16/2014 - NPEP Packet (truvada, isentress) 1caps -po - SIMRAN BUTTAR, MD -- WAS CANCELLED on 07/16/2014 at 22:03 by PHYLLIS HODGE, RN
20:43 07/16/2014 - Zofran (ondansetron) 8mg -po - ANJALI SINGH, MD
 Order Information:
 Clinical Indications: Vomiting
 Medication Administered - 21:09 07/16/2014 by PHYLLIS HODGE, RN
 Medication: Zofran (ondansetron) 8mg -po
Response to Medication - 22:02 07/16/2014 by PHYLLIS HODGE, RN
 Medication: Zofran (ondansetron)
 Response to treatment: Nausea relieved, No relief
 Pain Scale: 0/10 - none

20:44 07/16/2014 - NPEP Packet (truvada, isentress) 1caps -po - ANJALI SINGH, MD -- WAS CANCELLED on 07/16/2014 at 20:56 by PHYLLIS HODGE, RN

**Lab Order & Result Summary**

20:35 07/16/2014 - Urinalysis - ANJALI SINGH, MD
21:30 07/16/2014 -- Final Order Results
Accession: W1043143
Procedure: URINALYSIS
Result:

| COLOR | Yellow | Yellow |
|---|---|---|
| APPEARANCE | CLEAR | CLEAR |
| SPECIFIC GRAVITY | 1.010 | 1.004-1.036 |
| PH, URINE | 6.0 | 5.0-8.0 |
| PROTEIN, URINE | Negative | Negative |
| GLUCOSE, URINE | Negative mg/dL | Negative |
| KETONES, URINE | Negative mg/dL | Negative |
| BILIRUBIN, URINE | Negative | Negative |
| BLOOD, URINE | Negative | Negative |
| UROBILINOGEN | 0.2 mg/dL | 0.2-2.0 |
| NITRITES | Negative | Negative |
| LEUKOCYTES ESTERASE | Negative | Negative |

20:35 07/16/2014 - -Basic Metabolic Pnl - ANJALI SINGH, MD
21:49 07/16/2014 -- Final Order Results
Accession: W1043148

**Mount Sinai St. Luke's**
1111 Amsterdam Avenue
New York, NY 10025


St. Luke's
Hospital

**Emergency Department**
212-523-3335

A Member of the
Mount Sinai Health System

Name: **Smith, Cypress**                DOB: 04/21/1999
Phone: (917)975-7475      MR #: 200004657493      Sex: Female
Unit: 04 Peds              Chart #: ED1544348       Age: 15
                           ACT #: 000489774703
Address: 92 ST NICHOLAS AVENUE 2G,
         NEW YORK, NY 10026

---

Procedure: BASIC MET PNL
Result:

| | | |
|---|---|---|
| BUN | 7 mg/dL | 6-21 |
| CREA | 0.72 mg/dL | 0.52-1.04 |
| NA | 139 mmol/L | 136-146 |
| K | 4.5 mmol/L | 3.5-5.1 |
| CL | 103 mmol/L | 98-107 |
| CO2 | 22 mmol/L | 22-30 |
| ANION GAP | 14 mmoL/L | 7-16 |
| GLUC, RND | 84 mg/dL | 74-106 |
| CA | 9.7 mg/dL | 8.4-10.3 |

EST GFR          Unable to calculate
Units:  mL/min/1.73 m2
Normal:  >/=60 mL/min/1.73 m2
For African Americans, multiply estimated GFR
times 1.21
CAUTION: The eGFR is only used to define
overall renal function. It is only
reliable in the presence of a STABLE serum
creatinine. If the serum creatinine is changing
daily, the GFR measurement is NOT a
reliable estimate of renal function.

20:35 07/16/2014 - -Cbcdiff - ANJALI SINGH, MD
21:34 07/16/2014 -- Final Order Results
Accession: W1043148
Procedure: CBC W DIFF
Result:

| | | |
|---|---|---|
| WBC | 7.4 K/uL | 4.5-13.0 |
| RBC COUNT | 4.93 M/uL | 3.75-5.20 |
| HGB | 14.1 g/dL | 11.5-16.0 |
| HCT | 43.4 % | 35.0-45.0 |
| MCV | 88.0 fL | 78.0-98.0 |
| MCH | 28.6 pg | 23.0-31.0 |
| MCHC | 32.5 g/dL | 32.0-36.0 |
| RDW | 13.2 % | 11.4-16.4 |
| PLT CNT | 316 K/uL | 150-450 |
| MPV | 7.6 fL | 6.5-11.3 |

DIFF RESULTS AUTOMATED DIFFERENTIAL

| | | |
|---|---|---|
| NEUTRO | 59.2 % | 30.0-60.0 |
| LYMPH | 34.8 % | 29.0-65.0 |
| MONO | 4.0 % | 2.0-11.0 |
| EOSIN | 1.5 % | 1.0-4.0 |
| BASO | 0.5 % | 0.0-2.0 |
| NEUTRO ABS | 4.4 K/uL | 1.4-7.8 |
| LYMPH ABS | 2.6 K/uL | 1.8-8.5 |
| MONO ABS | 0.3 K/uL | 0.1-1.4 |
| EOSIN ABS | 0.1 K/uL | 0.0-0.5 |
| BASO ABS | 0.0 K/uL | 0.0-0.3 |

20:35 07/16/2014 - -Hepatic Function Pan - ANJALI SINGH, MD
21:49 07/16/2014 -- Final Order Results
Accession: W1043148
Procedure: Hepatic Panel
Result:

| | | |
|---|---|---|
| TP | 7.5 g/dL | 6.3-8.2 |
| ALBUMIN | 4.4 g/dL | 3.5-5.0 |
| A/G RATIO | 1.4 | |
| BILI,TOT | 0.2 mg/dL | 0.2-1.3 |
| ALK PHOS | 68 U/L | 38-126 |
| AST | 20 U/L | 15-46 |
| ALT | 26 U/L | 13-69 |
| BILI,DIR | 0.2 mg/dL | 0.0-0.4 |

20:35 07/16/2014 - Hep B S Antibody - ANJALI SINGH, MD
    Result: Pending

20:35 07/16/2014 - Hepatitis B Core Ab, Igm - ANJALI SINGH, MD
    Result: Pending

20:35 07/16/2014 - Hepatitis B Core Ab, Total - ANJALI SINGH,
    MD
    Result: Pending

20:35 07/16/2014 - Hep C Ab, Total - ANJALI SINGH, MD
23:03 07/16/2014 -- Final Order Results
Accession: W1043148

Procedure: HEP. C AB
Result:

| | | |
|---|---|---|
| HEP. C AB | Negative | Negative |

20:35 07/16/2014 - Rpr, Quant - ANJALI SINGH, MD
    Result: Pending

21:02 07/16/2014 - -GC/Chlamydia DNA Probe (Urine) - ANJALI
    SINGH, MD
    Result: Pending

**POCT Results**
17:27 07/16/2014 - Urine Pregancy (POCT) - SHARON GRANT-CALLISTE, EDT
    Urine Pregnancy - POCT: Negative
    UP (POCT) Expiration Date: 04/30/2016
    Pregnancy Test Kit Lot #: 141153
    Quality Control Test: Yes
    Ordering Physician: SUNDERWIRTH, RAMONA - Emergency Medicine

**Xray Order & Result Summary**
(None)

**EKG Results**
(None)

**IVs Given**

**Assessment/Reassessment**
15:40 07/16/2014 - Eagle Language Info - System entry for Registration
    Language from Eagle: *NONE NEEDED
15:41 07/16/2014 - Acuity - DORMAYME KILA, RN
    Acuity: Level II - Emergent
15:42 07/16/2014 - Oximetry - DORMAYME KILA, RN
    Pulse Oximetry %: 100
    MAP: 81.3
15:42 07/16/2014 - Vital Signs - DORMAYME KILA, RN
    Temp: 98.2
    BP: 114/65
    HR: 98
    Resp: 20
15:42 07/16/2014 - Pain Assessment - DORMAYME KILA, RN
    Pain Scale: 6/10
15:42 07/16/2014 - Reassessment - DORMAYME KILA, RN
    Note: pt. states man also choked her and her throat hurts.
15:42 07/16/2014 - Providers - DORMAYME KILA, RN
    PCP: TEAM, PEDS
15:42 07/16/2014 - Change Physician - DORMAYME KILA, RN
    ER Physician: Unassigned,
    Resident: Unassigned,
    Prim. Care Provider: * YOUR PRIVATE PHYSICIAN/CLINIC
    Responsible Physician: TEAM, PEDS -
    Mid-Level Physician: Unassigned,
    Medical Student: Unassigned,
    Referring Physician: Unassigned, -
    Referring Facility: Unassigned
15:44 07/16/2014 - Change Physician - SIMRAN BUTTAR, MD
    ER Physician: BUTTAR, SIMRAN - Emergency Medicine
    Resident: BUTTAR, SIMRAN - Emergency Medicine
    Prim. Care Provider: * YOUR PRIVATE PHYSICIAN/CLINIC
    Responsible Physician: TEAM, PEDS -
    Mid-Level Physician: Unassigned,
    Medical Student: Unassigned,
    Referring Physician: Unassigned, -
    Referring Facility: Unassigned
15:51 07/16/2014 - Reassessment - DORMAYME KILA, RN
    Note: BA called for safe examiner
16:14 07/16/2014 - Physician Evaluation - SIMRAN BUTTAR, MD
    Acknowledgement: MD acknowledged review of triage information
16:14 07/16/2014 - Evaluate Patient - SIMRAN BUTTAR, MD
    First Patient Contact: 15:40
16:17 07/16/2014 - Change Physician - RAMONA SUNDERWIRTH, MD
    ER Physician: SUNDERWIRTH, RAMONA - Emergency Medicine
    Resident: BUTTAR, SIMRAN - Emergency Medicine
    Prim. Care Provider: * YOUR PRIVATE PHYSICIAN/CLINIC
    Responsible Physician: SUNDERWIRTH, RAMONA - Emergency Medicine
    Mid-Level Physician: Unassigned,

**Mount Sinai St. Luke's**
1111 Amsterdam Avenue
New York, NY 10025

St. Luke's
Hospital

 A Member of the
Mount Sinai Health System

**Emergency Department**
212-523-3335

Name: **Smith, Cypress**                    DOB: 04/21/1999
Phone: (917)975-7475         MR #: 200004657493      Sex: Female
Unit: 04 Peds                Chart #: ED1544348      Age: 15
                             ACT #: 000489774703
Address: 92 ST NICHOLAS AVENUE 2G,
         NEW YORK, NY 10026

---

Medical Student: Unassigned,
Referring Physician: Unassigned,  ·
Referring Facility: Unassigned
**16:19 07/16/2014 - Alleged Sexual Assault - LISA HUNT, RN**
Nature of incident: acute sexual assault/rape
Location of incident: Nyc Ny
Date of incident: 07/16/2014
Interventions: clothng bagged for evidence, family with patient, privacy main-
tained, prepared for exam
Nature of injuries: digital penetration, positive ejaculation, oral penetration
Notified: Law Enforcement, Rape Advocate Notified, SAFE Notified, Staff MD
Notified
Assailant known: Yes
Emotionally/Physically hurt?: No
Currently hurt by someone close?: No
Forced sex. activity in last yr?: Yes
Fear of partner or other?: No
Note: States let neighbor in who is a friend of her brother. Apon leaving assailant
gave her a hug but wouldnt let go forced her into chair performed oral sex with
her then made her perform oral on him with him ejaculating in her mouth. No
vaginal penetration with penis used fingers only. presently with mother and
police officer calm but slightly teary. several scratches noted to right check.
States he was choking her � ▬▬▬▬

**16:23 07/16/2014 - Eagle Language Info - System entry for Registration**
Language from Eagle: *NONE NEEDED
**16:23 07/16/2014 - Eagle Language Info - System entry for Registration**
Language from Eagle: *NONE NEEDED
**16:23 07/16/2014 - Eagle Language Info - System entry for Registration**
Language from Eagle: *NONE NEEDED
**16:25 07/16/2014 - Eagle Language Info - System entry for Registration**
Language from Eagle: *NONE NEEDED
**16:42 07/16/2014 - Eagle Language Info - System entry for Registration**
Language from Eagle: *NONE NEEDED
**17:20 07/16/2014 - Rapid HIV Test - SHARON GRANT-CALLISTE, EDT**
Rapid HIV Test - Oral: Negative
Test Kit Lot Number: 6640425
Test Kit Expiration Date: 09/30/2016
Internal Control (C line): Yes
Ordering Physician: SUNDERWIRTH, RAMONA - Emergency Medicine
**17:40 07/16/2014 - MD Chief Complaint - SIMRAN BUTTAR, MD**
MD Chief Complaint: Sexual abuse, adult (995.83)
473634674998
**18:02 07/16/2014 - Providers - RAMONA SUNDERWIRTH, MD**
PCP: SINGH, ANJALI - Emergency Medicine
**18:26 07/16/2014 - Basic Assessment - LISA HUNT, RN**
Type of Assessment: reassessment
Note: Special victims dectectives present . ▬▬▬▬▬▬▬
▬▬▬▬

**19:55 07/16/2014 - Change Physician - ANJALI SINGH, MD**
ER Physician: SINGH, ANJALI - Emergency Medicine
Resident: BUTTAR, SIMRAN - Emergency Medicine
Prim. Care Provider: * YOUR PRIVATE PHYSICIAN/CLINIC
Responsible Physician: SINGH, ANJALI - Emergency Medicine
Mid-Level Physician: Unassigned,
Medical Student: Unassigned,
Referring Physician: Unassigned,  -
Referring Facility: Unassigned
**20:05 07/16/2014 - Basic Assessment - LILIZA PANCHO, RN**
Type of Assessment: reassessment
Note: SAFE exam done by Dr. Singh and Dr. Buttar.
**20:36 07/16/2014 - Group Orders - LILIZA PANCHO, RN**
Grouped Orders: Urinalysis,-Basic Metabolic Pnl,-Cbcdiff,-Hepatic Function
Pan,Hep B S Antibody,Hepatitis B Core Ab, Igm,Hepatitis B Core Ab, Total,Hep
C Ab, Total,Rpr, Quant
**20:36 07/16/2014 - Group Orders - LILIZA PANCHO, RN**
Grouped Orders:
**20:40 07/16/2014 - Group Orders - SHARON GRANT-CALLISTE, EDT**
Grouped Orders: Urinalysis
**21:00 07/16/2014 - Group Orders - PHYLLIS HODGE, RN**
Grouped Orders: -Basic Metabolic Pnl,-Cbcdiff,-Hepatic Function Pan,Hep B S
Antibody,Hepatitis B Core Ab, Igm,Hepatitis B Core Ab, Total,Hep C Ab,
Total,Rpr, Quant
**21:09 07/16/2014 - Medication Administered - PHYLLIS HODGE, RN**
Medication: cefTRIAXone (Rocephin)
Dose: 250
Units: mg

Route: IM
Admin RN Confirmed: Patient Allergies, Patient DOB, Patient Medication, Patient
Name
**21:09 07/16/2014 - Group Orders - PHYLLIS HODGE, RN**
Grouped Orders: -GC/Chlamydia DNA Probe (Urine)
**21:09 07/16/2014 - Medication Administered - PHYLLIS HODGE, RN**
Medication: Zofran (ondansetron)
Dose: 8
Units: mg
Route: -po
Admin RN Confirmed: Patient Allergies, Patient DOB, Patient Medication, Patient
Name
**21:18 07/16/2014 - Group Orders - SHARON GRANT-CALLISTE, EDT**
Grouped Orders: -GC/Chlamydia DNA Probe (Urine)
**21:28 07/16/2014 - Pain Assessment - LILIZA PANCHO, RN**
Pain Scale: 1/10 - mild
**21:28 07/16/2014 - Oximetry - LILIZA PANCHO, RN**
Pulse Oximetry %: 100
MAP: 74.7
**21:28 07/16/2014 - Vital Signs - LILIZA PANCHO, RN**
BP: 104/60, Automatic, Sitting, Left Arm
HR: 66, Regular
Resp: 18, Regular
**22:01 07/16/2014 - Medication Administered - PHYLLIS HODGE, RN**
Medication: - see order sht/special instructns (Meds ONLY)
Route: -po
Admin RN Confirmed: Patient Allergies, Patient DOB, Patient Medication, Patient
Name
**22:02 07/16/2014 - Medication Administered - PHYLLIS HODGE, RN**
Medication: - see order sht/special instructns (Meds ONLY)
Admin RN Confirmed: Patient Allergies, Patient DOB, Patient Medication, Patient
Name
**22:02 07/16/2014 - Medication Administered - PHYLLIS HODGE, RN**
Medication: Azithromycin (Zithromax)
Dose: 1
Units: grams
Route: -po
Admin RN Confirmed: Patient Allergies, Patient DOB, Patient Medication, Patient
Name
**22:02 07/16/2014 - Medication Administered - PHYLLIS HODGE, RN**
Medication: Plan B One Step
Dose: 1
Units: caps
Admin RN Confirmed: Patient Allergies, Patient DOB, Patient Medication, Patient
Name
**22:42 07/16/2014 - PMD/Clinic not in list - ANJALI SINGH, MD**
PMD/Clinic: private
**00:04 07/17/2014 - Vital Sign Review - ANJALI SINGH, MD**
Vitals Review: Normal - OK to discharge
**00:20 07/17/2014 - Pain Assessment - JESSICA ST. FELIX, RN**
Pain Scale: 0/10 - none
**00:20 07/17/2014 - Vital Signs - JESSICA ST. FELIX, RN**
BP: 105/61
HR: 66
Resp: 15
**00:20 07/17/2014 - Oximetry - JESSICA ST. FELIX, RN**
Pulse Oximetry %: 98
MAP: 75.7

