UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LONNIE HARRELL,

                            Plaintiff,                      21 **CIVIL** 6714 (AKH)

      -against-                                **JUDGMENT**

MILLER, SUPERINTENDENT OF GREEN HAVEN
CORRECTIONAL FACILITY,

                           Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 13, 2022, the petition to vacate the judgment and sentence is denied, and the case is dismissed.

**DATED:**  New York, New York
              January 13, 2022

                                                    **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                                        BY:
                                                           **Deputy Clerk**