UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------  X
                                                         :
LONNIE HARRELL,                                          :
                                                         :      AMENDED FINAL ORDER
                                              Plaintiff, :
             -against-                                   :      21 Civ. 6714 (AKH)
                                                         :
MILLER, SUPERINTENDENT OF GREEN                          :
HAVEN CORRECTIONAL FACILITY,                             :
                                                         :
                                             Defendant.  :
                                                         :
                                                         :
-------------------------------------------------------  X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

       This order amends my order of January 13, 2022 to add a ruling on whether a certificate of appealability should issue.  I order that it should not, since the petitioner has failed to make a substantial showing that a constitutional right has been violated.  *See Barefoot v. Estelle*, 464 U.S. 874, 892–93 (1983); 28 U.S.C. 2253(c)(2).  An amended order and opinion is being issued simultaneously to reflect my ruling.

       SO ORDERED.

Dated:    February 8, 2022                  /s/ Alvin K. Hellerstein
             New York, New York        ALVIN K. HELLERSTEIN
                                          United States District Judge