UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LONNIE HARRELL,

                          Plaintiff,

      -against-                                        21 CIVIL 6714 (AKH)

## JUDGMENT

MILLER, SUPERINTENDENT OF GREEN
HAVEN CORRECTIONAL FACILITY,

                          Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated February 8, 2022, the petition to vacate the judgment and sentence is denied. Petitioner has failed to make a substantial showing of the denial of a constitutional right; thus a certificate of appealability is denied. 28 U.S.C. 2253(c)(2). Judgment is entered and the case is dismissed.

**Dated:** New York, New York

       February 9, 2022

                                                                              **RUBY J. KRAJICK**

                                                                              **Clerk of Court**

                                           BY:

                                                                              **Deputy Clerk**