**CPP Risk Assessment**
(None)

**Other Orders**
**15:40 07/16/2014 - Initial Patient Orders - System entry for Registration**
HIS Registration - System entry for Registration at 07/16/2014 15:40
Begin Full Registration - TYESHA WIGGINS, BA at 07/16/2014 16:20
Complete Full Reg. - TYESHA WIGGINS, BA at 07/16/2014 16:38
**15:41 07/16/2014 - Place patient in gown - DORMAYME KILA, RN**
Patient in gown - SHARON GRANT-CALLISTE, EDT at 07/16/2014 17:20
**15:42 07/16/2014 - ER Physician Eval. - DORMAYME KILA, RN**
Evaluate Patient - SIMRAN BUTTAR, MD at 07/16/2014 16:14
**15:42 07/16/2014 - Pain Assessment >= 5 - DORMAYME KILA, RN**
Phys acknowledges pain - SIMRAN BUTTAR, MD at 07/16/2014 16:14
**16:18 07/16/2014 - HIV - Oral (POCT) - RAMONA SUNDERWIRTH, MD**
POC HIV Specimen Obtained - SHARON GRANT-CALLISTE, EDT at 07/
16/2014 16:28
POC HIV - Oral results - SHARON GRANT-CALLISTE, EDT at 07/16/2014

---

**Mount Sinai St. Luke's**
1111 Amsterdam Avenue
New York, NY 10025

St. Luke's
Hospital


A Member of the
Mount Sinai Health System

**Emergency Department**
212-523-3335

Name: **Smith, Cypress**                                       DOB: 04/21/1999
Phone: (917)975-7475                                           Sex: Female
Unit: 04 Peds                    MR #: 200004657493           Age: 15
                                 Chart #: ED1544348
                                 ACT #: 000489774703
Address: 92 ST NICHOLAS AVENUE 2G,
          NEW YORK, NY 10026

---

17:20
  Patient notified and counseled - SIMRAN BUTTAR, MD at 07/16/2014 17:20
  Cancel Test - CANCELLED BY: EmSTAT System entry
Reason:
16:18 07/16/2014 - Urine Pregnancy (POCT) - RAMONA SUNDERWIRTH, MD
  Urine Pregnancy (POCT) - SHARON GRANT-CALLISTE, EDT at 07/16/
  2014 17:27
  Result acknowledged - SIMRAN BUTTAR, MD at 07/16/2014 17:34
22:46 07/16/2014 - Disch - Home - ANJALI SINGH, MD
  Document Procedures - ANJALI SINGH, MD at 07/17/2014 00:04
  Vital Sign Review - ANJALI SINGH, MD at 07/17/2014 00:04
  Review Physician Charges - ANJALI SINGH, MD at 07/17/2014 00:05
  Medication Reconciliation - ANJALI SINGH, MD at 07/17/2014 00:06
  Discharge Condition - JESSICA ST. FELIX, RN at 07/17/2014 00:20
  Review Nurse Charges - JESSICA ST. FELIX, RN at 07/17/2014 00:20
  Discharge Patient - JESSICA ST. FELIX, RN at 07/17/2014 00:20
  Co-pay cash collection - MILTON STEELE, BA at 07/17/2014 00:24
  Administrative Discharge - MILTON STEELE, BA at 07/17/2014 00:26
  Charting is Complete - MILTON STEELE, BA at 07/17/2014 00:26

**Discharge Information**
22:46 07/16/2014 - Discharge Diagnosis - ANJALI SINGH, MD
  Primary: Sexual abuse, adult(995.83) (995.83)
20:56 07/16/2014 - Discharge instructions - SIMRAN BUTTAR, MD
  Discharge Instructions: certificate of treatment, hiv - test results negative
20:55 07/16/2014 - Ref/App - SIMRAN BUTTAR, MD
  Appointment with: GANDHI, VANI
  Phone: 212-523-3847
  Follow up in: 1 day
20:56 07/16/2014 - Ref/App - SIMRAN BUTTAR, MD
  Appointment with: CRIMES VICTIMS TREATMENT CENTER (SL)
  Phone: 212-523-4728
  Follow up in: Next available appointment
  PMD/Clinic: mandatory
22:42 07/16/2014 - Custom Prescriptions - ANJALI SINGH, MD
  Medication: Truvada 200 mg-300 mg Tab
  Sig 1: 1 pill po daily for 7 days
  Dispense: 7
22:42 07/16/2014 - Custom Prescriptions - ANJALI SINGH, MD
  Medication: Isentress 400 mg Tab
  Sig 1: 1 pill po daily for 7 days
  Dispense: 7
00:04 07/17/2014 - Discharge Note - ANJALI SINGH, MD
  Note: Please go to the  Morningside clinic at 9am tomorrow. 390 west  114 th st,
  3rd floor Scrymser bldg.  phone number 212  523-6500
00:04 07/17/2014 - Ref/App - ANJALI SINGH, MD
  Appointment with: CRIMES VICTIMS TREATMENT CENTER (SL)
  Phone: 212-523-4728
  Follow up in: Next available appointment
  PMD/Clinic: mandatory
00:04 07/17/2014 - Discharge instructions - ANJALI SINGH, MD
  Discharge instructions: certificate of treatment, hiv - test results negative
00:04 07/17/2014 - Ref/App - ANJALI SINGH, MD
  Appointment with: GANDHI, VANI
  Phone: 212-523-3847
  Follow up in: 1 day
00:20 07/17/2014 - Discharge Condition - JESSICA ST. FELIX, RN
  Acuity: Level II - Emergent
  Condition: Stable
  Mobility at Discharge: Ambulatory
  Patient Teaching: Reviewed care plan with parent/guardian, Reviewed follow-up
    with parent/guardian, Reviewed understanding w/parent/guardian, Reviewed
    DC instruct w/parent/guardian, Education provided re: meds/prescription
  Mode of Discharge: Cab
  Pain Scale: 0/10 - none
00:24 07/17/2014 - Pt. Contact # at Dsch - MILTON STEELE, BA
  Patient Contact Number: (917)975-7475
  Contact # confirmed: Yes

**Disposition Order**
22:46 07/16/2014 - Disch - Home - ANJALI SINGH, MD
  Document Procedures - ANJALI SINGH, MD at 07/17/2014 00:04
  Vital Sign Review - ANJALI SINGH, MD at 07/17/2014 00:04
  Review Physician Charges - ANJALI SINGH, MD at 07/17/2014 00:05
  Discharge Condition - JESSICA ST. FELIX, RN at 07/17/2014 00:20
  Review Nurse Charges - JESSICA ST. FELIX, RN at 07/17/2014 00:20
  Discharge Patient - JESSICA ST. FELIX, RN at 07/17/2014 00:20

Administrative Discharge - MILTON STEELE, BA at 07/17/2014 00:26
Charting is Complete - MILTON STEELE, BA at 07/17/2014 00:26

**Labs Ordered**
20:35 07/16/2014 - Urinalysis - ANJALI SINGH, MD
  Print Labels - LILIZA PANCHO, RN at 07/16/2014 20:36
  Obtain Specimen - SHARON GRANT-CALLISTE, EDT at 07/16/2014 20:40
  Specimen in Lab - System entry HIS transactions at 07/16/2014 20:46
  Test Completed - System entry HIS transactions at 07/16/2014 21:30
  Review Results - ANJALI SINGH, MD at 07/16/2014 22:06
20:35 07/16/2014 - Basic Metabolic Pnl - ANJALI SINGH, MD
  Print Labels - LILIZA PANCHO, RN at 07/16/2014 20:36
  Obtain Specimen - PHYLLIS HODGE, RN at 07/16/2014 21:00
  Specimen in Lab - System entry HIS transactions at 07/16/2014 21:16
  Test Completed - System entry HIS transactions at 07/16/2014 21:49
  Review Results - ANJALI SINGH, MD at 07/16/2014 22:06
20:35 07/16/2014 - Cbcdiff - ANJALI SINGH, MD
  Print Labels - LILIZA PANCHO, RN at 07/16/2014 20:36
  Obtain Specimen - PHYLLIS HODGE, RN at 07/16/2014 21:00
  Specimen in Lab - System entry HIS transactions at 07/16/2014 21:16
  Test Completed - System entry HIS transactions at 07/16/2014 21:34
  Review Results - ANJALI SINGH, MD at 07/16/2014 22:06
20:35 07/16/2014 - Hepatic Function Pan - ANJALI SINGH, MD
  Print Labels - LILIZA PANCHO, RN at 07/16/2014 20:36
  Obtain Specimen - PHYLLIS HODGE, RN at 07/16/2014 21:00
  Specimen in Lab - System entry HIS transactions at 07/16/2014 21:49
  Test Completed - System entry HIS transactions at 07/16/2014 21:49
  Review Results - ANJALI SINGH, MD at 07/16/2014 22:06
20:35 07/16/2014 - Hep B S Antibody - ANJALI SINGH, MD
  Print Labels - LILIZA PANCHO, RN at 07/16/2014 20:36
  Obtain Specimen - PHYLLIS HODGE, RN at 07/16/2014 21:00
  Specimen in Lab - System entry HIS transactions at 07/16/2014 21:16
  Test Completed: (Pending)
  Review Results: (Pending)
20:35 07/16/2014 - Hepatitis B Core Ab, Igm - ANJALI SINGH, MD
  Print Labels - LILIZA PANCHO, RN at 07/16/2014 20:36
  Obtain Specimen - PHYLLIS HODGE, RN at 07/16/2014 21:00
  Specimen in Lab - System entry HIS transactions at 07/16/2014 21:16
  Test Completed: (Pending)
  Review Results: (Pending)
20:35 07/16/2014 - Hepatitis B Core Ab, Total - ANJALI SINGH, MD
  Print Labels - LILIZA PANCHO, RN at 07/16/2014 20:36
  Obtain Specimen - PHYLLIS HODGE, RN at 07/16/2014 21:00
  Specimen in Lab - System entry HIS transactions at 07/16/2014 21:16
  Test Completed: (Pending)
  Review Results: (Pending)
20:35 07/16/2014 - Hep C Ab, Total - ANJALI SINGH, MD
  Print Labels - LILIZA PANCHO, RN at 07/16/2014 20:36
  Obtain Specimen - PHYLLIS HODGE, RN at 07/16/2014 21:00
  Specimen in Lab - System entry HIS transactions at 07/16/2014 21:16
  Test Completed - System entry HIS transactions at 07/16/2014 23:03
  Review Results - ANJALI SINGH, MD at 07/17/2014 00:04
20:35 07/16/2014 - Rpr, Quant - ANJALI SINGH, MD
  Print Labels - LILIZA PANCHO, RN at 07/16/2014 20:36
  Obtain Specimen - PHYLLIS HODGE, RN at 07/16/2014 21:00
  Specimen in Lab - System entry HIS transactions at 07/16/2014 21:16
  Test Completed: (Pending)
  Review Results: (Pending)
21:02 07/16/2014 - GC/Chlamydia DNA Probe (Urine) - ANJALI SINGH, MD
  Print Labels - PHYLLIS HODGE, RN at 07/16/2014 21:09
  Obtain Specimen - SHARON GRANT-CALLISTE, EDT at 07/16/2014 21:18
  Specimen in Lab - System entry HIS transactions at 07/16/2014 21:44
  Test Completed: (Pending)
  Review Results: (Pending)

**X-Rays Ordered**
(None)

**Registration Info/Demographics**
15:40 07/16/2014 - Registration Information - System entry for Registration
  First Name: Cypress
  Last Name: Smith
  Chief Complaint: SA
  Date of Birth: 19990421
  Sex: F
  Medical Record Number: 200004657493
  Account Number: 000489774703

---



| **Mount Sinai St. Luke's**<br>**1111 Amsterdam Avenue**<br>**New York, NY 10025**<br><br>**Emergency Department**<br>212-523-3335 | St. Luke's<br>Hospital<br><br>A Member of the<br>Mount Sinai Health System | Name: **Smith, Cypress**<br>Phone: (917)975-7475<br>Unit: 04 Peds<br><br>Address: 92 ST NICHOLAS AVENUE 2G,<br>NEW YORK, NY 10026 | MR #: 200004657493<br>Chart #: ED1544348<br>ACT #: 000489774703 | DOB: 04/21/1999<br>Sex: Female<br>Age: 15 |

Ethnicity: Unknown
HIS Ethnicity: Non-Hispanic
Zip Code: 10026
**15:50 07/16/2014 - Registration Information - TU'SHAN HAMM, BA**
Arrival Time: 07/16/2014 15:40
Chief Complaint: Sa
Date of Birth: 04/21/1999
**16:23 07/16/2014 - Registration Information - System entry for Registration**
Chief Complaint: SA
Date of Birth: 19990421
Ethnicity: Other

**Provider/RN/Location Changes**
**15:40 07/16/2014 - Change Room -  System entry for Registration**
Change Room: Waiting Area Medicine ED
**15:42 07/16/2014 - Providers - DORMAYME KILA, RN**
PCP: TEAM, PEDS -
**15:42 07/16/2014 - Change Physician - DORMAYME KILA, RN**
ER Physician: Unassigned,  -
Resident: Unassigned,  -
Prim. Care Provider: * YOUR PRIVATE PHYSICIAN/CLINIC
Responsible Physician: TEAM, PEDS -
Mid-Level Physician: Unassigned,
Medical Student: Unassigned,
Referring Physician: Unassigned,  -
Referring Facility: Unassigned
**15:43 07/16/2014 - Change Room - DORMAYME KILA, RN**
Change Room: Waiting Area Peds
**15:44 07/16/2014 - Change Physician - SIMRAN BUTTAR, MD**
ER Physician: Unassigned,  -
Resident: BUTTAR, SIMRAN  - Emergency Medicine
Prim. Care Provider: * YOUR PRIVATE PHYSICIAN/CLINIC
Responsible Physician: TEAM, PEDS -
Mid-Level Physician: Unassigned,
Medical Student: Unassigned,
Referring Physician: Unassigned,  -
Referring Facility: Unassigned
**15:50 07/16/2014 - Change Nurse - LILIZA PANCHO, RN**
Primary Nurse: PANCHO, RN, LILIZA C
Secondary Nurse: Unassigned,
Responsible Nurse: PANCHO, RN, LILIZA C
**15:58 07/16/2014 - Change Nurse - LILIZA PANCHO, RN**
Primary Nurse: HUNT, RN, LISA
Secondary Nurse: Unassigned,
Responsible Nurse: HUNT, RN, LISA
**15:59 07/16/2014 - Change Room - LILIZA PANCHO, RN**
Change Room: Safe Room (peds)
**16:17 07/16/2014 - Change Physician - RAMONA SUNDERWIRTH, MD**
ER Physician: SUNDERWIRTH, RAMONA - Emergency Medicine
Resident: BUTTAR, SIMRAN  - Emergency Medicine
Prim. Care Provider: * YOUR PRIVATE PHYSICIAN/CLINIC
Responsible Physician: SUNDERWIRTH, RAMONA  - Emergency Medicine
Mid-Level Physician: Unassigned,
Medical Student: Unassigned,
Referring Physician: Unassigned,  -
Referring Facility: Unassigned
**16:50 07/16/2014 - Change Nurse - LILIZA PANCHO, RN**
Primary Nurse: HUNT, RN, LISA
Secondary Nurse: PANCHO, RN, LILIZA C
Responsible Nurse: PANCHO, RN, LILIZA C
**17:29 07/16/2014 - Change Nurse - LISA HUNT, RN**
Primary Nurse: HUNT, RN, LISA
Secondary Nurse: Unassigned,
Responsible Nurse: HUNT, RN, LISA
**18:02 07/16/2014 - Providers - RAMONA SUNDERWIRTH, MD**
PCP: SINGH, ANJALI - Emergency Medicine
**19:05 07/16/2014 - Change Nurse - LILIZA PANCHO, RN**
Primary Nurse: HUNT, RN, LISA
Secondary Nurse: PANCHO, RN, LILIZA C
Responsible Nurse: PANCHO, RN, LILIZA C
**19:55 07/16/2014 - Change Physician - ANJALI SINGH, MD**
ER Physician: SINGH, ANJALI - Emergency Medicine
Resident: BUTTAR, SIMRAN  - Emergency Medicine
Prim. Care Provider: * YOUR PRIVATE PHYSICIAN/CLINIC
Responsible Physician: SINGH, ANJALI  - Emergency Medicine
Mid-Level Physician: Unassigned,
Medical Student: Unassigned,

Referring Physician: Unassigned,  -
Referring Facility: Unassigned
**23:00 07/16/2014 - Change Nurse - JESSICA ST. FELIX, RN**
Primary Nurse: HUNT, RN, LISA
Secondary Nurse: ST. FELIX, RN, JESSICA
Responsible Nurse: ST. FELIX, RN, JESSICA

**Follow Up**
**16:09 07/18/2014 - Lab Follow Up - JOSHUA SUGAY, PA**
Category: Hepatitis
Follow up action taken: Results sent to pt, no PMD identified
Comments: HBAB non-reactive





**St. Luke's Hospital**
A Member of the Mount Sinai Health System

powered by EmSTAT

# Patient: Smith, Cypress

**Arrival:** 07/16/2014 15:40
**Chart ID:** 473609776131
**MRN:** 200004657493
**Insurance:** CRIME VICTIMS BOARD - SA
**Primary Nurse:** ST. FELIX, RN, JESSICA
**ER Physician:** SINGH, ANJALI MD

**DOB:** 04/21/1999
**Age/Gender:** 15 / female
**Account Number:** 000489774703
**PCP:** * YOUR PRIVATE PHYSICIAN/CLINIC
**Resident:** BUTTAR, SIMRAN MD
**PA/NP:** Unassigned,
**Pain:** 0/10 - none
Time: 07/17 00:20

**O2 Sat:** 98% **Concentration:** Not stored
Time: 07/17 00:20

| Vitals | Time | BP | PR | RR | Temp |
|--------|------|----|----|----|------|
| First | 07/16 15:42 | 114/65 | 98 | 20 | 98.2 |
| Latest | 07/17 00:20 | 105/61 | 66 | 15 | |

## HPI
The patient is a 15-year-old female who presents with a chief complaint of Sexual abuse, adult. HPI Patient is a 15 year old with no PMHx who presents after sexual assault by male at her apartment/home. Patient was in her apartment making a smoothie when her neighbor who is friends with her brother knocked on the door and asked if he could have some of the smoothie. Pt allowed the neighbor in and gave him some of the smoothie. He then asked her to undress. History limited due to awaiting SAFE examiner. . The history was provided by the patient. The history is limited by nothing - ███
███████████████
Published: 17:43 07/16/2014 SIMRAN BUTTAR, MD

## ROS
The ROS is limited by: Nothing - ███████████████
**Constitutional**
Negative for fever.
**Eyes**
Negative for eye pain and discharge.
**ENMT**
Negative for ear pain and hearing loss.
**Cardiovascular**
Negative for chest pain and palpitations.
**Respiratory**
Positive for wheezing. Negative for cough and shortness of breath.
**Gastrointestinal**
Negative for nausea, vomiting and diarrhea.
**Genitourinary**
Negative for dysuria and urgency.
**Gynecologic**
Negative for vaginal bleeding and vaginal discharge.
**Musculoskeletal**
Negative for joint pain and joint swelling.
**Skin**
right cheek abrasion
**Neuro**
Negative for headache and altered mental status.
**Hematologic**
Negative for anemia and bleeding.
**Allergic**
Negative for rash and pruritus.
Published: 20:46 07/16/2014 SIMRAN BUTTAR, MD

## PMH
**Information Verification:** Verified
**Historian:** EMS, Patient

A977

7/29/2014 10:15:50 AM

**Potential Barrier to Education:** none
**Travel History:** No recent foreign travel
**Medical History:** None
**Surgical History:** None

| Allergies | | |
|---|---|---|
| Allergen | Allergic reaction | Allergy Note |
| NKDA | | |

Published: 17:39 07/16/2014 SIMRAN BUTTAR, MD

**Information Verification:** Verified
**Historian:** EMS, Patient
**Potential Barrier to Education:** none
**Travel History:** No recent foreign travel
**Medical History:** None
**Surgical History:** None

| Allergies | | |
|---|---|---|
| Allergen | Allergic reaction | Allergy Note |
| NKDA | | |

Published: 15:41 07/16/2014 DORMAYME KILA, RN

**Historian:** EMS, Patient
**Potential Barrier to Education:** none
**Travel History:** No recent foreign travel
**Medical History:** None
**Surgical History:** None

| Allergies | | |
|---|---|---|
| Allergen | Allergic reaction | Allergy Note |
| NKDA | | |

**Medical History - System Generated Note:** Published: 15:40 07/16/2014 EmSTAT System entry

## Home Medications

| Medications | | | |
|---|---|---|---|
| Medications | Dosage | Frequency | Last Dose |
| None | | | |

**Information Verification:** Verified
Published: 17:39 07/16/2014 SIMRAN BUTTAR, MD

| Medications | | | |
|---|---|---|---|
| Medications | Dosage | Frequency | Last Dose |
| None | | | |

**Information Verification:** Verified
Published: 15:41 07/16/2014 DORMAYME KILA, RN

## Physical examination
**Pulse Oximetry:** Non-hypoxic
**PE Limited by:** No limitation - ███████
**Constitutional:** Oriented, Alert, in NAD, Well developed, Calm, cooperative
**O/E - head - general examn.:** Head atraumatic, normalcephalic
**Eyes:** EOMI

7/29/2014 10:15:50 AM

**ENMT:** Pharynx non-erythematous; no visible lesions.
**Neck:** Supple
**Cardiovascular:** Regular rate and rhythm, NL S1/S2
**Respiratory:** Clear to auscultation bilaterally, No rales, rhonchi, or wheezes, Breath sounds equal bilaterally
**Chest:** No chest deformity, Non-tender
**Gastrointestinal:** Abdomen soft, Nontender, Non distended abdomen
**Musculoskeletal Exam**
**Musculoskeletal Exam:** No Musculoskeletal pain, No midline spinal tenderness, Back nontender, Joints nontender, Joints without Deformity
**Musculoskeletal:** No clubbing
**Dermatologic Exam:** Skin color good, No rash, Warm
**Psychiatric:** Alert and oriented person, place, and time
**Neuro exam**
**Cranial Nerve Exam:** CN Ii-XII intact
**Neuro exam:** A&Ox3
Published: 20:47 07/16/2014 SIMRAN BUTTAR, MD

## Medical Decision Making
**Care Plan:** Patient is a 15 year old with PMHx who presents after episode of sexual abuse. Episode occured at 2:15 PM. Pt urinated after episode however did not wipe. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Pt also drank water after episode. Safe examiner did not arrive. Safe exam performed under attendign supervision (Dr. Singh).
Published: 20:52 07/16/2014 SIMRAN BUTTAR, MD

## Reassessment
**Reassessment:** s/p labs and hiv prophylaxis, plan B, rocephin, azithromycin. hiv meds rx filled in the ER. Rape kit completed and given to nypd
Published: 22:46 07/16/2014 ANJALI SINGH, MD

**Reassessment:** On further history patient denies penetreation of vagina. Denies ejaculation into vagina. Suspect did ejaculate semen in patients mouth. Samples collected as per SAFE exam collect box. Box handed to officer hager.
Published: 20:59 07/16/2014 SIMRAN BUTTAR, MD

**Reassessment:** Handed evidence box to Officer Hager badge number 29807 precint 28
Published: 20:57 07/16/2014 SIMRAN BUTTAR, MD

**Reassessment:** safe examiner not arriving
Published: 18:17 07/16/2014 SIMRAN BUTTAR, MD

**Signout reassessment:** supervise rape kit
**I signed this patient out to Dr.:** SINGH, ANJALI - Emergency Medicine
Published: 18:02 07/16/2014 RAMONA SUNDERWIRTH, MD

**Reassessment:** plqaced on hold many times by SAFE examiner answering service. First told examiner in route, then told there is no examiner in route.
Published: 17:44 07/16/2014 SIMRAN BUTTAR, MD

**Reassessment:** SAFE examiner contacted at patient arrival. BA and nurse Lisa was told that there was no examiner avaliable.
Published: 17:40 07/16/2014 SIMRAN BUTTAR, MD

## Attending
**Supervision:** I discussed this patient with the resident, agree with the documented resident history, physical, exam, assessment and plan; I directly interviewed and examined the patient
Published: 16:59 07/16/2014 RAMONA SUNDERWIRTH, MD

## PMD/Refer Notification
**Information Verification:** Verified
**Private MD Info and Contact**
**The PMD is Dr.:** * YOUR PRIVATE PHYSICIAN/CLINIC
**PMD not in list:** private
Published: 22:42 07/16/2014 ANJALI SINGH, MD

## Patient disposition

7/29/2014 10:15:50 AM

**Primary diagnosis**
**Primary Diagnosis:** Sexual abuse, adult (995.83)
**Patient disposition:** Disch - Home
**External cause of injury:** Assault, rape (E960.1)
**Place of injury:** Private dwelling (E849.0)
Published: 22:46 07/16/2014 ANJALI SINGH, MD

## Medication disposition

| Medications | | | | | |
|---|---|---|---|---|---|
| Medications | Dosage | Frequency | Last Dose | Medication disposition | PCP contact |
| None | | | | Continue | Yes |

Published: 00:06 07/17/2014 ANJALI SINGH, MD

| Medications | | | | | |
|---|---|---|---|---|---|
| Medications | Dosage | Frequency | Last Dose | Medication disposition | PCP contact |
| None | | | | Continue | |

Published: 22:46 07/16/2014 ANJALI SINGH, MD

## Prescriptions

| Prescription | | |
|---|---|---|
| Medication | Dispense | Sig Line |
| Truvada 200 mg-300 mg tablet | 7 | 1 pill po daily for 7 days |
| Isentress 400 mg tablet | 7 | 1 pill po daily for 7 days |

Published: 22:42 07/16/2014 ANJALI SINGH, MD

## Discharge
**Append a Note to Discharge Instructions:** Please go to the Morningside clinic at 9am tomorrow. 390 west 114 th st, 3rd floor Scrymser bldg. phone number 212 523-6500
**Discharge Instructions**
certificate of treatment, hiv - test results negative

| Referral/Appointment | | | |
|---|---|---|---|
| Refer Patient To: | PMD/Clinic not in list | Phone Number | Follow-up in |
| GANDHI, VANI - Center - Comprehensive Care | | 212-523-3847 | 1 day |
| CRIMES VICTIMS TREATMENT CENTER (SL) | mandatory | 212-523-4728 | Next available appointment |

Published: 00:04 07/17/2014 ANJALI SINGH, MD

### Discharge Instructions
certificate of treatment, hiv - test results negative

| Referral/Appointment | | | |
|---|---|---|---|
| Refer Patient To: | PMD/Clinic not in list | Phone Number | Follow-up in |
| GANDHI, VANI - Center - Comprehensive Care | | 212-523-3847 | 1 day |
| CRIMES VICTIMS TREATMENT CENTER (SL) | mandatory | 212-523-4728 | Next available appointment |

Published: 20:56 07/16/2014 SIMRAN BUTTAR, MD

## Reviewed result
**Result Type:** FINAL_RESULT
**Orderno:** 63287939

**Step Type:** LAB
**Procedure Name:** HEP. C AB

```
Procedure: HEP. C AB
Result:
HEP. C AB              Negative            Negative
```

Published: 00:04 07/17/2014 ANJALI SINGH, MD

**Result Type:** FINAL_RESULT
**Orderno:** 63287897
**Step Type:** LAB
**Procedure Name:** URINALYSIS

```
Procedure: URINALYSIS
Result:
COLOR                 Yellow              Yellow
APPEARANCE            CLEAR               CLEAR
SPECIFIC GRAVITY     1.010               1.004-1.036
PH, URINE            6.0                 5.0-8.0
PROTEIN, URINE       Negative            Negative
GLUCOSE, URINE       Negative mg/dL      Negative
KETONES, URINE       Negative mg/dL      Negative
BILIRUBIN, URINE     Negative            Negative
BLOOD, URINE         Negative            Negative
UROBILINOGEN         0.2 mg/dL           0.2-2.0
NITRITES             Negative            Negative
LEUKOCYTES ESTERASE  Negative            Negative
```

Published: 22:06 07/16/2014 ANJALI SINGH, MD

**Result Type:** FINAL_RESULT
**Orderno:** 63287909
**Step Type:** LAB
**Procedure Name:** CBC W DIFF

```
Procedure: CBC W DIFF
Result:
WBC                  7.4 K/uL            4.5-13.0
RBC COUNT            4.93 M/uL           3.75-5.20
HGB                  14.1 g/dL           11.5-16.0
HCT                  43.4 %              35.0-45.0
MCV                  88.0 fL             78.0-98.0
MCH                  28.6 pg             23.0-31.0
MCHC                 32.5 g/dL           32.0-36.0
RDW                  13.2 %              11.4-16.4
PLT CNT              316 K/uL            150-450
MPV                  7.6 fL              6.5-11.3

DIFF RESULTS AUTOMATED DIFFERENTIAL
NEUTRO               59.2 %              30.0-60.0
LYMPH                34.8 %              29.0-65.0
MONO                 4.0 %               2.0-11.0
EOSIN                1.5 %               1.0-4.0
BASO                 0.5 %               0.0-2.0
NEUTRO ABS           4.4 K/uL            1.4-7.8
LYMPH ABS            2.6 K/uL            1.8-8.5
MONO ABS             0.3 K/uL            0.1-1.4
EOSIN ABS            0.1 K/uL            0.0-0.5
BASO ABS             0.0 K/uL            0.0-0.3
```

Published: 22:06 07/16/2014 ANJALI SINGH, MD

7/29/2014 10:15:50 AM

**Result Type:** FINAL_RESULT
**Orderno:** 63287903
**Step Type:** LAB
**Procedure Name:** BASIC MET PNL

```
Procedure: BASIC MET PNL
Result:
BUN                    7 mg/dL              6-21
CREA                   0.72 mg/dL           0.52-1.04
NA                     139 mmol/L           136-146
K                      4.5 mmol/L           3.5-5.1
CL                     103 mmol/L           98-107
CO2                    22 mmol/L            22-30
ANION GAP              14 mmoL/L            7-16
GLUC, RND              84 mg/dL             74-106
CA                     9.7 mg/dL            8.4-10.3
EST GFR                Unable to calculate

Units:  mL/min/1.73 m2
Normal:  >/=60 mL/min/1.73 m2
For African Americans, multiply estimated GFR
times 1.21
CAUTION: The eGFR is only used to define
overall renal function. It is only
reliable in the presence of a STABLE serum
creatinine. If the serum creatinine is changing
daily, the GFR measurement is NOT a
reliable estimate of renal function.
```

Published: 22:06 07/16/2014 ANJALI SINGH, MD

**Result Type:** FINAL_RESULT
**Orderno:** 63287915
**Step Type:** LAB
**Procedure Name:** Hepatic Panel

```
Procedure: Hepatic Panel
Result:
TP                     7.5 g/dL             6.3-8.2
ALBUMIN                4.4 g/dL             3.5-5.0
A/G RATIO              1.4
BILI,TOT               0.2 mg/dL            0.2-1.3
ALK PHOS               68 U/L               38-126
AST                    20 U/L               15-46
ALT                    26 U/L               13-69
BILI,DIR               0.2 mg/dL            0.0-0.4
```

Published: 22:06 07/16/2014 ANJALI SINGH, MD

## Chart Sign-off
Chart electronically signed by Responsible Physician
Published: 00:04 07/17/2014 ANJALI SINGH, MD

Chart electronically signed by Responsible Physician
Published: 18:02 07/16/2014 RAMONA SUNDERWIRTH, MD

## Coding completed
Coding completed: Coding
Published: 09:07 07/18/2014 CRISTINA HIDALGO, PCD

## POCT Results
**Result:** Urine Pregnacy (POCT) - Ordering Physician: SUNDERWIRTH, RAMONA - Emergency Medicine; Urine

7/29/2014 10:15:50 AM

Pregnancy - POCT: Negative; Pregnancy Test Kit Lot#: 141153; UP (POCT) Expiration Date: 04/30/2016; Quality Control Test: Yes;
Published: 17:28 07/16/2014 SHARON GRANT-CALLISTE, EDT

**Result:** Rapid HIV Test - Ordering Physician: SUNDERWIRTH, RAMONA - Emergency Medicine; Rapid HIV Test - Oral: Negative; Test Kit Lot Number: 6640425; Test Kit Expiration Date: 09/30/2016; Internal Control (C line): Yes;
Published: 17:20 07/16/2014 SHARON GRANT-CALLISTE, EDT

## Release override
**Release override roadblocks:** MD SIMRAN BUTTAR needs to complete the chart.
**Release override reason:**
Published: 13:41 07/17/2014 JEFFREY RABRICH, DO

7/29/2014 10:15:50 AM

9

RESULT REVIEW REPORT
NOT FOR PERMANENT STORAGE IN MEDICAL RECORD

Printed Copy Requested by: GORDON-GILLES, KAREN

MRN: 200004657493                    Prism Serial#: 2489774703
Patient: SMITH, Cypress              Ordering Provider: SINGH, ANJALI

Report Name: Basic Metabolic Panel            Type: LAB
Report Date: 2014-07-16-21:49     Result Status: SEE TEXT
-------------------------------------------------------------------
Basic Metabolic Panel - STATUS: Final
  SEE TEXT                            Collect: 16Jul14 20:36
  Ordered By: Singh, Anjali         Ordered Date:
  Resulted Date: 16Jul14 21:49     Last Updated Date: 16Jul14 21:50
  Facility: STLH                      Department: LABS
  Accession #: W1043148                 USN: 00000000344187809
  Priority: S


Findings
  Result Name              Result    Abnl  Normal Range     Units      Loc.
  Sodium                   139             136-146          mmol/L
  Potassium                4.5             3.5-5.1          mmol/L
  Chloride                 103             98-107           mmol/L
  CO2                      22              22-30            mmol/L
  Urea Nitrogen            7               6-21             mg/dL
  Creatinine               0.72            0.52-1.04        mg/dL
  Glucose                  84              74-106           mg/dL
  Est. Glomerular Filtration Rate   SEE TEXT
    Oversized comment, see footnote 1
  Anion Gap                14              7-16             mmoL/L
  Calcium                  9.7             8.4-10.3         mg/dL


Footnotes
  1. Unable to calculate
       Units:  mL/min/1.73 m2
       Normal:  >/=60 mL/min/1.73 m2
       For African Americans, multiply estimated GFR
       times 1.21
       CAUTION: The eGFR is only used to define
       overall renal function. It is only
       reliable in the presence of a STABLE serum
       creatinine. If the serum creatinine is changing
       daily, the GFR measurement is NOT a
       reliable estimate of renal function.


Additional Providers
  Ordered By : Singh, Anjali
  Entered By : Singh, Anjali


Additional Information
  HL7 RESULT STATUS : F
  External IF Update Timestamp : 2014-07-16-21:49:00.000000


This document has been electronically signed by:

*** IF NO NAME/DATE/TIME LISTED DOCUMENT HAS NOT BEEN ELECTRONICALLY SIGNED ***

9     RESULT REVIEW REPORT
     NOT FOR PERMANENT STORAGE IN MEDICAL RECORD

Printed Copy Requested by: GORDON-GILLES, KAREN

MRN: 200004657493    Prism Serial#: 2489774703
Patient: SMITH, Cypress   Ordering Provider:  SINGH, ANJALI

Report Name: Hepatic Function Panel   Type: LAB
Report Date: 2014-07-16:21:49  Result Status:  SEE TEXT
-----------------------------------------------------------------------
Hepatic Function Panel - STATUS: Final
 SEE TEXT       Collect: 16Jul14 20:36
 Ordered By: Singh, Anjali   Ordered Date:
 Resulted Date: 16Jul14 21:49 Last Updated Date: 16Jul14 21:50
 Facility: STLH      Department: LABS
 Accession #: W1043148    USN: 000000000344187812
 Priority: S

Findings

| Result Name | Result | Abnl | Normal Range | Units | Loc. |
|---|---|---|---|---|---|
| Protein, Total | 7.5 | | 6.3-8.2 | g/dL | |
| Albumin | 4.4 | | 3.5-5.0 | g/dL | |
| A/G Ratio | 1.4 | | | | |
| Bilirubin, Total | 0.2 | | 0.2-1.3 | mg/dL | |
| Bilirubin, Direct | 0.2 | | 0.0-0.4 | mg/dL | |
| Alkaline Phosphatase | 68 | | 38-126 | U/L | |
| AST | 20 | | 15-46 | U/L | |
| ALT | 26 | | 13-69 | U/L | |

Additional Providers
 Ordered By : Singh, Anjali
 Entered By : Singh, Anjali

Additional Information
 HL7 RESULT STATUS : F
 External IF Update Timestamp : 2014-07-16:21:49:00.000000

This document has been electronically signed by:

*** IF NO NAME/DATE/TIME LISTED DOCUMENT HAS NOT BEEN ELECTRONICALLY SIGNED ***

A985

9                      RESULT REVIEW REPORT
                NOT FOR PERMANENT STORAGE IN MEDICAL RECORD


Printed Copy Requested by: GORDON-GILLES, KAREN

MRN: 200004657493                    Prism Serial#: 2489774703
Patient: SMITH, Cypress              Ordering Provider:  SINGH, ANJALI


Report Name: CBC with Differential..      Type: LAB
Report Date: 2014-07-16:21:33   Result Status:  SEE TEXT
--------------------------------------------------------------------------
CBC with Differential.. - STATUS: Final
  SEE TEXT                              Collect: 16Jul14 20:36
  Ordered By: Singh, Anjali         Ordered Date:
  Resulted Date: 16Jul14 21:33    Last Updated Date: 16Jul14 21:34
  Facility: STLH                     Department: LABS
  Accession #: W1043148                    USN: 00000000344186450
  Priority: S


Findings
  Result Name          Result    Abnl Normal Range    Units      Loc.
  WBC Count            7.4             4.5-13.0        K/uL
  Hemoglobin           14.1            11.5-16.0       g/dL
  Hematocrit           43.4            35.0-45.0       %
  Platelet Count       316             150-450         K/uL
  RBC                  4.93            3.75-5.20       M/uL
  MCV                  88.0            78.0-98.0       fL
  MCH                  28.6            23.0-31.0       pg
  MCHC                 32.5            32.0-36.0       g/dL
  RDW                  13.2            11.4-16.4       %
  MPV                  7.6             6.5-11.3        fL
  Abs Eos Automated    0.1             0.0-0.5         K/uL
  Abs Baso Automated   0.0             0.0-0.3         K/uL
  Abs Lymph Automated  2.6             1.8-8.5         K/uL
  Abs Mono Automated   0.3             0.1-1.4         K/uL
  Abs Seg Automated    4.4             1.4-7.8         K/uL
  Basophils Automated  0.5             0.0-2.0         %
  Diff Results         SEE TEXT
     AUTOMATED DIFFERENTIAL
  Eosinophils Automated  1.5           1.0-4.0         %
  Lymphocytes Automated  34.8          29.0-65.0       %
  Monocytes Automated    4.0           2.0-11.0        %
  Neutrophils Automated  59.2          30.0-60.0       %


Additional Providers
  Ordered By : Singh, Anjali
  Entered By : Singh, Anjali


Additional Information
  HL7 RESULT STATUS : F
  External IF Update Timestamp : 2014-07-16:21:33:00.000000


This document has been electronically signed by:

*** IF NO NAME/DATE/TIME LISTED DOCUMENT HAS NOT BEEN ELECTRONICALLY SIGNED ***

9                          RESULT REVIEW REPORT
                    NOT FOR PERMANENT STORAGE IN MEDICAL RECORD


Printed Copy Requested by: GORDON-GILLES, KAREN

MRN: 200004657493                    Prism Serial#: 2489774703
Patient: SMITH, Cypress              Ordering Provider:  SINGH, ANJALI


Report Name: Chlamydia/GC DNA,SDA/        Type: LAB
Report Date: 2014-07-18:09:51    Result Status:  SEE TEXT
----------------------------------------------------------------
Chlamydia/GC DNA,SDA/ - STATUS: Final
  SEE TEXT                              Collect: 16Jul14 21:09
  Ordered By: Singh, Anjali          Ordered Date:
  Resulted Date: 18Jul14 09:51     Last Updated Date: 18Jul14 09:51
  Facility: STLH                     Department: LABS
  Accession #: W1043269                    USN: 000000000344413311
  Priority: S


Findings
  Result Name                       Result    Abnl Normal Range     Units      Loc.
  C. Trachomatis DNA                Negative       Negative
    ROOSEVELT HOSPITAL LAB, 1000 10TH AVE, NEW YORK, NEW YORK 10019
  N. Gonorrhoeae DNA                Negative       Negative
  Source                            URINE


Additional Providers
  Ordered By : Singh, Anjali
  Entered By : Singh, Anjali


Additional Information
  HL7 RESULT STATUS : F
  External IF Update Timestamp : 2014-07-18:09:51:00.000000


This document has been electronically signed by:

*** IF NO NAME/DATE/TIME LISTED DOCUMENT HAS NOT BEEN ELECTRONICALLY SIGNED ***

A987

9                        RESULT REVIEW REPORT
                    NOT FOR PERMANENT STORAGE IN MEDICAL RECORD


Printed Copy Requested by: GORDON-GILLES, KAREN

MRN: 200004657493                    Prism Serial#: 2489774703
Patient: SMITH, Cypress      .       Ordering Provider:  SINGH, ANJALI


Report Name: Hepatitis C Ab                 Type: LAB
Report Date: 2014-07-16:23:03        Result Status:  SEE TEXT
--------------------------------------------------------------------
Hepatitis C Ab - STATUS: Final
  SEE TEXT                             Collect: 16Jul14 20:36
  Ordered By: Singh, Anjali          Ordered Date:
  Resulted Date: 16Jul14 23:03     Last Updated Date: 16Jul14 23:03
  Facility: STLH                     Department: LABS
  Accession #: W1043148                  USN: 000000000344193966
  Priority: S


Findings
  Result Name                    Result    Abnl Normal Range    Units      Loc.
  Hepatitis C Ab                 Negative        Negative


Additional Providers
  Ordered By : Singh, Anjali
  Entered By : Singh, Anjali


Additional Information
  HL7 RESULT STATUS : F
  External IF Update Timestamp : 2014-07-16:23:03:00.000000


This document has been electronically signed by:

*** IF NO NAME/DATE/TIME LISTED DOCUMENT HAS NOT BEEN ELECTRONICALLY SIGNED ***

```
9                      RESULT REVIEW REPORT
                   NOT FOR PERMANENT STORAGE IN MEDICAL RECORD


Printed Copy Requested by: GORDON-GILLES, KAREN

MRN: 200004657493                   Prism Serial#: 2489774703
Patient: SMITH, Cypress             Ordering Provider:  SINGH, ANJALI


Report Name: Hepatitis B Surface Ab        Type: LAB
Report Date: 2014-07-17:01:21     Result Status:  SEE TEXT
-----------------------------------------------------------------
Hepatitis B Surface Ab - STATUS: Final
  SEE TEXT                             Collect: 16Jul14 20:36
  Ordered By: Singh, Anjali          Ordered Date:
  Resulted Date: 17Jul14 01:21    Last Updated Date: 17Jul14 01:21
  Facility: STLH                      Department: LABS
  Accession #: W1043148                 USN: 000000000344203652
  Priority: S


Findings
  Result Name                   Result   Abnl Normal Range  Units      Loc.
  Hepatitis B Surface Ab        Non React      Non React
    BETH ISRAEL PETRIE DIV FIRST AVE AT 16TH ST., NEW YORK, NEW YORK 10003


Additional Providers
  Ordered By : Singh, Anjali
  Entered By : Singh, Anjali


Additional Information
  HL7 RESULT STATUS : F
  External IF Update Timestamp : 2014-07-17:01:21:00.000000


This document has been electronically signed by:


*** IF NO NAME/DATE/TIME LISTED DOCUMENT HAS NOT BEEN ELECTRONICALLY SIGNED ***
```

A989

9               RESULT REVIEW REPORT
               NOT FOR PERMANENT STORAGE IN MEDICAL RECORD

Printed Copy Requested by: GORDON-GILLES, KAREN

MRN: 200004657493             Prism Serial#: 2489774703
Patient: SMITH, Cypress       Ordering Provider:  SINGH, ANJALI

Report Name: Hepatitis B Core Ab, Total    Type: LAB
Report Date: 2014-07-17:01:50    Result Status:  SEE TEXT
-----------------------------------------------------------------
Hepatitis B Core Ab, Total - STATUS: Final
  SEE TEXT              Collect: 16Jul14 20:36
  Ordered By: Singh, Anjali     Ordered Date:
  Resulted Date: 17Jul14 01:50   Last Updated Date: 17Jul14 01:50
  Facility: STLH          Department: LABS
  Accession #: W1043148       USN: 000000000344204862
  Priority: S

Findings
  Result Name         Result   Abnl Normal Range   Units    Loc.
  Hepatitis B Core Ab, Total    Non React      Non React
    BETH ISRAEL PETRIE DIV FIRST AVE AT 16TH ST., NEW YORK, NEW YORK 10003

Additional Providers
  Ordered By : Singh, Anjali
  Entered By : Singh, Anjali

Additional Information
  HL7 RESULT STATUS : F
  External IF Update Timestamp : 2014-07-17:01:50:00.000000

This document has been electronically signed by:

*** IF NO NAME/DATE/TIME LISTED DOCUMENT HAS NOT BEEN ELECTRONICALLY SIGNED ***

9                RESULT REVIEW REPORT
             NOT FOR PERMANENT STORAGE IN MEDICAL RECORD

Printed Copy Requested by: GORDON-GILLES, KAREN

MRN: 200004657493             Prism Serial#: 2489774703
Patient: SMITH, Cypress        Ordering Provider: SINGH, ANJALI

Report Name: Hepatitis B Core Ab, IgM     Type: LAB
Report Date: 2014-07-17:01:50    Result Status: SEE TEXT
-------------------------------------------------------------------------
Hepatitis B Core Ab, IgM - STATUS: Final
 SEE TEXT                Collect: 16Jul14 20:36
 Ordered By: Singh, Anjali     Ordered Date:
 Resulted Date: 17Jul14 01:50   Last Updated Date: 17Jul14 01:51
 Facility: STLH          Department: LABS
 Accession #: W1043148        USN: 000000000344204864
 Priority: S

Findings
 Result Name           Result   Abnl Normal Range    Units    Loc.
 Hepatitis B Core Ab, IgM     Non React     Non React
  BETH ISRAEL PETRIE DIV FIRST AVE AT 16TH ST., NEW YORK, NEW YORK 10003

Additional Providers
 Ordered By : Singh, Anjali
 Entered By : Singh, Anjali

Additional Information
 HL7 RESULT STATUS : F
 External IF Update Timestamp : 2014-07-17:01:50:00.000000

This document has been electronically signed by:

*** IF NO NAME/DATE/TIME LISTED DOCUMENT HAS NOT BEEN ELECTRONICALLY SIGNED ***

9
RESULT REVIEW REPORT
NOT FOR PERMANENT STORAGE IN MEDICAL RECORD

Printed Copy Requested by: GORDON-GILLES, KAREN

MRN: 200004657493                    Prism Serial#: 2489774703
Patient: SMITH, Cypress              Ordering Provider:  SINGH, ANJALI


Report Name: RPR Quantitative              Type: LAB
Report Date: 2014-07-17:10:29      Result Status:  SEE TEXT
-------------------------------------------------------------------
RPR Quantitative - STATUS: Final
  SEE TEXT                             Collect: 16Jul14 20:36
  Ordered By: Singh, Anjali            Ordered Date:
  Resulted Date: 17Jul14 10:29    Last Updated Date: 17Jul14 10:29
  Facility: STLH                       Department: LABS
  Accession #: W1043148                USN: 00000000344256596
  Priority: S


  Findings
  Result Name                   Result    Abnl Normal Range   Units    Loc.
  Syphillis Screen Titer        Non React      Non React


Additional Providers
  Ordered By : Singh, Anjali
  Entered By : Singh, Anjali


Additional Information
  HL7 RESULT STATUS : F
  External IF Update Timestamp : 2014-07-17:10:29:00.000000


This document has been electronically signed by:


*** IF NO NAME/DATE/TIME LISTED DOCUMENT HAS NOT BEEN ELECTRONICALLY SIGNED ***

A992

9                    RESULT REVIEW REPORT
                NOT FOR PERMANENT STORAGE IN MEDICAL RECORD

Printed Copy Requested by: GORDON-GILLES, KAREN

MRN: 200004657493              Prism Serial#: 2489774703
Patient: SMITH, Cypress        Ordering Provider:  SINGH, ANJALI

Report Name: Urinalysis              Type: LAB
Report Date: 2014-07-16:21:30    Result Status: SEE TEXT
--------------------------------------------------------------------
Urinalysis - STATUS: Final
 SEE TEXT                         Collect: 16Jul14 20:36
 Ordered By: Singh, Anjali       Ordered Date:
 Resulted Date: 16Jul14 21:30   Last Updated Date: 16Jul14 21:31
 Facility: STLH                  Department: LABS
 Accession #: W1043143              USN: 000000000344186135
 Priority: S

Findings
 Result Name            Result   Abnl Normal Range     Units     Loc.
 Color.                 Yellow        Yellow
 Appearance .           CLEAR         CLEAR
 Specific Gravity       1.010         1.004-1.036
 pH - UR                6.0           5.0-8.0
 Protein, Urine         Negative      Negative
 Glucose, Urine         Negative      Negative          mg/dL
 Ketones                Negative      Negative          mg/dL
 Bilirubin              Negative      Negative
 Blood, Urine           Negative      Negative
 Nitrites               Negative      Negative
 Urobilinogen           0.2           0.2-2.0           mg/dL
 Leukocytes Esterase    Negative      Negative

Additional Providers
 Ordered By : Singh, Anjali
 Entered By : Singh, Anjali

Additional Information
 HL7 RESULT STATUS : F
 External IF Update Timestamp : 2014-07-16:21:30:00.000000

This document has been electronically signed by:

*** IF NO NAME/DATE/TIME LISTED DOCUMENT HAS NOT BEEN ELECTRONICALLY SIGNED ***







**St. Luke's Hospital**

A Member of the
Mount Sinai Health System

1111 Amsterdam Avenue
New York, NY 10025

DATE _9/21/2015_

This is to certify that the attached records are true copies of the original records on file at Mount Sinai St. Luke's Hospital Center of

MR# _465-74-93_

Patient's name _Cypress, Smith_

That said records were made in the regular course of business of said Hospital and that it was the regular course of such business to make such record at the time of the transaction, occurrences or events recorded therein or within a reasonable time thereafter.

Jamal Hairston,
Assistant Director
Medical Records Department{SL}

PEOPLE'S
EXHIBIT _G_
_22 - V_
_10-1-15 JP_

A995

St. Luke's
Hospital

 A Member of the
Mount Sinai Health System

1111 Amsterdam Avenue
New York, NY 10025

## DELEGATION OF AUTHORITY

To Whom It May Concern:

I hereby delegate authority of the following individuals to certify all medical records for
Mount Sinai St. Luke's Hospital

Arthur A. Gianelli, MBA, MPH
President, Mount Sinai St. Luke's Hospital

Guy T. Courbois, Chief Operating Officer
Mount Sinai St. Luke's Hospital

Michael Huston, MBA, RHIA, CCS
Administrative Director, HIM
Mount Sinai St. Luke's Hospital

Jamal Hairston
Assistant Director for Operations, HIM
Mount Sinai St. Luke's Hospital

A996

# SUBPOENA (DUCES TECUM)

## FOR A WITNESS TO ATTEND THE
## SUPREME COURT OF THE STATE OF NEW YORK

In the Name of the People of the State of New York

To:    **Spencer Cox Center for Health**
of:    **390 West 114th Street, New York, New York**

**YOU ARE COMMANDED** to appear before the **SUPREME COURT** of the County of New York, **PART 82**, at the Criminal Court Building, 100 Centre Street, between Hogan Place and White Streets, in the Borough of Manhattan, of the City of New York, on **September 21, 2015**, at 2:30 p.m., as a **witness in a criminal action** prosecuted by the People of the State of New York against:

### LONNIE HARRELL

and to bring with you and produce the following items:

Any and all medical records pertaining to **Cypress Smith (DOB: 4/21/99)** from **July 16, 2014 to September 30, 2014**, including but not limited to all medical notations, handwritten medical charts, office and doctor notes, social worker notes, test results, and photographs.

**IF YOU FAIL TO ATTEND AND PRODUCE SAID ITEMS,** you may be adjudged guilty of a Criminal Contempt of Court, and liable to a fine of one thousand dollars and imprisonment for one year.

Dated in the County of New York,
September 21, 2015

CYRUS R. VANCE, JR.
**District Attorney, New York County**

By: _____

Jung Park
Assistant District Attorney
212-335-4126

So Ordered: _____

HON. CHARLES SOLOMON

PT. 82   SEP 2 1 2015

*Case #:* 4258/2014

A997

Mount Sinai Institute for Advanced Medicine

Spencer Cox Center for Health

Written by: Eng, Wendy    07/17/14 14:31

Cypress Smith

MRN#  465-74-93

DOB 04/21/1999

SOCIAL WORKER PROGRESS NOTE:  7/17/2014

Pt is a 15 year old AA teen, walk in, who was brought in by her mother this afternoon.
Pt was seen in SL ED yesterday afternoon after being sexually assaulted by a male neighbor, reportedly in his 30s, who is considered a friend of the family since they've known him for many years and have done things together. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Pt had rape kit done in the ED.  Rapid HIV and
pregnancy test were negative per pt's mother.

Incident occurred in pt's home around 2 p.m., came to ED and according to pt, had first dose of PEP around 10 p.m. Pt reports feeling nauseous after taking meds. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Pt reports she is feeling ok about the incident.  No particular concerns reported or noted. ▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Pt and her mother
were informed of the CVTC program as well as CVB compensation for pt's medical/psychological expenses, provided pt's mother with the application and encouraged to apply rather than use her insurance for this situation.  She states she will do so and hasn't had a chance tocontact CVTC.

We discussed the PEP process and f/u appts.  Pt will be away at ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉from 7/22 -
8/16 and would not be able to return for 2 week f/u.  Appt given for 8/25/2014 with SW and provider.  Pt will be back in school 8/27/2014 - ▉▉▉▉▉▉▉▉▉▉▉. Per pt's mother, they will follow up with pt's pediatrician for her 90 day f/u.  Pediatrician is Dr. Abigail Trager.

Pt and her mother provided with SW's contact info for use as needed and informed of our availability.

Wendy Eng, LCSWR
The provider name on this progress note is an electronic signature.

Written by: Eng, Wendy    07/17/14 14:31

| | |
|---|---|
| Mount Sinai Institute for Advanced Medicine | Cypress Smith |
| Spencer Cox Center for Health | MRN#  465-74-93 |
| Written by: Jung, Tiffany    07/17/14 17:23 | DOB 04/21/1999 |

**Office Visit, Initial: Cypress Smith  /  St. Lukes #465-74-93  /  Jul 17, 2014**

**CC:**
  15 year old girl for initial evaluation.
  s/p sexual assault

**HPI:**
  Teen presents with her mother s/p sexual assault. Seen in the ER yesterday and started on PEP.

  Teen reports vaginal penetration. ███████████████████████
  ███████████████████████ Will need to be at school by 8/27/14.

**Clinical Summary:**

**ARV History:**
  Truvada 07/17/14-

**Current Medications:**
  ISENTRESS 400MG TABLET 1 tablet by mouth two times a day x 21days
  TRUVADA 300MG/200MG TABLET 1 tablet by mouth every day x 21days
  THERA TABLET 1 tablet by mouth every day

**Allergies:**
  nkda 07/17/2014

**PE:**
  General Appearance: pleasant teen, here with mother, NAD
  Skin: warm.  excoriation on right cheek and another on back of neck, right side.  some scabbing
  ENT: no oral lesions
  Neck: supple.  tenderness with palpation to the posterior side
  Extremities: no c/c/e
  Neuro: a&o x 3

**Vaccines:**

**Problem List**
• **Viral dis contact nec**
  P:   started on PEP in the ER.  received 7 day supply.  will give remaining 21day supply.  reviewed
       labs with mother and teen.  reviewed risks of hep C, hep B and HIV.  reviewed f/u schedule--
       check chem 7 at 2 wks (mother states she will communicate this to camp and have nurses draw
       chem 7), f/u end of 8/2014 for rapid HIV Ab test and VL and f/u at 3 months with HIV Ab testing.
       reviewed rpr and hep C Ab test (NR and negative respectively)
• **Routin child health exam**
  P:   hep BsAb negative.  may want to f/u with pediatrician to repeat hep B serology.

--f/u end of 8/2014, sooner prn.

Tiffany Jung, FNP
Electronic Signature on File

Written by: Jung, Tiffany    07/17/14 17:23

Mount Sinai Institute for Advanced Medicine

Spencer Cox Center for Health

Written by: Cruz, Olga     07/18/14 09:31

Cypress Smith

MRN#  465-74-93

DOB 04/21/1999

Written by: Cruz, Olga    07/18/14 09:31

Mount Sinai Institute for Advanced Medicine

Spencer Cox Center for Health

Written by: Eng, Wendy    07/24/14 11:35

Cypress Smith

MRN#  465-74-93

DOB 04/21/1999

Phone contact: 7/24/2014

Pt's mother called to request change of pt's 8/25 appt to an earlier date as she plans to send pt back to school in Massachusetts that afternoon.  Ms. Smith was informed that pt's provider is on vacation and would not return until 8/25.  This SW is also in pt rotation and would not be back in clinic until 8/25.  Pt's mother states that they could come in for the first appt.  NP Jung has opening for 8:40 a.m. which she accepted. Pt was already scheduled with SW for 9:30 am - advised that SW would see her daughter earlier if her 9 a.m. doesn't show.  Ms. Smith is agreeable to plan.

Wendy Eng, LCSWR
The provider name on this progress note is an electronic signature.

Written by: Eng, Wendy    07/24/14 11:35

Mount Sinai Institute for Advanced Medicine

Spencer Cox Center for Health

Written by: Jung, Tiffany     07/24/14 14:21

Cypress Smith
MRN#  465-74-93
DOB 04/21/1999

Reply to message taken: Thu Jul 24 11:06:49 2014  Taken by: Edmond, Tamika

    To: Jung, Tiffany
    From: Tamika L. Edmond, LPN

Message: Patient is going out of town and would like to have
       her labs drawn while away. Patient is requesting script
       for labs. Please call mother
-----------------------------------------------------------------------
Done.  Script for labs left at RN station.  Mother aware and will pick up today
T. Jung, NP

Written by: Jung, Tiffany     07/24/14 14:21

Mount Sinai Institute for Advanced Medicine

Spencer Cox Center for Health

Written by: Wooten, Troy    08/12/14 11:28

Cypress Smith

MRN#  465-74-93

DOB 04/21/1999

Mount Sinai Institute for Advanced Medicine

Spencer Cox Center for Health

Written by: Edmond, Tamika    08/25/14 09:45

Cypress Smith
MRN#  465-74-93
DOB 04/21/1999

NURSING PROGRESS NOTE:
Blood specimen was obtained from the patient as per Tiffany Jung's, FNP orders. Patient tolerated procedure well. Specimen was labeled and sent to the lab.

Tamika Edmond, LPN
The provider name on this progress note is an electronic signature.

Mount Sinai Institute for Advanced Medicine

Spencer Cox Center for Health

Written by: Jung, Tiffany    08/25/14 10:01

Cypress Smith
MRN#  465-74-93
DOB 04/21/1999

**Office Visit, Routine: Cypress Smith  /  St. Lukes #465-74-93  /  Aug 25, 2014**

**CC:**
  15 year old girl for further evaluation.
  s/p sexual assault. Here for PEP f/u.

**HPI:**
  Teen here with mother to f/u PEP.
  Completed all 28 days with no missed doses.
  Had chem 7 drawn while at camp--wnl.
  Leaving today to go back to school in Massachusetts.
  Mother reports teen had nausea for the first 1-2 wks--then subsided.
  Mother reports teen received hep B booster shot while at camp.

**Clinical Summary:**

**ARV History:**
  Truvada 07/17/14-

**Current Medications:**
  ISENTRESS 400MG TABLET 1 tablet by mouth two times a day x 21days
  TRUVADA 300MG/200MG TABLET 1 tablet by mouth every day x 21days
  THERA TABLET 1 tablet by mouth every day

**Allergies:**
  nkda  07/17/2014

**PE:**
  General Appearance: comfortable appearing teen, here with mother
  Psychiatric: pleasant, appropriate.

**Vaccines:**

**Problem List**
● **Viral dis contact nec**
  P:  rapid HIV Ab test negative.  draw HIV VL today.  discussion with mother about f/u testing
       schedule.  should have HIV Ab test repeated at 3 months (mid to end of 10/2014).  mother can
       also have rpr and hep C Ab test repeated at that time.  as teen will be at school, mother reports
       testing can be done there.  rx given for tests.  can contact clinic/this provider and SW if any
       questions.

--well child f/u with private pediatrician.

Tiffany Jung, FNP
Electronic Signature on File

Written by: Jung, Tiffany    08/25/14 10:01

| | |
|---|---|
| Mount Sinai Institute for Advanced Medicine | Cypress Smith |
| Spencer Cox Center for Health | MRN#  465-74-93 |
| Written by: Eng, Wendy    08/25/14 10:21 | DOB 04/21/1999 |

SOCIAL WORKER PROGRESS NOTE:  8/25/2014

Social Work nPEP Follow-Up Visit (2 Week/45 days/90 days)
Visit Type: PEP Follow-Up
Billing Codes: C001
            V01.79

1)        Was this visit in person or over the phone? In person.

2)        How many days since PEP initiation? approx 45 days; SA follow up.

3)        How many doses have been missed? none.

4)        How is the patient tolerating the medications? no problems.

5)        Was this the patient's 45 day or 90 day visit, or patient's stated or assumed final visit? 45 days.

If yes, administer RHIV test.
Was the test reactive? NON REACTIVE

6)        Describe risk reduction counseling provided: Pt is not sexually active.  Pt and her mother reported
that pt has been well. Enjoyed time spent away at camp and is driving to Massachusetts today for school -
classes begin in 2 days.

7)        Is the patient in need of and did you provide any referrals? NA - pt's mother will follow up with
school nurse re: 90 day rapid testing.  Pt's mother to call if any questions or concerns.

8) Did you ensure 45 and 90 day SW visits are scheduled? Pt attends school in Massachusetts and will
not be able to return for 90 day f/u.

9) Other issues discussed with patient, or important presenting information: pt/mother to contact us as
needed.


Wendy Eng, LCSWR
The provider name on this progress note is an electronic signature.

Written by: Eng, Wendy     08/25/14 10:21

Mount Sinai Institute for Advanced Medicine

Spencer Cox Center for Health

Written by: Jung, Tiffany    09/02/14 14:36

Cypress Smith
MRN#  465-74-93
DOB 04/21/1999

9/2/14

--HIV VL undetectable.  Telephone call to mother.  Mother informed of results. Advised to have 3 month follow up for HIV Ab testing.  Mother verbalized understanding and prescription requesting this was given to the school nurse.
--Mother will call if any further questions.


Tiffany Jung, FNP
The provider name on this note is an electronic signature.

Written by: Jung, Tiffany    09/02/14 14:36



















People v Lemie Harell 04258/2014
T-Mobile # (646) 993-3203
All Mappable Voice Calls
July 15, 2014 7:58:21 AM to
July 16, 2014 2:42:42 PM

92 St Nicholas Ave
New York, NY

7/16/14 2:25:23 PM - OUT - (1646) 206-2485
7/15/14 2:25:37 PM - OUT - (1646) 206-2485
7/16/14 2:26:46 PM - OUT - (1646) 206-2485
7/16/14 2:27:31 PM - OUT - (1646) 206-2485
7/16/14 2:28:35 PM - OUT - (1646) 206-2485

7/15/14 8:25:39 AM - OUT - (1718) 452-9879
7/16/14 9:13:18 AM - IN - (1917) 746-6951
7/16/14 12:26:32 PM - IN - (1917) 746-6951
7/15/14 12:45:04 PM - OUT - (1646) 703-6687
7/15/14 1:17:19 PM - OUT - (1917) 406-3753
7/15/14 2:04:18 PM - OUT - (1805) 637-7243
7/16/14 2:06:23 PM - OUT - (1805) 637-7243
7/16/14 2:08:00 PM - OUT - (1917) 405-5668
7/15/14 2:09:37 PM - OUT - (1917) 405-5668
7/15/14 2:40:47 PM - IN - (1347) 876-1743
7/15/14 2:46:19 PM - OUT - (1805) 637-7243

7/15/14 8:26:39 AM - OUT - (1718) 843-0891
7/15/14 5:57:21 PM - OUT - (1347) 845-8243
7/15/14 7:12:17 PM - OUT - (1718) 452-9879

7/16/14 7:58:21 AM - IN - (1347) 843-0891
7/15/14 2:47:20 PM - OUT - (1718) 452-9879
7/15/14 5:43:58 PM - OUT - (1347) 845-8243
7/15/14 7:21:30 PM - OUT - (1718) 452-9879
7/16/14 8:08:16 PM - OUT - (1718) 452-9879
7/15/14 9:38:23 PM - OUT - (1347) 876-1743
7/16/14 9:32:08 AM - OUT - (1646) 250-0473

7/15/14 5:09:51 PM - IN - (1347) 845-8243

7/15/14 9:39:22 PM - OUT - (1347) 876-1743
7/15/14 9:40:05 PM - OUT - (1917) 406-3753
7/16/14 9:41:56 PM - OUT - (1347) 876-1743
7/15/14 9:43:47 PM - OUT - (1347) 876-1743
7/15/14 9:47:18 PM - OUT - (1917) 406-3753
7/15/14 9:52:50 PM - OUT - (1347) 876-1743
7/15/14 9:55:36 PM - OUT - (1347) 833-9226
7/15/14 8:58:42 AM - OUT - (1718) 452-9879

7/16/14 10:35:55 AM - OUT - (1929) 257-8460
7/16/14 10:44:32 AM - OUT - (1929) 257-8460
7/16/14 11:11:20 AM - OUT - (1646) 703-6687
7/16/14 2:23:30 PM - OUT - (1646) 206-2485
7/16/14 2:23:46 PM - OUT - (1646) 206-2485
7/16/14 2:24:05 PM - OUT - (1646) 206-2485
7/16/14 2:24:32 PM - OUT - (1646) 206-2485
7/16/14 2:25:06 PM - OUT - (1646) 206-2485

7/15/14 9:37:47 PM - OUT - (1347) 876-1743

7/15/14 7:57:16 PM - OUT - (1805) 637-7243
7/15/14 7:57:58 PM - OUT - (1805) 637-7243

7/16/14 2:42:42 PM - OUT - (1805) 637-7243

0   0.1   0.2   0.4
Miles

A1014

People v. Lonnie Harrell
Ind. No. 4258/2014

| Sample Description | DYS456 | DYS3891 | DYS390 | DYS3891I | DYS458 | DYS19 | DYS385 | DYS3393 | DYS391 | DYS439 | DYS635 | DYS3392 | Y_GATA_H4 | DYS437 | DYS438 | DYS448 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Swab 1.4.1 labia | 15 | 13 | 24 | 29 | 18 | 14 | 11, 14 | 13 | 11 | 12 | 23 | 13 | 12 | 15 | 12 | 19 |
| Swab 1.4.3 labia | 15 | 13 | 24 | 29 | 18 | 14 | 11, 14 | 13 | 11 | 12 | 23 | 13 | 12 | 15 | 12 | 19 |
| Vulvar swab | 15 | 13 | 24 | 29 | 18 | 14 | 11, 14 | 13 | 11 | 12 | 23 | 13 | 12 | 15 | 12 | 19 |
| Oral swab | 15 | 13 | 24 |  | 18 |  |  | 13 | 11 | 12 | 23 |  |  | 15 | 12 | 19 |
| Swab from Lonnie Harrell | 15 | 13 | 24 | 29 | 18 | 14 | 11, 14 | 13 | 11 | 12 | 23 | 13 | 12 | 15 | 12 | 19 |

People v. Lonnie Harrell
Ind. No. 4258/2014

| Sample Description | D8S1179 | D21S11 | D7S820 | CSF1PO | D3S1358 | TH01 | D13S317 | D16S539 | D2S1338 | D19S433 | vWA | TPOX | D18S51 | AMEL | D5S818 | FGA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Swab top of straw | 10, 14 | 28, 30 | 10 | 11, 12 | 14, 15 | 8 | 13 | 11, 13 | 19, 24 | 12, 14 | 16, 17 | 9, 11 | 17, 19 | X, Y | 8, 12 | 22, 23 |
| Swab rim/mouth of cup | 10, 14 | 28, 30 | 10 | 11, 12 | 14, 15 | 8 | 13 | 11, 13 | 19, 24 | 12, 14 | 16, 17 | 9, 11 | 17, 19 | X, Y | 8, 12 | 22, 23 |
| Swab Lonnie Harrell | 10, 14 | 28, 30 | | 11, 12 | 14, 15 | 8 | | | | | | | | | | |




**OFFICE OF CHIEF MEDICAL EXAMINER**

520 First Avenue, New York, New York 10016

Timothy D. Kupferschmid, Director
**DEPARTMENT OF FORENSIC BIOLOGY**
Charles S. Hirsch Center for Forensic Sciences
421 East 26th Street, New York, New York 10016
Telephone: 212.323.1200  Email: DNALab@ocme.nyc.gov
Official Website: http://www.nyc.gov/ocme

**DATE:** April 01, 2015

## LABORATORY REPORT

**SUSPECT:** Lonnie Harrell            **NYSID NO:** 04374116Y            **LAB NO:** FBS15-00044
**ARREST NO:** M14680009                                                **REPORT ID:** CRT-0315-0285

**RESULTS AND CONCLUSIONS:**

STR DNA typing using the AmpF/STR® Identifiler® and Yfiler™ PCR Amplification Kit was performed on the DNA sample from Lonnie Harrell.

This DNA profile was compared to the results in the following case:

| FB Number | Complaint Number | Victim's Name | Case Report ID |
|-----------|------------------|---------------|----------------|
| FB14-04050 | 2014-028-03324 | C█████S█████ | CRT-0914-0479 |

The Y STR DNA profile of Lonnie Harrell matches the DNA profile of **Male Donor A** to the samples listed below; therefore, he or one of his paternal male relatives could be the source of this DNA:

- dried secretion swab 1.4.1 from "bilateral labia"
- dried secretion swab 1.4.3 from "bilateral labia"
- vulvar swab
- oral swab, swab remains fraction

The DNA profile of **Male Donor A** is expected to be found in approximately:

16 locus result (dried secretion swab 1.4.1 from "bilateral labia", dried secretion swab 1.4.3 from "bilateral labia", vulvar swab)
1 in  685 African American males
1 in 1330 Asian males
1 in  562 Caucasian males
1 in  400 Hispanic males

Page 1 of 6

FBS15-00044                                                    Lonnie Harrell

The DNA profile of **Male Donor A** is expected to be found in approximately:

    <u>10 locus result (oral swab, swab remains fraction)</u>
    1 in 321 African American males
    1 in 439 Asian males
    1 in 125 Caucasian males
    1 in 120 Hispanic males

Lonnie Harrell **is not** the source of the DNA in all other samples where comparisons could be made.

**The DNA profile above is suitable for entry into the OCME local DNA databank.**

Page 2 of 6

A1018

FBS15-00044                                                          Lonnie Harrell

**EVIDENCE RECEIVED:**

| ITEM | VOUCHER | DATE RECEIVED | DESCRIPTION |
|------|---------|---------------|-------------|
| 1 | 1000592645 | 01/09/2015 | DNA sample from Lonnie Harrell |

**DISPOSITION:**

The following items will be retained in the laboratory:

      DNA extracts from samples and controls tested

The remainder of the evidence will be returned to the OCME Evidence Unit.

| | |
|---|---|
| **Analyst** | : Jeannie Tamariz |
| | (Criminalist, Level III) |
| **Administrative Review Date** | : 04/01/2015 |
| **Administrative Reviewer** | : Meshana Bourne |

Page 3 of 6

A1019

FBS15-00044                                                                    Lonnie Harrell

## APPENDIX

<u>General</u>

**This report has an associated Forensic Biology case file.**

<u>Background to DNA Testing</u>

**DNA** (Deoxyribo-Nucleic Acid), the inherited genetic material found in cells, contains markers which can differ from person to person.  **DNA testing** can determine these genetic markers and compare biological samples from different individuals.

Alternative forms of DNA markers are called **alleles**.  Alleles are found at specific areas, or locations, of the DNA called **loci** (singular, **locus**).

**STR** (short tandem repeat) loci contain alleles with a variable number of short repeating segments.Each STR allele can be described using a number which represents its number of repeats.  A **DNA profile** is the series of numbers describing the DNA alleles found at an individual's STR DNA loci.

<u>DNA Testing</u>

**DNA testing** involves several steps, including DNA extraction, DNA quantitation, PCR/DNA amplification, and analysis of the resulting DNA alleles.

**DNA extraction** recovers DNA from biological samples such as blood, bone, hair, saliva, semen, and skin cells.

**Differential extraction** is designed to physically separate the DNA in epithelial cells from the DNA in sperm cells, in samples which potentially contain a mixture of sperm and other cell types.  As a result, separate "epithelial cell," "sperm cell," and "swab (or substrate) remains" DNA fractions are generated.Incomplete separation can occur and fractions may contain both sperm DNA and epithelial cell DNA.

**DNA quantitation** measures the amount of DNA extracted from samples by using a technique called quantitative real time polymerase chain reaction (qRT-PCR).  If sufficient DNA is detected, DNA amplification and analysis can be attempted.

The **PCR** (polymerase chain reaction) technique produces large amounts of DNA from small starting amounts of DNA by repeated cycles of copying the DNA loci (**DNA amplification**); after amplification the alleles present in the sample are identified.

**STR DNA typing** for STRs uses the **Applied Biosystems AmpFℓSTR® Identifiler® PCR Amplification Kit** with 28 amplification cycles (**Identifiler® 28**).  Each STR locus tested in the Identifiler® Kit contains between 8 and 32 identifiable alleles.

Y-chromosome STRs (**Y-STR**) are male-specific STRs, not present in females, that are inherited from father to son, and should be identical for all male relatives of the paternal line.  For example, brothers who share the same father will have the same Y-STR type.  Y-STR DNA typing uses the **Applied Biosystems AmpFℓSTR Yfiler™ PCR Amplification** .

Page 4 of 6





**OFFICE OF CHIEF MEDICAL EXAMINER**

520 First Avenue, New York, New York 10016

Timothy D. Kupferschmid, Director
**DEPARTMENT OF FORENSIC BIOLOGY**
**Charles S. Hirsch Center for Forensic Sciences**
**421 East 26th Street, New York, New York 10016**
Telephone: 212.323.1200   Email: DNALab@ocme.nyc.gov
Official Website: http://www.nyc.gov/ocme

**DATE:** July 30, 2015

## LABORATORY REPORT

| | | |
|---|---|---|
| **SUSPECT:** Lonnie Harrell | **NYSID NO:** 04374116Y | **LAB NO:** FBS15-00044 |
| **ARREST NO:** M14680009 | | **REPORT ID:** CRT-0715-0897 |

### ADDITIONAL REPORT

This is an additional report.  For previous results, evidence received, and disposition, see Case Report ID CRT-0315-0285.

### RESULTS AND CONCLUSIONS

STR DNA typing using the AmpF/STR® Identifiler® PCR Amplification Kit was performed on the DNA sample from Lonnie Harrell.  A DNA profile was determined.

This DNA profile was compared to the results in the following case:

| **FB Number** | **Complaint Number** | **Victim's Name** | **Case Report ID** |
|---|---|---|---|
| FB14-04050 | 2014-028-03324 | C████ S████ | CRT-0715-0883 |

The DNA profile of Lonnie Harrell matches the DNA profile of **Male Donor B** to the samples listed below.

The DNA profile of **Male Donor B** is expected to be found in approximately **1 in greater than 6.80 trillion people**:

- swab of "top of the straw" (15 locus profile)
- swab of "rim/mouth area of cup" (15 locus profile)

| | |
|---|---|
| **Analyst** | : Jeannie Tamariz |
| | (Criminalist, Level III) |
| **Administrative Review Date** | : 07/30/2015 |
| **Administrative Reviewer** | : Meredith Rohrbaugh |

FBS15-00044                                                                                     Lonnie Harrell

# APPENDIX

<u>General</u>

**This report has an associated Forensic Biology case file.**

<u>Background to DNA Testing</u>

**DNA** (Deoxyribo-Nucleic Acid), the inherited genetic material found in cells, contains markers which can differ from person to person.  **DNA testing** can determine these genetic markers and compare biological samples from different individuals.

Alternative forms of DNA markers are called **alleles**.  Alleles are found at specific areas, or locations, of the DNA called **loci** (singular, **locus**).

**STR** (short tandem repeat) loci contain alleles with a variable number of short repeating segments.Each STR allele can be described using a number which represents its number of repeats.  A **DNA profile** is the series of numbers describing the DNA alleles found at an individual's STR DNA loci.

<u>DNA Testing</u>

**DNA testing** involves several steps, including DNA extraction, DNA quantitation, PCR/DNA amplification, and analysis of the resulting DNA alleles.

**DNA extraction** recovers DNA from biological samples such as blood, bone, hair, saliva, semen, and skin cells.

**Differential extraction** is designed to physically separate the DNA in epithelial cells from the DNA in sperm cells, in samples which potentially contain a mixture of sperm and other cell types.  As a result, separate "epithelial cell," "sperm cell," and "swab (or substrate) remains" DNA fractions are generated.Incomplete separation can occur and fractions may contain both sperm DNA and epithelial cell DNA.

**DNA quantitation** measures the amount of human and male DNA extracted from samples by using a technique called quantitative real time polymerase chain reaction (qRT-PCR).  If sufficient human and/or male DNA is detected, DNA amplification and analysis can be attempted.

The **PCR** (polymerase chain reaction) technique produces large amounts of DNA from small starting amounts of DNA by repeated cycles of copying the DNA loci (**DNA amplification**); after amplification the alleles present in the sample are identified.

**STR DNA typing** for STRs uses the **Applied Biosystems AmpF/STR® Identifiler® PCR Amplification Kit** with 28 amplification cycles (**Identifiler® 28**).  Each STR locus tested in the Identifiler® Kit contains between 8 and 32 identifiable alleles.

Y-chromosome STRs (**Y-STR**) are male-specific STRs, not present in females, that are inherited from father to son, and should be identical for all male relatives of the paternal line.  For example, brothers who share the same father will have the same Y-STR type.  Y-STR DNA typing uses the **Applied Biosystems AmpF/STR Yfiler™ PCR Amplification** .

FBS15-00044                                                               Lonnie Harrell

<u>**Conclusions for DNA Typing**</u>

**Mixture:** A DNA profile that has more than one donor.

**Major:** Alleles that are present in a higher proportion in a DNA mixture profile.

**Minor:** Alleles that are present in a lower proportion in a DNA mixture profile.

**Match:** The alleles detected in a questioned/evidence sample that are the same as the alleles detected in another sample.

**Is included as a possible contributor:** For the locations where comparisons could be made, all or most of the DNA alleles seen in an individual's DNA profile were also seen in the mixture. The allele(s) that were absent could be explained by any of several factors. Therefore, this person cannot be ruled out as a possible contributor to the mixture.

**Excluded as a contributor to the mixture:** For the locations where comparisons could be made, one or more of the DNA alleles seen in an individual's DNA profile were not seen in the mixture and this absence cannot be explained. Therefore, this person can be ruled out as a contributor.

**No conclusions can be drawn:** The results do not support a positive association or an exclusion. Therefore, it cannot be determined whether a person can be included as a possible contributor to the mixture.

**Not suitable for comparison:** The DNA results on the evidence are either too incomplete or too complex to be the basis for conclusions regarding the source of the DNA.

**Partial Match:** An association between two single-source (clean or fully deconvoluted) profiles, showing similarities but short of an exact match, that suggests that the source of a profile is potentially a relative of the source of the other, partially matching, profile. Partial matches are inadvertent, and may be found at the local, state, or national levels (through comparison at the bench, LINKAGE, or CODIS searches).



**New York City Department Of Probation**

**Pre-Sentence Investigation Face Sheet**

| Report Type: PSI | Court: NEW YORK SUPREME | NYSID #: 04374116Y | Case #: CCI-NS201546620 |
|---|---|---|---|
| County: Manhattan | FBI: 980334T2 | PO: Fulmore, Tamesha | Sentence Promise: Open |
| Conviction Dt.: 10/07/2015 | Sentence/Return Dt.: 10/21/2015 | Custody Status: Detention | Conviction: Verdict |

### PERSONAL INFORMATION

| Last Name: | HARRELL | | First Name: | LONNIE | |
|---|---|---|---|---|---|
| True Name (if different) | | | | | |
| Current Address | | Mailing Address | | Resides with | |
| 92 St. Nicholas Avenue Apt. 2H, New York City, NY 10026 | | 92 St. Nicholas Avenue Apt. 2H, New York City, NY 10026 | | | |
| Primary Phone | (718)809-1833 | SSN | | Gender | Male |
| Cell Phone | (718)809-1833 | Citizenship | USA | Race | Black |
| Birth Date | 12/27/1962 | Alien Status | | Ethnicity | Not Hispanic |
| Country of Birth | USA | Alien # | | Height | 5'9" |
| State if US | Virginia | Visa Type | | Weight | 210 |
| City of Birth | Newport News, VA | Visa # | | Eyes | Brown |
| Primary Language | English | Marital Status | Single (never married) | Hair | Black |
| Speaks English? | Yes | | | Glasses | No |
| Interpreter? | No | | | Contacts | No |
| Identifiable Marks | Upper right arm: Skull | | | | |
| Law Actions | DNA, SORA | | | | |
| Defendant Interview Date | 10/14/2015 | | | | |

### PRESENT COURT PROCEEDING

| # | DKT/IND # | Court Control # | Offense Date | Arrest Date | Final Charge(s) |
|---|---|---|---|---|---|
| 1 | 4258-2014 | 66798798J | 07/16/2014 | 09/10/2014 | |

| Indict. Arrest Charges | | | | | |
|---|---|---|---|---|---|
| | **Charge Description** | **Count** | **VO** | **JO** | **Covers Indict.** |
| 1 | PL 130.50 B F 1 Criminal Sexual Act-1st Degree | 1 | True | False | |
| 2 | PL 130.50 B F 1 Criminal Sexual Act-1st Degree | 2 | True | False | |
| 3 | PL 130.35 C F 1 ATT Rape-1st Degree | 3 | True | False | |

| | | | | | |
|---|---|---|---|---|---|
| 4 | PL 130.65  D F 1 Sexual Abuse-1st Degree | 4 | True | False | |
| 5 | PL 130.65  D F 1 Sexual Abuse-1st Degree | 5 | True | False | |
| 6 | PL 130.40 02 E F 3 Criminal Sexual Act 3:Actor 21 Yrs Old Or More/Victim Less Than 17 Yrs | 6 | False | False | |
| 7 | PL 130.40 02 E F 3 Criminal Sexual Act 3:Actor 21 Yrs Old Or More/Victim Less Than 17 Yrs | 7 | False | False | |

| Conviction Charge Code | | Court Details | | Additional Information | |
|---|---|---|---|---|---|
| Law | PL | Judge | HON. JUAN MERCHAN | ADA | Park, J. |
| Section | 130.50 | Part | NEW YORK SUPREME - 59 | Phone # | (212)335-4126 |
| SubDiv | | Co-Defendants | No | Defense Counsel | Herlich, T. |
| Class/Offense | F | YO Eligible | Not Applicable | Phone # | (917)783-7276 |
| Attempted | 0 | Pending Charges | No | Address | |
| Degree | 1 | COR Eligible | No | | |

| Legal Information | | | | |
|---|---|---|---|---|
| Other Pending Charges | | No | Youthful Offender | |
| Other Pending Warrants | | No | Eligible | Not Applicable |
| Prior Convictions | | Yes | Required | No |
| Predicate Felony | | Yes | Birth Date Verified | No |
| Current Probation/Parole Supervision | | No | YO Recommended | No |
| Prior Probation/Parole Violation | | Yes | Juvenile Offender | No |
| Prior History of Absconding/Escape from Institution/Court | | No | | |
| History of Violence/Weapon Use | | Yes | | |
| Prior History of Bench Warrant | | Yes | | |
| Disposition | | | Disposition Date | |

| DETAILS SENTENCE PROMISE (cont. from Facesheet) | | | | |
|---|---|---|---|---|
| Sentence Type | Open | | Duration | |
| Details of Promise | | | | |
| Indict. Arrest Charges | | | | |

| | Charge Description | Count | VO | JO | |
|---|---|---|---|---|---|
| 1 | PL 130.50  B F 1 Criminal Sexual Act-1st Degree | 1 | True | False | |
| 2 | PL 130.50  B F 1 Criminal Sexual Act-1st Degree | 2 | True | False | |
| 3 | PL 130.35  C F 1 ATT Rape-1st Degree | 3 | True | False | |
| 4 | PL 130.65  D F 1 Sexual Abuse-1st Degree | 4 | True | False | |

A1025

| 5 | PL 130.65  D F 1 Sexual Abuse-1st Degree | 5 | True | False | |
| 6 | PL 130.40 02 E F 3 Criminal Sexual Act 3:Actor 21 Yrs Old Or More/Victim Less Than 17 Yrs | 6 | False | False | |
| 7 | PL 130.40 02 E F 3 Criminal Sexual Act 3:Actor 21 Yrs Old Or More/Victim Less Than 17 Yrs | 7 | False | False | |

## PRESENT OFFENSE

### Circumstances of Arrest

| Offense Date(s) | 07/16/2014 | Arresting Officer | Det. Susan Barbato |
|---|---|---|---|
| Offense/Arrest Location | NYCPD 28 | Arrest Number | M14680009 |
| Arrest Date | 09/10/2014 | Shield | 6084 |
| The defendant was arrested | Yes | | |
| Defendant influenced by substance at time of offense | | No | |

### Description of Present Offense

On or about 07/16/2014, at about 2:23 p.m. inside 92nd St. Nicholas Avenue in the County and state of New York, the defendant Lonnie Harrell committed the following offense:

The defendant, Lonnie Harrell, placed his hand around the neck of the complainant's and squeezed. While choking the victim he covered her mouth with his hand and dragged her into a room at the above-mentioned location. When inside the room, he demanded that she spread her legs, grabbed her by her neck and threatened that if she did not comply, he would go "berserk." He proceeded to take off her shorts and underwear and inserted his fingers inside her vagina causing her to cry out in pain. He responded to her cry saying: "You known you wanted these fingers inside you."

The complainant stated the defendant placed his mouth on her vagina and performed oral sex on her. When the victim attempted to push the defendant away, he forced her to her knees, grabbed her head, unzipped his pants and put his penis inside of her mouth. He also took pictures of the complainant while she was naked from the waist down and threatened that if she told anyone, he would show the photographs to people.

The victim's date of birth is 04/21/99 and she was fifteen-year-old at the time of the above mentioned offense.

The defendant, Lonnie Harrell's date of birth is December 27, 1962.

Based on the above mentioned offense, Detective Susan Barbato, Shield 6084 of the Detective Borough Manhattan Special Victims Squad arrested the defendant Lonnie Harrell. The defendant is in custody. He denied being under the influence of drugs or alcohol at the time of the instant offense.

## SUMMARY OF DEFENDANT'S STATEMENT

The defendant Lonnie Harrell was interviewed on 10/14/15 via video teleconference at ARDC.

The defendant was found guilty by trial on 10/07/15.

The defendant reported he turned himself in because the police was looking for him for the instant offense. He reported being found guilty by trial and did not want to discuss the case.

## VICTIM INFORMATION / STATEMENT

As per the ADA, the complainant's mother will make a statement at sentencing.

## ANALYSIS OF OFFENSE AND LEGAL HISTORY

The instant offense is the defendant's 13th known New York arrest, resulting in his 3rd felony conviction, and 2nd violent felony conviction.

The defendant has felony convictions for Robbery-1st Degree and Attempt Knowing Make/Possess Dangerous Contraband In Prison-1st Degree.  He received sentencing of prison in each case.

The defendant has misdemeanor convictions primarily for Jostling Hand Near Pocket (2Xs).  He also has misdemeanor convictions for Disorderly Conduct, Criminal Trespass-3rd Degree, Assault-3rd Degree, Possession Stolen Property-3rd Degree Jostling, Possession Of Burglar Tools and Attempted Grand Larceny-4th Degree.  He received sentencing of jail and conditional discharge.

The defendant has 1 YO adjudication for Attempted Petit Larceny.  He received a sentence for 1 year probation.

The defendant has 3 temporary order of protections issued on 04/21/10 which expires in 10/20/15. Protected party was not identified in either of the order of protections.

## FAMILY AND ENVIRONMENT

| Name | Relation | Age | Residence | Profession |
|------|----------|-----|-----------|------------|
| Perry, Catherine | Mother | | 92 St. Nicholas Avenue Apt. 2H, New York City, NY 10026 | |

The defendant reported birth place of Newport News, Virginia on 12/27/1962 from the consensual union between Catherine Perry and Lonnie Harrell.  He noted his father passed away from cancer in 1991.  His mother age 74 is supported with social security income

The defendant informed living at reported address with his mother.  He noted having two children from 2 different consensual relationships: Lonnie Perry age 26 resides in Manhattan and is employed with housing; Kadisia Rivera age 31 is employed as a hospital employer in Florida.

The defendant denied being the victim of domestic violence, sex abuse and neglect during his childhood.  He also denied being a member of a gang and he denied gang affiliation.

The defendant denied having a computer or an email address.

## CURRENT RESIDENCE

| Address | Apt # | City | State | Zip |
|---------|-------|------|-------|-----|
| 92 St. Nicholas Avenue | Apt. 2H | New York City | NY | 10026 |
| **Type of Residence** | | | | |
| Residential | | | | |

## CURRENT EDUCATION

GED

## EDUCATION, EMPLOYMENT, AND MILITARY

The defendant reported having completed the 11th grade and he reported having since obtained his GED.

The defendant reported being unemployed at the time of the instant offense supported with $750.00 SSI benefit and $180 monthly food stamps.  He reportedly last worked at Consolidated Boiler as a Mechanic earning $9.50 hourly from 2010 to 2013.

The defendant has no military background.

## PHYSICAL HEALTH

The defendant reported being treated with Albuterol and Advair on a monthly basis for his Asthma.

| Gender | Height | Weight | Race | Ethnicity | Hair | Eyes |
|--------|--------|--------|------|-----------|------|------|
| Male | 5'9" | 210 | Black | Not Hispanic | Black | Brown |

### Scar/Mark/Tattoo

| Location | Description |
|----------|-------------|
| Upper right arm | Skull |

## SUBSTANCE ABUSE

Defendant reported no use of controlled substances and/or alcohol.

## MENTAL HEALTH

The defendant reported being treated for paranoid schizophrenia and depression on a monthly basis at Metropolitan Hospital prior to his arrest.

## EVALUATIVE SUMMARY

The defendant, Lonnie Harrell, age 52, is before the Court with respect to sentencing after being found guilty by trail.

The instant offense is the defendant's 13th known New York arrest, resulting in his 3rd felony and 2nd violent felony conviction.

The defendant has 3 temporary order of protections issued on 04/21/10 which expires on 10/20/15. Protected party was not identified in either of the order of protections.

The defendant informed living at reported address with is mother. The defendant reported having obtained a GED.

The defendant reported being treated with Advair/Albuterol for asthma on a monthly basis. He informed while at liberty he was treated for paranoid schizophrenia and depression on a monthly basis. He denied alcohol consumption and he denied illicit drug use.

While in custody, the defendant should be mental health and sexual offender treatment and a program designed to address his anti-social behavior.

Attested By:

_____

PROBATION OFFICER - Tamesha Fulmore

Reviewed By:

_____

SUPERVISING PROBATION OFFICER - Christopher Costello

Submitted By:

_____

SUPERVISING PROBATION OFFICER - Christopher Costello

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: PART 82

| In the Matter | AFFIRMATION IN SUPPORT OF AN ORDER TO T-Mobile |
|---|---|
| of | |
| an Order to T-Mobile Directing the Disclosure of Call Detail and Cell Site Information for 646-593-3203. | |

JUNG PARK, an attorney duly admitted to practice before the courts of this state,

hereby affirms under penalty of perjury that:

1. I am an Assistant District Attorney, of counsel to CYRUS R. VANCE, JR.,

District Attorney of New York County.

2. I make this affirmation in support of an Order directing T-Mobile to disclose

call detail, including cell site information, for all calls made over a cellular telephone

assigned telephone number 646-593-3203 (hereinafter, "TARGET CELL PHONE"),

service to which is provided by T-Mobile, for the period 7/15/14 to 9/10/14.

3. "Cell sites" are cellular transmitting and receiving stations that work much like

radio antennas. Every call made over a cellular telephone is routed through a cell site,

and this information is stored by the cellular company's computers.   Cell site

information will enable us to determine the general vicinity from where a particular

cellular telephone is transmitting.  I have been informed by representatives of T-Mobile

that they require a Court Order to release cell site information.

4. I make this affirmation on information and belief, based upon my conversations

with civilian witnesses and law enforcement officers assigned to the Manhattan Special Victims Squad of the New York City Police Department ("NYPD"), who are familiar with this investigation.

5. The following information is provided by a civilian witness whose identity and address are known to NYPD and the New York County District Attorney's Office ("informant"): in the early afternoon of July 16, 2014, defendant Lonnie Harrell, who was fifty-one years old, was at the informant's apartment located at 92 St. Nicholas Avenue in New York County. Lonnie Harrell lived on the same floor as the informant. While inside the informant's apartment, Harrell choked the informant, covered her mouth with his hand and dragged her to another room.

6. Once inside the room, Harrell demanded that the informant spread her legs and that if she did not do as she was told, he would go "berserk." Harrell took off the informant's shorts and underwear, placed them on a table and inserted his finger in her vagina. The informant began to cry and stated that she was in pain. Harrell performed oral sex on her, and the informant attempted to push him away. Harrell forced his mouth on her mouth. Harrell pulled down his pants and rubbed his penis on her vagina. Harrell forced the informant to her knees, grabbed her head, unzipped his pants and put his penis in her mouth. Harrell ejaculated and used the informant's underwear to clean up.

7. Harrell then took photographs of the informant without her underwear and threatened that if she told anyone about what happened, he would show the photographs. Harrell asked the informant for her cell phone number, and after she gave him her number, he called the number to make sure that she gave the correct number. When Harrell called informant, the phone number that appeared on the informant's cell phone was 646-593-3203 ("the target cell phone"), which is serviced by T-Mobile. Harrell took the informant's underwear and left the apartment. Once Harrell left the apartment, informant notified the police and detectives from the Special Victims Squad began an investigation. Detective Susan Barbato was assigned to investigate the case. By Indictment Number 4258/2014, a New York County Grand Jury charged defendant Harrell with Criminal Sexual Act in the First Degree, Attempted Rape in the First Degree and other related crimes.

8. I obtained subscriber's information for 646-593-3203 ("the target cell phone") pursuant to a Grand Jury subpoena and the number was registered to an unidentified person with an email address of lonniesarrell54@yahoo.com and a date of birth as December 27, 1962. According to the report prepared by the Criminal Justice Agency ("CJA") and Lonnie Harrell's criminal record ("rap sheet"), defendant Harrell's date of birth is December 27, 1962.

9. Cell site information will enable us to determine the general vicinity from where

target cell phone is transmitting, so that we may determine defendant Harrell's whereabouts at about the time of the crime until his arrest on September 10, 2014.

10. Based on the foregoing, it is submitted that the People have set forth specific and articulable facts showing that there are reasonable grounds to believe that the records, or information sought are relevant and material to an ongoing criminal investigation.

11. In order to preserve the secrecy of this investigation, I respectfully request that this application and resulting orders be sealed.

12. It is further requested that the resulting order permit T-Mobile to waive personal production of the aforementioned records before the Supreme Court of the State and County of New York by faxing them to the Office of the District Attorney of New York County or to the NYPD, or sending them via electronic mail to parkju@dany.nyc.gov, so that the information may be used immediately by members of the New York City Police Department.


Dated:    New York, New York
          December 11, 2014


                                          Jung Park
                                          Assistant District Attorney
                                          212 335-4126

## SUBPOENA (DUCES TECUM) FOR A WITNESS TO ATTEND SUPREME COURT OF THE STATE AND COUNTY OF NEW YORK

## IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK:

TO:    T-Mobile

     YOU ARE COMMANDED to appear before the Supreme Court of the State and County of New York at 100 Centre Street, in the Borough of Manhattan of the City of New York, FORTHWITH, as a witness in a criminal action currently being investigated by the People of the State of New York against LONNIE HARRELL, and to bring with you and produce at the time and place aforesaid, the following items now in your custody: call detail, including but not limited to the originating and terminating cell site information, for a cellular telephone assigned telephone number 646-593-3203 for the period, 7/15/14 to 9/10/14.

     YOU ARE HEREBY ORDERED NOT TO DISCLOSE THE EXISTENCE OF THIS SUBPOENA. SUCH DISCLOSURE COULD IMPEDE A PRESENT INVESTIGATION AND INTERFERE WITH ENFORCEMENT OF THE LAW.

     IF THIS SUBPOENA HAS BEEN PERSONALLY SERVED UPON YOU AND IF YOU FAIL TO ATTEND AND PRODUCE THE AFORESAID ITEMS, YOU MAY BE ADJUDGED GUILTY OF A CRIMINAL CONTEMPT OF COURT, AND LIABLE TO A FINE AND IMPRISONMENT FOR UP TO THIRTY DAYS, OR TO BE PROSECUTED AND PUNISHED FOR CRIMINAL CONTEMPT, A CLASS "A" MISDEMEANOR.

     YOU MAY WAIVE PERSONAL PRODUCTION OF THE AFOREMENTIONED RECORDS BEFORE THE SUPREME COURT OF THE COUNTY AND STATE OF NEW YORK BY FAXING THEM TO THE OFFICE OF THE NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE AT 212-335-4152 OR SENDING THEM VIA ELECTRONIC MAIL TO PARKJU@DANY.NYC.GOV.

Dated:    NEW YORK, NEW YORK
         December 11, 2014

                                    Cyrus R. Vance, Jr.
                                    District Attorney, New York County

                                    BY: Jung Park
                                    Assistant District Attorney
                                    212 335-4126

A witness is entitled to two dollars for each day's attendance; and if he resides more than three miles from the Court House, to eight cents for each mile going to the place of attendance. Mileage is payable only within the boundary line of the State of New York.

SO ORDERED

_____  HON. LARRY R.C. STEPHEN
J.S.C.                        PT. 1 DEC 11 2014

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY AND CITY OF NEW YORK

| | |
|---|---|
| In the Matter<br><br>of<br><br>an Order to T-Mobile Directing the Disclosure of Call<br>Detail and Cell Site Information for 646-593-3203. | SEALED ORDER TO<br>THE CELLULAR<br>SERVICE PROVIDER |

WHEREAS this Court has, upon the application of Assistant District Attorney

Jung Park on behalf of the People of the State of New York, pursuant to Title 18,

Section 2703 of the United States Code, found that the People have set forth specific

and articulable facts showing that there are reasonable grounds to believe that the

records or information sought are relevant and material to an ongoing criminal

investigation, it is hereby

ORDERED that T-Mobile provide the Supreme Court of the State and County

of New York with call detail, including but not limited to cell site information, for a

cellular telephone assigned telephone number 646-593-3203 for the period 7/15/14 to

9/10/14; and

IT IS FURTHER ORDERED that this Order shall be sealed until otherwise

ordered by this Court, except that copies may be retained by the Office of the District

Attorney, New York County, the investigating agency or agencies involved, and the

cellular service provider; and

IT IS FURTHER ORDERED that the affirmation in support of the instant

Order shall be sealed until otherwise ordered by this Court, except that copies may be

retained by the Office of the District Attorney, New York County, the investigating

agency or agencies involved; and

IT IS FURTHER ORDERED that T-Mobile is permitted to waive personal

production of the aforementioned records before the Supreme Court of the State and

County of New York by faxing them to the Office of the New York County District

Attorney or to the NYPD, or sending them via electronic mail to

parkju@dany.nyc.gov.

Dated:   New York, New York
         December 11, 2014

_____
Justice of the Supreme Court

HON. LARRY R.C. STEPHEN

**Overview**  DRTLA  History  CDSS  Alerts  CHS

**HAERRELL, LONNIE 52 Y, M as of 12/24/2015**

☐ **Advance Directive**

☐ **Problem List**

| | | | |
|---|---|---|---|
| ☐ | ☐ | RI51 | SMI - YES |
| ☐ | ☐ | V70.0 | ROUTINE MEDICAL EXAM |
| ⊞ | ☐ | 493.90 | ASTHMA NOS |
| ☐ | ☐ | 305.1 | Tobacco use disorder |
| ☐ | ☐ | 305.20 | Cannabis abuse, unspecified |
| ☐ | ☐ | 799.9 | Diagnosis deferred |
| ☐ | ☐ | 295.72 | Schizoaffective disorder, chronic |
| ⊞ | ☐ | 380.4 | Cerumen |
| ⊞ | ☐ | 278.00 | Obesity, unspecified |
| ⊞ | ☐ | V72.2 | Dental examination |
| ⊞ | ☐ | 724.2 | Lumbago |
| ⊞ | ☐ | 367.0 | Refractive error |
| ⊞ | ☐ | V13.4 | HX OF ARTHRITIS |
| ⊞ | ☐ | 721.90 | Hypertrophic spinal arthritis |
| ⊞ | ☐ | V13.4 | HX OF ARTHRITIS |
| ⊞ | ☐ | 110.1 | Onychomycosis |
| ⊞ | ☐ | 757.39 | Xeroderma |

☐ **Current Medications**

☐ Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated, Sig: 1 puff Inhalation Twice a day
Start Date: 09/30/2015 Stop Date: 12/29/2015

☐ Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated, Sig: 1 puff Inhalation Twice a day
Start Date: 11/20/2015 Stop Date: 02/18/2016

**( 493.90 - ASTHMA NOS )**

☐ Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution, Sig: 2 puffs Inhalation Every 6 Hours
Start Date: 11/20/2015 Stop Date: 02/18/2016

**( 493.90 - ASTHMA NOS )**

☐ **Allergies**

☐ Penicillin - hives

☐ **Immunizations**

☐ Influenza - Refused

| | | |
|---|---|---|
| ☐ | Influenza - Refused | 11/20/2015 |
| ☐ | Influenza - Refused | 10/29/2015 |
| ☐ | Influenza - Refused | 10/23/2015 |

☐ **Therapeutic Injections**



**NEW YORK CITY HEALTH AND HOSPITALS CORPORATION**

nyc.gov/hhc
**Correctional Health Services**

Insurance: Self Pay

# HAERRELL, LONNIE

NYSID: 04374116Y BookCase: 3491412743
Facility Code: MDC Housing Area: RR
51 Y old Male, DOB: 12/27/1962
92 ST. NICHOLAS AV, 2H, 2H, NEW YORK, NY-10026

Appointment Facility: Manhattan Detention Center

09/12/2014                                    Appointment Provider: Cristian Pedestru, MD

## Current Medications
None

## Past Medical History
Asthma
Psychiatric disorder

## Surgical History
Denies Past Surgical History

## Social History
Intake social history:
Drug use
  currently using drugs *Yes*
  what drugs do you use  *marijuana*
  how do you use them  *smoke*
  date last used  *08/07/2014*
  how often  *rarely*
  how much spend on drugs ($/day)  *20*
  currently in methadone program  *No*
  Ever accidentally overdosed  *No*
  Ever used a needle to inject drugs  *No*
Smoking
  are you a smoker  *current*
  how much do you smoke  *< half a pack a day*
  do you want to quit  *No*
Alcohol
  do you drink  *No*
Violence
  ever hit or assaulted anyone  *Yes*
  ever been charged with sexual offense  *Yes*
  ever been assaulted  *No*
  ever been a victim of sexual abuse  *No*
Education
  grade level completed  *high school*
  learning disability  *No*
  were you in special education  *No*
Sexual history
  sexually active with  *women*
  current number of sexual partners  *0*
  do you and your partner use condoms  *Yes*

## Allergies
N.K.D.A.

## Hospitalization/Major
## Diagnostic Procedure

## Reason for Appointment
1. New admission

## History of Present Illness

Asthma:
  TCNY, PBI, Dental and Consent form given to patient - Monfries
LPN.
New Intake:
  Medical History
    Current medical provider  *none*
    when last seen by medical provider  *1-6 months ago*
    disabilities  *No*
    chickenpox  *yes*
    STD  *No*
    hypertension  *No*
    heart disease  *No*
    diabetes  *No*
    seizures  *No*
    Liver disease  *No*
    kidney disease  *No*
    cancer  *No*
  Asthma History
    asthma  *Yes*
    date diagnosed  *1963*
    ever hospitalized  *No*
    ER visits in the last year  *Yes*
    how many  *1*
    date of last ER visit  *03/2014*
    needed steroids in last year  *Yes*
    best peak flow  *351-400*
    how often use rescue inhaler  *rarely*
  TB History
    Have you ever had active TB  *no*
    History of positive Tuberculin Skin Test  *No*
    TB symptoms  *None*
    Recent exposure to TB  *no*
    No history of TB or LTBI  *Asymptomatic*
  HIV History
    HIV/AIDS  *no*
    have you ever been tested for HIV  *Yes*

Patient: HAERRELL, LONNIE   DOB: 12/27/1962   Progress Note: Cristian Pedestru, MD   09/12/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Denies Past Hospitalization

date last tested *09/2012*
result of last test *negative*
do you want to have HIV test today *no*
do you want to be scheduled for HIV test *no*
reason for declining test *don't want to know*
Mental Health History
   Mental health or Nervous problems *Yes*
   Required hospitalization *Yes*
   What type *Depression,Anxiety*
   when last hospitalized *01/2012*
   where *Metropolitan Hospital, NYC*
   in treatment *No*
   Ever tried to hurt or kill yourself *yes*
   how many times *1*
   when last attempt *02/1992*
   how *Cut wrist*
   family history of mental illness *Yes*
   who *father*
   family history of suicide *No*
   Trouble falling or staying asleep *Yes*
   Changes in appetite or eating habits *Yes*
   You feel hopeless or worthless *No*
   Little interest or pleasure in doing things *No*
TEMPLATES:

   New Admission MDC/VCBC/RNDC/OBCC
COMMUNITY MEDICATION FILL HISTORY:
   Did you check Community Medication Fill Database?
   Did you check Community Medication Fill Database? *Yes /*
Community Medication Fill History Results (Copy/Paste from
Database) /FLOVENT HFA, 12 110 MCG INHALER - INHALE 2
PUFFS BY MOUTH 2 TIMES ADAY 00173071920 6/14/2014
   PROAIR HFA, 9 90 MCG INHALER - INHALE 2 PUFFS BY
MOUTH EVERY 4 HOURS NEEDED 59310057922 6/14/2014
   IBUPROFEN, 30 600 MG TABLET - TAKE 1 TABLET BY MOUTH
EVERY 6 HOURS 53746046505 6/6/2014
   OXYCODONE-ACETAMINOPHEN, 20 5-325 - TAKE 2 TABLETS
BY MOUTH EVERY 6 HOURS AS NEEDED 00406051201 6/6/2014
   ADVAIR, 60 250-50 DISKUS - TAKE 1 PUFF BY MOUTH EVERY
12 HOURS 00173069600 5/7/2014
   ASPIRIN, 90 81 MG CHEWABLE TABLET - TAKE 1 TABLET BY
MOUTH DAILY 00536329736 3/4/2014
   VENTOLIN HFA, 18 90 MCG INHALER - INHALE 1 PUFF 4
TIMES A DAY AS NEEDED 00173068220 3/4/2014
   CLOTRIMAZOLE, 15 1% CREAM - APPLY CREAM TOPICAL BID
(TWICE A DAY) FOR 1 MONTH 68462018117 1/17/2014
   FLUOCINONIDE, 60 0.05% OINTMENT - APPLY TOPICALLY
(TWICE A DAY) FOR 1 MONTH 00093026492 1/17/2014
   QUETIAPINE FUMARATE, 7 400 MG TAB - TAKE 1 TABLET BY
MOUTH AT BEDTIME 00093816501 1/9/2014
   AZITHROMYCIN, 3 500 MG TABLET - TAKE 1 TABLET BY
MOUTH EVERY DAY FOR 1 DAY 59762307002 10/2/2013
   PREDNISONE, 10 20 MG TABLET - TAKE 1 TABLET BY MOUTH

Patient: HAERRELL, LONNIE   DOB: 12/27/1962   Progress Note: Cristian Pedestru, MD   09/12/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounter...   12/24/2015
A1039

TWICE A DAY FOR 5 DAYS 00591544301 10/2/2013

What medication are you currently taking? (As reported by patient) Advair.

330 Suicide Prevention Form:
    330 Suicide Prevention Form
        330 Suicide Prevention Form present? *Yes* /
        330 Suicide Prevention Form reviewed by intake clinician? *Yes* /
Asthma Teaching:
    overexertion overexertion.
    Medication compliance good.
    Asthma control Asymptomatic.
    Inhaler technique good technique.
    Educated on: Components of asthma- inflammatory and bronchospasm, Avoidance of triggers, Inhaler/Discus use, Controller medication use, Rescue Medication use, Signs and symptoms of acute attack, How to access clinic.
VISIT COMPLEXITY SCALE:
    INTAKE ACUITY
        Intake Acuity Scale  *3: 2 or 3 chronic conditions*

**Vital Signs**

| Ht | | |
|---|---|---|
| 5 ft 9 in | 09/12/2014 10:55:25 AM | Monique Monfries |

| Wt | | |
|---|---|---|
| 175 | 09/12/2014 10:55:25 AM | Monique Monfries |

| BMI | | |
|---|---|---|
| 25.84 | 09/12/2014 10:55:25 AM | Monique Monfries |

| BP | | |
|---|---|---|
| 131/68 | 09/12/2014 10:55:25 AM | Monique Monfries |

| Pulse | | |
|---|---|---|
| 58 | 09/12/2014 11:43:14 AM | Cristian Pedestru |

| RR | | |
|---|---|---|
| 16 | 09/12/2014 10:55:25 AM | Monique Monfries |

| Temp | | |
|---|---|---|
| 96.1 | 09/12/2014 10:55:25 AM | Monique Monfries |

| Peak Flow | | |
|---|---|---|
| 400 | 09/12/2014 10:55:25 AM | Monique Monfries |

| SaO2 | | |
|---|---|---|
| | | |

A1040

| | | |
|---|---|---|
| 100 | 09/12/2014 10:55:25 AM | Monique Monfries |

**Past Orders**

Rapid HIV Test (Order Date - 09/12/2014)
    Result: Refused
    Rapid HIV Test        Refused
    Notes: Taveras-Sanchez,Gerardine , PCA
9/12/2014 11:51:31 AM > Refused

EKG (Order Date - 09/12/2014)
    Result: Refused
    Notes: Davis,Candice , PCA 9/12/2014
1:33:17 PM > pt refused

Urine Drug Screen (Order Date - 09/12/2014)
(Collection Date - 09/12/2014)
    Result: Normal/Negative/Non-Reactive
    Cocaine        NEG
    Meth        NEG
    Opiates        NEG
    Benzos        NEG
    Notes: Davis,Candice , PCA 9/12/2014
1:47:54 PM > COLLECTED

**Physical Examination**

General Appearance:
    General Appearance: Normal.
    Hygiene: good.
    Ill-appearance: none.
    Speech: clear.
    Eye contact: normal.
    Build: average .
BACK:
    General: unremarkable.
    Spine: unremarkable.
HEENT:
    Head: atraumatic.
    General Normal.
    Eyes: PERRLA, EOMI.
    Fundi: disc not visualized.
    Ears: tympanic membranes intact bilaterally.
    Nose: no deviation.
    Throat: no erythema or exudate.
    Oral cavity: no lesions seen.
NECK:
    General: normal.
CHEST:
    Shape and expansion: normal.
    General normal.
DERMATOLOGY:
    Skin: warm, and moist, unremarkable.
BREASTS:
    General normal, symmetric, no masses.
LUNGS:

---

Patient: HAERRELL, LONNIE   DOB: 12/27/1962   Progress Note: Cristian Pedestru, MD   09/12/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounter...   12/24/2015
A1041

Auscultation: CTA bilaterally.
General Normal.
Airflow: normal air movement.
Rate: regular.
Effort: normal .
HEART:
   Rate: regular.
   General Normal.
   Rhythm: regular.
   Heart sounds: normal $S_1S_2$.
   Murmurs: none.
ABDOMEN:
   General normal.
   Auscultation: normal bowel sounds.
   Palpation soft, nontender.
RECTUM/ANUS:
   Digital Rectal Exam Refused.
GU - MALE:
   General declined.
EXTREMITIES:
   General: Normal.
MUSCULOSKELETAL:
   Joints Demonstration: apparent normal usage/shape .
LYMPHATICS:
   Lymph Nodes No palpable adenopathy.
   General Normal.
   Lymphedema: none.
NEUROLOGICAL:
   General: Normal.
   Cranial Nerves: intact.
   Motor: normal strength bilaterally.
   Sensory: normal sensations.
   Reflexes: 2+ bilaterally and symmetric.
   Plantars: downgoing bilaterally.
   Cerebellar: WNL.
   Gait: normal.
   Cognition: normal.
   Involuntary Movements: no tremors seen .
   Speech: clear.
   Muscle Bulk: no atrophy.
   Tone: no rigidity.
MENTAL STATUS EXAM:
   Orientation oriented to person, place and time.
   General Normal.
   Speech normal.
   Affect appropriate to mood.
   Mood euthymic.
   Psychomotor normal.
   Thought Process logical.
   Delusions denied.
   Hallucinations denied.
   Suicidal ideation denied.
   Homicidal ideation denied.

Patient: HAERRELL, LONNIE   DOB: 12/27/1962   Progress Note: Cristian Pedestru, MD   09/12/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounter...   12/24/2015
A1042

### Assessments
1. ROUTINE MEDICAL EXAM - V70.0 (Primary)
2. Screening for other and unspecified cardiovascular conditions - V81.2
3. ASTHMA NOS - 493.90, well controlled
4. Tobacco use disorder - 305.1
5. Cannabis abuse, unspecified - 305.20
6. Psychiatric disorder or problem - 300.9

### Treatment
**1. ROUTINE MEDICAL EXAM**
   LAB: Rapid HIV Test
   LAB: RPR SEROLOGY
   LAB: QUANTIFERON-TB IN-TUBE NY
   LAB: Urine Drug Screen

**2. Screening for other and unspecified cardiovascular conditions**
   LAB: EKG

**3. ASTHMA NOS**
Start Advair Diskus Aerosol Powder Breath Activated, 250-50 MCG/DOSE, 1 inhalation, Inhalation, Twice a day, 90 days, Pharmacy, Refills 0, KOP: No, Drug Source: Pharmacy
Start Albuterol Sulfate HFA Aerosol Solution, 108 (90 base) MCG/ACT, 2 puffs, Inhalation, prn/qid, 90 days, Pharmacy, Refills 0, KOP: No, Drug Source: Pharmacy

**4. Tobacco use disorder**
counselled.

**5. Cannabis abuse, unspecified**
counselled.

**6. Psychiatric disorder or problem**
counselled.
Referral To:Mental Health MDC    Mental health
         Reason:Hx of bipolar disorder

### Preventive Medicine
Counseling:
   Smoking  counselled.
   Alcohol and drugs  counselled.

   Diet  counselled.
   Exercise  counselled.

### Follow Up
4 Weeks (Reason: asthma)

Disposition: General Population

---

Patient: HAERRELL, LONNIE   DOB: 12/27/1962   Progress Note: Cristian Pedestru, MD   09/12/2014
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounter...    12/24/2015
A1043

Case 1:21-cv-06714-AKH    Document 5-12    Filed 08/10/21    Page 79 of 82

**Appointment Provider: Cristian Pedestru, MD**

Electronically signed by Cristian Pedestru MD on 09/12/2014 at 02:40 PM EDT

Sign off status: Completed

Manhattan Detention Center
125 White Street
New York. NY 10013
Tel:
Fax:

Patient: HAERRELL, LONNIE    DOB: 12/27/1962    Progress Note: Cristian Pedestru, MD    09/12/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

A1044

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------X
The People of the State of New York      :
                           Plaintiffs,   :     NOTICE OF MOTION
                                         :     TO VACATE JUDGMENT
              -against-                  :
                                         :     Ind. No. 04258/2014
Lonnie Harrell,                          :
                           Defendant.    :
                                         :
---------------------------------------X

    **PLEASE TAKE NOTICE** that upon the annexed affidavit of Lonnie Harrell, duly sworn to the ____ day of July, 2017, and upon the accusatory instrument and other documents, and all proceedings previously hereto held herein, Defendant will move this Court, thereto, at the Courthouse located at **Hon. Juan Merchan, New York County Court, Part 59, 100 Center St., New York, N.Y. 10013** on the ____ day of July, 2017 at ____ a.m., or as soon thereafter as counsel can be heard, for:

    An order pursuant to Criminal Procedure Law 440.10 Sudv., (1)(b) & (1)(h) vacating the judgment entered against the above named Defendant on the **7th.** day of **October, 2015** on the following grounds:

  (1)(b) The judgment was obtained by duress, misrepresentation or fraud on part of the Court or Prosecutor, which violated the Defendant's right to Due Process of law guaranteed to the Defendant by the New York State Constitution (**N.Y. Const. Art. 1 & 6; U.S. Const. Amend. VI & XIV**).

  (1)(h) The judgement was obtained in violation of a right of the Defendant under the Constitution of this State or of the

United States.

   An order pursuant to N.Y. Crim. Proc. Law 440.30(5), to produce the Defendant at any hearing to be conducted for the purpose of determing this motion; and such other and further relief as the Court may deem just and proper.

*Lonnie Harrell*

                    Mr. Lonnie Harrell


Defendant Pro-Se.


Cyrus R. Vance Jr., Esq.
New York County District Attorney
1 Hogan Place.
New York, N.Y. 10013


Sworn to Before me this 29

day of July, 2017.

_____
        NOTARY PUBLIC

Adam M. Carey
Notary Public, State of New York
No. 01CA6349087
Qualified in Cayuga County
Commission Expires October 11, 2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

                                      X

The People of the State of New York   :

                Plaintiffs,   :

                                  :         **AFFIDAVIT**

                                 :

            -against-                  :     **Ind. No. 04258/2014**

                                  :

Lonnie Harrell,                    :

                Defendant.   :

                                  :

                                   X

State of New York )
County of New York)SS:

      Lonnie Harrell, being duly sworn, deposes and says:

      1. I am the Defendant in the above entitled proceedings. I make this affidavit in support of a motion, pursuant to section 440.10 Sudv. (1)(b) and (1)(h), to vacate the judgment of conviction herein, upon the grounds that:

           (1)(b) The judgment was obtained by duress, misrepresentation or fraud on part of the Court or Prosecutor, which violated the defendant's right to Due Process of Law guaranteed to the defendant by the New York State Constitution (**N.Y. Const. Art. 1 & 6; u. S Const. Amend. VI & XIV**).

      (1)(h) The judgement was obtained in violation of a right of the Defendant under the Constitution of this State or of the United States.

      2. I was indicted for the following charges **September 7, 2015**, pursuant to **Indictment No. 04258/2014** : See. Ex. (A).